| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| MIDDLE DISTRICT OF FLORIDA |
| Case number *(if known)* _____  Chapter **11** |
| ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
IPS Worldwide, LLC

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  
42-1588672

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 265 Clyde Morris Blvd, Ste 100<br>Ormond Beach, FL 32174 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Volusia | Location of principal assets, if different from principal place of business |
| County | Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)**  
www.ipsww.com

**6. Type of debtor**  
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Debtor **IPS Worldwide, LLC** _____  Case number (*if known*) _____
       Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

- ■ No.
- ☐ Yes.

If more than 2 cases, attach a separate list.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ■ No
- ☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____  When _____  Case number, if known _____

Debtor **IPS Worldwide, LLC** Case number (*if known*) _____
      Name

**11. Why is the case filed in *this district*?** *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
- ☐ No
- ☐ Yes.  Insurance agency _____
  Contact name _____
  Phone _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds**    *Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ■ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  **IPS Worldwide, LLC**    Case number (*if known*) _____
        Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **January 25, 2019**
             MM / DD / YYYY

X **/s/ William Davies**                                **William Davies**
Signature of authorized representative of debtor        Printed name

Title  **President**

**18. Signature of attorney**

X **/s/ Scott W. Spradley**                             Date  **January 25, 2019**
Signature of attorney for debtor                              MM / DD / YYYY

**Scott W. Spradley 782467**
Printed name

**The Law Offices of Scott W. Spradley, P.A.**
Firm name

**P. O. Box 1**
**109 South 5th Street**
**Flagler Beach, FL 32136**
Number, Street, City, State & ZIP Code

Contact phone  **386 693 4935**    Email address  **scott.spradley@flaglerbeachlaw.com**

**782467 FL**
Bar number and State

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **IPS Worldwide, LLC** |
| United States Bankruptcy Court for the: | **MIDDLE DISTRICT OF FLORIDA** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| Alcoa<br>6603 West Broad Street<br>Richmond, VA 23230 | | | | | | $28,780,463.96 |
| Arcelor Mittal<br>3001 Dickey Road<br>East Chicago, KS 66211 | | | | | | $660,067.52 |
| Arconic<br>6603 West Broad Street<br>Richmond, VA 23230 | | | | | | $16,862,915.87 |
| Atkore International<br>16100 S Lathrop Avenue<br>Harvey, IL 60426 | | | | | | $1,781,884.55 |
| Bio-Rad Laboratories<br>1000 Alfred Nobel Drive<br>Hercules, CA 94547 | | | | | | $1,834,520.94 |
| Bossard Industrial Products<br>2925 Morton Drive<br>East Moline, IL 61244 | | | | | | $737,980.20 |
| Elo TouchSystems<br>300 Constitution Drive<br>Menlo Park, CA 94025 | | | | | | $544,827.79 |
| Gilbraltar Industries<br>3556 Lake Shore Road<br>Buffalo, NY 14201 | | | | | | $1,818,700.70 |

Debtor  **IPS Worldwide, LLC**  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Integrated Supply Network** 2727 Interstate Drive Lakeland, FL 33805 | | | | | | $908,739.71 |
| **KTM Motorcycles** 30100 Technology Drive Murrieta, CA 92563 | | | | | | $1,012,211.12 |
| **Life Technologies** 5791 Van Allen Way Carlsbad, CA 92008 | | | | | | $2,764,065.88 |
| **Rexnord** 4701 W. Greenfield Avenue Milwaukee, WI 53214 | | | | | | $3,597,269.98 |
| **Stanley** 1000 Stanley Drive Concord, NC 28027 | | | | | | $41,645,007.04 |
| **Suez WaterTech & Solutions** 4636 Somerton Road Feasterville Trevos, PA 19053 | | | | | | $4,353,593.84 |
| **True Value Co - Advertising** 320 S. Division Street Harvard, IL 60033 | | | | | | $6,033,916.83 |
| **Tyco Electronics** Exeter, NH 03833 | | | | | | $916,887.26 |
| **Wayne** 3814 Jarrett Way Austin, TX 78728 | | | | | | $610,092.31 |
| **Xerium Technologies** 1401 Capital Blvd Youngsville, NC 27596 | | | | | | $414,723.19 |
| **YRC Freight** 10990 Roe Avenue Overland Park, KS 66211 | | | | | | $4,731,992.65 |
| **Zekelman Industries** 900 Haddon Avenue Collingswood, NJ 08108-9200 | | | | | | $1,164,460.36 |

IPS Worldwide, LLC
265 Clyde Morris Blvd, Ste 100
Ormond Beach, FL 32174

Gilbraltar Industries
3556 Lake Shore Road
Buffalo, NY 14201

Wayne
3814 Jarrett Way
Austin, TX 78728

Scott W. Spradley
The Law Offices of Scott W. Spradley, P.A.
P. O. Box 1
109 South 5th Street
Flagler Beach, FL 32136

Integrated Supply Network
2727 Interstate Drive
Lakeland, FL 33805

Xerium Technologies
1401 Capital Blvd
Youngsville, NC 27596

Alcoa
6603 West Broad Street
Richmond, VA 23230

KTM Motorcycles
30100 Technology Drive
Murrieta, CA 92563

YRC Freight
10990 Roe Avenue
Overland Park, KS 66211

Arcelor Mittal
3001 Dickey Road
East Chicago, KS 66211

Life Technologies
5791 Van Allen Way
Carlsbad, CA 92008

Zekelman Industries
900 Haddon Avenue
Collingswood, NJ 08108-9200

Arconic
6603 West Broad Street
Richmond, VA 23230

Rexnord
4701 W. Greenfield Avenue
Milwaukee, WI 53214

Atkore International
16100 S Lathrop Avenue
Harvey, IL 60426

Stanley
1000 Stanley Drive
Concord, NC 28027

Bio-Rad Laboratories
1000 Alfred Nobel Drive
Hercules, CA 94547

Suez WaterTech & Solutions
4636 Somerton Road
Feasterville Trevos, PA 19053

Bossard Industrial Products
2925 Morton Drive
East Moline, IL 61244

True Value Co - Advertising
320 S. Division Street
Harvard, IL 60033

Elo TouchSystems
300 Constitution Drive
Menlo Park, CA 94025

Tyco Electronics
Exeter, NH 03833

# United States Bankruptcy Court
## Middle District of Florida

In re: **IPS Worldwide, LLC**
Debtor(s)

Case No.
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **IPS Worldwide, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**January 25, 2019**
Date

**/s/ Scott W. Spradley**
**Scott W. Spradley 782467**
Signature of Attorney or Litigant
Counsel for **IPS Worldwide, LLC**
**The Law Offices of Scott W. Spradley, P.A.**
P. O. Box 1
109 South 5th Street
Flagler Beach, FL 32136
386 693 4935 Fax:386 693 4937
scott.spradley@flaglerbeachlaw.com