**Fill in this information to identify the case:**

Debtor name    **IPS Worldwide, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    **6:19-bk-00511**

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February  8, 2019**    *X* **/s/ William Davies**
    Signature of individual signing on behalf of debtor

**William Davies**
Printed name

**President**
Position or relationship to debtor

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **IPS Worldwide, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    **6:19-bk-00511**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................... $ _____ 0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................................. $ _____ 13,593,883.60

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................... $ _____ 13,593,883.60

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $ _____ 0.00

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................. $ _____ 0.00

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................ +$ _____ 51,656,126.77

4.  Total liabilities ..............................................................................................................
    Lines 2 + 3a + 3b                                                                                                    $ _____ 51,656,126.77

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **IPS Worldwide, LLC** |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA |
| Case number (if known) | **6:19-bk-00511** |

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Bank of America | General | 2206 | $0.00 |
| 3.2. | Bank of America | General | 4157 | $2,641,776.55 |
| 3.3. | Bank of America | General | 9587 | $7,563.18 |
| 3.4. | Bank of America | General | 7431 | $877.68 |
| 3.5. | Bank of America | Investment | 6453 | $100,000.00 |
| 3.6. | Bank of America | Investment | 1445 | $12,820.14 |
| 3.7. | Bank of America | General | 4221 | $172,013.78 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor   **IPS Worldwide, LLC**                                           Case number *(If known)*  **6:19-bk-00511**
Name

| 3.8. | Bank of America | General | 4205 | $195,164.17 |
|------|-----------------|---------|------|-------------|
| 3.9. | Bank of America | General | 4213 | $668,560.00 |
| 3.10. | Bank of America | General | 4239 | $240,144.32 |
| 3.11. | Bank of America | General | 1020 | $845,613.98 |
| 3.12. | Bank of America | General | 1012 | $1,548,669.75 |
| 3.13. | Bank of America | General | 1018 | $8,804.12 |
| 3.14. | Bank of America | Operating | 1046 | $24,207.42 |
| 3.15. | Bank of America (Brussells) | General | 8033 | $8,033.00 |
| 3.16. | Bank of America (Brussells) | General | 4016 | $21.36 |
| 3.17. | Bank of America (Brussells) | General | 1016 | $2.42 |
| 3.18. | Bank of America (Brussells) | General | 8017 | $11,430.84 |
| 3.19. | Bank of America (Brussells) | General | 8025 | $125,462.15 |
| 3.20. | Bank of America (Brussells) | General | 2012 | $59.59 |
| 3.21. | Bank of America (Brussells) | General | 2015 | $3,890.06 |

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 2

| Debtor | **IPS Worldwide, LLC** | Case number *(If known)* **6:19-bk-00511** |
|---|---|---|
| | Name | |

| | | | | |
|---|---|---|---|---|
| 3.22. | **Bank of America (Brussels)** | **General** | **9018** | **$5.48** |
| 3.23. | **Bank of America** | **General** | **2021** | **$625,206.17** |
| 3.24. | **Chase Bank** | **Investment** | **6197** | **$276.50** |
| 3.25. | **ITAU Bank** | **Operating** | **5340** | **$11,707.34** |
| 3.26. | **Region's Bank** | **Operating** | **1563** | **$250,750.55** |
| 3.27. | **Region's Bank** | **Investment** | **0403** | **$14,918.39** |
| 3.28. | **Region's Bank** | **Investment** | **1588** | **$10,221.94** |
| 3.29. | **TD Bank** | **General** | **3380** | **$0.00** |
| 3.30. | **TD Bank** | **General** | **9500** | **$554,111.06** |
| 3.31. | **Wells Fargo** | **Operating** | **0356** | **$273,171.36** |
| 3.32. | **PNC** | **Investment** | **4842** | **$10,501.61** |
| 3.33. | **Bank of America** | **General** | **0348** | **$15,782.91** |
| 3.34. | **Bank of America** | **General** | **5585** | **$990,015.76** |
| 3.35. | **Bank of America** | **General** | **7075** | **$980,214.37** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **IPS Worldwide, LLC** | | Case number *(If known)* | **6:19-bk-00511** |
|---|---|---|---|---|
| | Name | | | |

| 3.36. | **Bank of America** | **General** | **7088** | **$493,521.77** |
|---|---|---|---|---|

| 3.37. | **Wilmington Trust** | **Investment** | **0969** | **$1,014,113.32** |
|---|---|---|---|---|

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**

| $11,859,633.04 |
|---|

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

| 11a. 90 days old or less: | **696,694.71** | - | **0.00** | = .... | **$696,694.71** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | **1,000,055.85** | - | **0.00** | = .... | **$1,000,055.85** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

12.    **Total of Part 3.**

| $1,696,750.56 |
|---|

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

| Debtor | **IPS Worldwide, LLC** | Case number *(if known)* **6:19-bk-00511** |
|---|---|---|
| | Name | |

☐ Yes Fill in the information below.

**Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture** **Misc. Office Furniture and fixtures in worldwide offices** | **Unknown** | | **$25,000.00** |
| **40.** **Office fixtures** | | | |
| **41.** **Office equipment, including all computer equipment and communication systems equipment and software** **Misc. computer equipment and software** | **Unknown** | | **Unknown** |
| **42.** **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

**43.** **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| | **$25,000.00** |
|---|---|

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **2014 Ford Flex** | **Unknown** | **Comparable sale** | **$12,500.00** |
| **48.** **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| **49.** **Aircraft and accessories** | | | |
| **50.** **Other machinery, fixtures, and equipment (excluding farm** | | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **IPS Worldwide, LLC** | Case number *(If known)* | **6:19-bk-00511** |
|---|---|---|---|
| | Name | | |

**machinery and equipment)**

| 51. | **Total of Part 8.** | | $12,500.00 |
|---|---|---|---|
| | Add lines 47 through 50.  Copy the total to line 87. | | |

52.     **Is a depreciation schedule available for any of the property listed in Part 8?**
   ■ No
   ☐ Yes

53.     **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

| Part 9: | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

   ■ No.  Go to Part 10.
   ☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ■ No.  Go to Part 11.
   ☐ Yes Fill in the information below.

| Part 11: | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ■ No.  Go to Part 12.
   ☐ Yes Fill in the information below.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **IPS Worldwide, LLC**                                    Case number *(If known)*  **6:19-bk-00511**
          Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $11,859,633.04 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $1,696,750.56 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $25,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $12,500.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $13,593,883.60 | + 91b.    $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $13,593,883.60 |

**Fill in this information to identify the case:**

Debtor name    **IPS Worldwide, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    **6:19-bk-00511**

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **IPS Worldwide, LLC** |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA |
| Case number (if known) | **6:19-bk-00511** |

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                         12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

■ No. Go to Part 2.

☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

|  |  |  | **Amount of claim** |
|---|---|---|---|

**3.1** | Nonpriority creditor's name and mailing address
**Advanced Business Capital
d/b/a Triumph Business
c/o Ullman & Ullman, P.A.
7700 W. Camino Real, Ste 401
Boca Raton, FL 33433**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Payment for Freight Services**

Is the claim subject to offset?  ■ No   ☐ Yes

**Unknown**

---

**3.2** | Nonpriority creditor's name and mailing address
**Alclara
945 Hornet Drive
Hazelwood, MO 63042**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Payment For Freight Services**

Is the claim subject to offset?  ■ No   ☐ Yes

**Unknown**

---

**3.3** | Nonpriority creditor's name and mailing address
**Alcoa
6603 West Broad Street
Richmond, VA 23230**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Payment For Freight Services**

Is the claim subject to offset?  ■ No   ☐ Yes

**Unknown**

---

**3.4** | Nonpriority creditor's name and mailing address
**Amcor
935 Technology Drive
Suite 100
Ann Arbor, MI 48108**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Payment For Freight Services**

Is the claim subject to offset?  ■ No   ☐ Yes

**Unknown**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    38597                    Best Case Bankruptcy

| Debtor | **IPS Worldwide, LLC** | Case number (if known) | **6:19-bk-00511** |
|---|---|---|---|
| | Name | | |

---

**3.5** | Nonpriority creditor's name and mailing address
**American Express**
P.O. Box 360002
Fort Lauderdale, FL 33336-0002

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Credit card purchases__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.6** | Nonpriority creditor's name and mailing address
**Arcelor Mittal**
3001 Dickey Road
East Chicago, KS 66211

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Payment For Freight Services__

Is the claim subject to offset? ■ No ☐ Yes

**$660,067.52**

---

**3.7** | Nonpriority creditor's name and mailing address
**Arconic**
6603 West Broad Street
Richmond, VA 23230

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Payment For Freight Services__

Is the claim subject to offset? ■ No ☐ Yes

**$631,864.00**

---

**3.8** | Nonpriority creditor's name and mailing address
**Arris Tech**
2226 Galvin Drive
Elgin, IL 60123

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Payment For Freight Services__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.9** | Nonpriority creditor's name and mailing address
**Atkore International**
16100 S Lathrop Avenue
Harvey, IL 60426

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Payment For Freight Services__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.10** | Nonpriority creditor's name and mailing address
**AVOX Systems, Inc**
25 Walter Winter Drive
Lancaster, NY 14086

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Payment For Freight Services__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.11** | Nonpriority creditor's name and mailing address
**B3 Diagnostic Laboratory**
1307 Alen Drive
Suite A
Troy, MI 48083

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Payment For Freight Services__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | IPS Worldwide, LLC | | Case number (if known) | 6:19-bk-00511 |
|---|---|---|---|---|
| | Name | | | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $732,408.67 |
|---|---|---|---|

**Bio-Rad Laboratories**
**1000 Alfred Nobel Drive**
**Hercules, CA 94547**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Payment For Freight Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $737,980.20 |
|---|---|---|---|

**Bossard Industrial Products**
**2925 Morton Drive**
**East Moline, IL 61244**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Payment For Freight Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Brady Worldwide**
**2221 W. Camden Road**
**Milwaukee, WI 53209**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Payment For Freight Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Capital Lighting**
**5359 Rafe Banks Drive**
**Flowery Branch, GA 30542**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Payment For Freight Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Chevron**
**West End of 7th Street**
**Port Arthur, TX 77640**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Payment For Freight Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $125,404.66 |
|---|---|---|---|

**Colgate Palmolive Company**
**c/o Stephanie Lieb**
**101 E. Kenneday Boulevard**
**Suite 2700**
**Tampa, FL 33602**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Payment For Freight Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Concast Metal**
**14315 State Rt. 113**
**Birmingham, OH 44816**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Payment For Freight Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **IPS Worldwide, LLC** | Case number (if known) | **6:19-bk-00511** |
|---|---|---|---|
| | Name | | |

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**EFreight Solutions**
**975 Cobb Place Boulevard**
**Kennesaw, GA 30144**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Payment For Freight Services**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $544,827.79 |
|---|---|---|---|

**Elo TouchSystems**
**300 Constitution Drive**
**Menlo Park, CA 94025**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Payment For Freight Services**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**ExFreight Zeta, LLC**
**c/o Michael Kaufman, P.A.**
**1615 Forum Place, Suite 3A**
**West Palm Beach, FL 33401**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Payment For Freight Services**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Fluidigm**
**7000 Shoreline Court**
**Suite 100**
**South San Francisco, CA 94080**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Payment For Freight Services**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Fristam Pumps USA**
**2410 Parview Road**
**Middleton, WI 53562**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Payment For Freight Services**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**General Electric Int'l**
**4211 Metro Parkway**
**Fort Myers, FL 33916**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Payment For Freight Services**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,093,250.70 |
|---|---|---|---|

**Gilbraltar Industries**
**3556 Lake Shore Road**
**Buffalo, NY 14201**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Payment For Freight Services**

Is the claim subject to offset? ☐ No ☐ Yes

---

| Debtor | **IPS Worldwide, LLC** | Case number *(if known)* | **6:19-bk-00511** |
|---|---|---|---|
| | Name | | |

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Global Tranz Enterprises**
**Quarles & Brady LLP**
**101 East Kennedy Blvd.**
**Suite 3400**
**Tampa, FL 33602**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Payment For Freight Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Harris Tea Company**
**344 New Albany Road**
**Moorestown, NJ 08057**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Payment For Freight Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$266,878.92** |
|---|---|---|---|

**Infineon**
**30805 Santana Street**
**Hayward, CA 94544**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Payment For Freight Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$855,571.68** |
|---|---|---|---|

**Integrated Supply Network**
**2727 Interstate Drive**
**Lakeland, FL 33805**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Payment For Freight Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jensen Tools/Test Equity**
**7815 S. 46th Street**
**Phoenix, AZ 85044**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Payment For Freight Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$411,015.40** |
|---|---|---|---|

**JL French**
**3101 S. Taylor Drive**
**Sheboygan, WI 53082**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Payment For Freight Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,012,211.12** |
|---|---|---|---|

**KTM Motorcycles**
**30100 Technology Drive**
**Murrieta, CA 92563**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Payment For Freight Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | IPS Worldwide, LLC | Case number (if known) | 6:19-bk-00511 |
|---|---|---|---|
| | Name | | |

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Laticrete International**
**1 Laticrete Park North**
**Bethany, CT 06524**

Date(s) debt was incurred __
Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Payment For Freight Services**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Life Technologies**
**5791  Van Allen Way**
**Carlsbad, CA 92008**

Date(s) debt was incurred __
Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Payment For Freight Services**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**McLauglin Body Company**
**2430 River Drive**
**Moline, IL 61265**

Date(s) debt was incurred __
Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Payment For Freight Services**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Motorola**
**2100 East Elliot**
**Tempe, AZ 85284**

Date(s) debt was incurred __
Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Payment For Freight Services**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**MSC Direct**
**75 Maxess Road**
**Melville, NY 11747**

Date(s) debt was incurred __
Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Payment For Freight Services**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Natural Gas Solutions**
**16240 Port Northwest**
**Houston, TX 77041**

Date(s) debt was incurred __
Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Payment For Freight Services**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Neogen**
**620 Lesher Place**
**Lansing, MI 48912**

Date(s) debt was incurred __
Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Payment For Freight Services**

Is the claim subject to offset? ☐ No ☐ Yes

---

| Debtor | **IPS Worldwide, LLC** | Case number (if known) | **6:19-bk-00511** |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| 3.40 | **Nonpriority creditor's name and mailing address**<br>**NuVasive, Inc.**<br>**c/o Edwin Rice**<br>**Bradley Arant Boult Cummings**<br>**100 N. Tampa St., Ste 2200**<br>**Tampa, FL 33602** | **As of the petition filing date, the claim is:** Check all that apply.    **Unknown**<br>■ Contingent<br>■ Unliquidated<br>■ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim:  **Payment For Freight Services** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.41 | **Nonpriority creditor's name and mailing address**<br>**Oral-B Laboratories**<br>**8700 Mason Montgomery Road**<br>**Mason, OH 45040** | **As of the petition filing date, the claim is:** Check all that apply.    **Unknown**<br>■ Contingent<br>■ Unliquidated<br>■ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim:  **Payment For Freight Services** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.42 | **Nonpriority creditor's name and mailing address**<br>**Pitney Bowes**<br>**37 Executive Drive**<br>**Danbury, CT 06810** | **As of the petition filing date, the claim is:** Check all that apply.    **Unknown**<br>■ Contingent<br>■ Unliquidated<br>■ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim:  **Payment For Freight Services** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.43 | **Nonpriority creditor's name and mailing address**<br>**Regal Beloit Corp (RBC)**<br>**6450 W. Hanna Avenue**<br>**Indianapolis, IN 46241** | **As of the petition filing date, the claim is:** Check all that apply.    **Unknown**<br>■ Contingent<br>■ Unliquidated<br>■ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim:  **Payment For Freight Services** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.44 | **Nonpriority creditor's name and mailing address**<br>**Rexnord**<br>**4701 W. Greenfield Avenue**<br>**Milwaukee, WI 53214** | **As of the petition filing date, the claim is:** Check all that apply.    **Unknown**<br>■ Contingent<br>■ Unliquidated<br>■ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim:  **Payment For Freight Services** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.45 | **Nonpriority creditor's name and mailing address**<br>**Riverside Group**<br>**225 North Michigan Avenue**<br>**Chicago, IL 60601** | **As of the petition filing date, the claim is:** Check all that apply.    **Unknown**<br>■ Contingent<br>■ Unliquidated<br>■ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim:  **Payment For Freight Services** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.46 | **Nonpriority creditor's name and mailing address**<br>**RM Acquisition LLC**<br>**d/b/a Rand McNally**<br>**9855 Woods Drive**<br>**Skokie, IL 60077** | **As of the petition filing date, the claim is:** Check all that apply.    **Unknown**<br>■ Contingent<br>■ Unliquidated<br>■ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim:  **Software Provider** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| Debtor | **IPS Worldwide, LLC** | Case number (if known) | **6:19-bk-00511** |
|---|---|---|---|
| | Name | | |

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**SCM Metal Products**
**2601 Weck Drive**
**Durham, NC 27709**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Payment For Freight Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Sheboygan Paint**
**608 Canal Street**
**Cedartown, GA 30125**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Payment For Freight Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Siemens Gamesa Energy**
**3500 Quadrangle Boulevard**
**Orlando, FL 32817**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Payment For Freight Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Sparton**
**5612 Johnson Lake Road**
**De Leon Springs, FL 32130**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Payment For Freight Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$34,991,740.94** |
|---|---|---|---|

**Stanley**
**1000 Stanley Drive**
**Concord, NC 28027**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Payment For Freight Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Subcom**
**100 Piscataqua Drive**
**Portsmouth, NH 03801**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Payment For Freight Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,118,549.75** |
|---|---|---|---|

**Suez WaterTech & Solutions**
**4636 Somerton Road**
**Feasterville Trevos, PA 19053**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Payment For Freight Services**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **IPS Worldwide, LLC** | Case number (if known) | **6:19-bk-00511** |
|---|---|---|---|
| | Name | | |

---

| 3.54 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Symmetricom**
2300 Orchard Parkway
San Jose, CA 95131

Date(s) debt was incurred _
Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Basis for the claim:**  Payment For Freight Services

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Synchrony Financial**
170 Election Road
Stamford, CT 06927

Date(s) debt was incurred _
Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Basis for the claim:**  Payment For Freight Services

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**TestEquity/Jensen Tools**
7815 S 46th Street
Phoenix, AZ 85044

Date(s) debt was incurred _
Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Basis for the claim:**  Payment For Freight Services

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**True Value Co - Advertising**
320 S. Division Street
Harvard, IL 60033

Date(s) debt was incurred _
Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Basis for the claim:**  Payment For Freight Services

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$916,887.26** |

**Tyco Electronics**

Exeter, NH 03833

Date(s) debt was incurred _
Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Basis for the claim:**  Payment For Freight Services

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**UTC Fire and Security**
4211 Metro Parkway
Fort Myers, FL 33916

Date(s) debt was incurred _
Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Basis for the claim:**  Payment For Freight Services

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Verogen**
11111Flintkote Avenue
San Diego, CA 92121

Date(s) debt was incurred _
Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Basis for the claim:**  Payment For Freight Services

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **IPS Worldwide, LLC** | Case number (*if known*) | **6:19-bk-00511** |
|---|---|---|---|
| | Name | | |

---

**3.61** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Wabash National**
**3233 Kossuth Street**
**Lafayette, IN 47905**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Payment For Freight Services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.62** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$310,786.30**

**Watlow**
**12001 Lackland Road**
**Saint Louis, MO 63146**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Payment For Freight Services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.63** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$610,092.31**

**Wayne**
**3814 Jarrett Way**
**Austin, TX 78728**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Payment For Freight Services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.64** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$414,723.19**

**Xerium Technologies**
**1401 Capital Blvd**
**Youngsville, NC 27596**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Payment For Freight Services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.65** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**XPO Logistics**
**c/o Deborah Fletcher**
**Fisher Broyles, LLP**
**6000 Fairview Rd, Ste 1200**
**Charlotte, NC 28210**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Payment For Freight Services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.66** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,057,406.00**

**YRC Freight**
**10990 Roe Avenue**
**Overland Park, KS 66211**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Payment For Freight Services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.67** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,164,460.36**

**Zekelman Industries**
**900 Haddon Avenue**
**Collingswood, NJ 08108-9200**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Payment For Freight Services**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **IPS Worldwide, LLC** | Case number (*if known*) | **6:19-bk-00511** |
|---|---|---|---|
| | Name | | |

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Leanne McKnight Prendergast**<br>**Fisher Broyles, LLP**<br>**12620 Beach Boulevard**<br>**Suite 3, #126**<br>**Jacksonville, FL 32246** | Line  **3.65**<br><br>☐ Not listed. Explain ____ | _ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 51,656,126.77 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 51,656,126.77 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

<table>
<tr><td colspan="2"><b>Fill in this information to identify the case:</b></td></tr>
</table>

Debtor name     **IPS Worldwide, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    **6:19-bk-00511**

☐ Check if this is an
    amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1.**  State what the contract or lease is for and the nature of the debtor's interest    **Office lease**<br><br>State the term remaining<br><br>List the contract number of any government contract | **American Real Estate Partner**<br>**161 Washington St**<br>**Suite 1375**<br>**Conshohocken, PA 19428** |
| **2.2.**  State what the contract or lease is for and the nature of the debtor's interest    **Office Lease**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Borsa Properties, LLC**<br>**P. O. Box 166633**<br>**Miami, FL 33116** |
| **2.3.**  State what the contract or lease is for and the nature of the debtor's interest    **Office lease of Room 901, 9/F, CC Wu Building, $4,960 per month**<br><br>State the term remaining<br><br>List the contract number of any government contract | **CC Wu International**<br>**302-308 Hennessy Road**<br>**Wanchai**<br>**HONG KONG** |
| **2.4.**  State what the contract or lease is for and the nature of the debtor's interest    **Office lease**<br><br>State the term remaining<br><br>List the contract number of any government contract | **OLMO**<br>**Rua Restinga**<br>**Sao Paulo 03065**<br>**BRAZIL** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor 1 | **IPS Worldwide, LLC** | | Case number (*if known*) | **6:19-bk-00511** |
|---|---|---|---|---|
| | First Name | Middle Name        Last Name | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.5.** State what the contract or lease is for and the nature of the debtor's interest     **Office Lease** | |
| State the term remaining | **Root Executive Park** |
| List the contract number of any government contract | **275 Clyde Morris Blvd.** **Ormond Beach, FL 32174** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name    **IPS Worldwide, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    **6:19-bk-00511**

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                        12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 _____ | Street _____<br>_____<br>City      State      Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 _____ | Street _____<br>_____<br>City      State      Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 _____ | Street _____<br>_____<br>City      State      Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 _____ | Street _____<br>_____<br>City      State      Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **IPS Worldwide, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    **6:19-bk-00511**

☐ Check if this is an amended filing

## Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy        04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:    Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2019** to **Filing Date** | ☑ Operating a business<br>☐ Other _____ | **$692,431.42** |
   | **For prior year:**<br>From  **1/01/2018** to **12/31/2018** | ☑ Operating a business<br>☐ Other _____ | **$8,641,360.00** |
   | **For year before that:**<br>From  **1/01/2017** to **12/31/2017** | ☑ Operating a business<br>☐ Other _____ | **$7,014,710.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|
   | **For prior year:**<br>From  **1/01/2018** to **12/31/2018** | **Interest Income** | **$76,838.00** |
   | **For prior year:**<br>From  **1/01/2018** to **12/31/2018** | **Misc.** | **$184.00** |
   | **For year before that:**<br>From  **1/01/2017** to **12/31/2017** | **Interest Income** | **$78,219.00** |
   | **For year before that:**<br>From  **1/01/2017** to **12/31/2017** | **Misc.** | **$2,878.00** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **IPS Worldwide, LLC** | Case number *(if known)* | **6:19-bk-00511** |
|---|---|---|---|

---

**Part 2:**   List Certain Transfers Made Before Filing for Bankruptcy

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Debtor is compiling this information and will supplement this response accordingly | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

    ☐ None.

| None, other than salary disclosed herein in response to question 30. | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5.  **Repossessions, foreclosures, and returns**
    List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

    ☑ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6.  **Setoffs**
    List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

    ☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

---

**Part 3:**   Legal Actions or Assignments

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
    List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

    ☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.   **Blue-Grace vs. Integrated Supply Network and IPS Worldwide, LLC.** **18-CA-5461** | **Civil** | **Hillsborough County Clerk of Court** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

8.  **Assignments and receivership**
    List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or court-appointed officer within 1 year before filing this case.

    ☑ None

---

**Part 4:**   Certain Gifts and Charitable Contributions

---

| Debtor | **IPS Worldwide, LLC** | Case number *(if known)* | **6:19-bk-00511** |

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

| **Part 5:** | **Certain Losses** |

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

| **Part 6:** | **Certain Payments or Transfers** |

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **The Law Offices of Scott W. Spradley, P.**<br>**P. O. Box 1**<br>**109 South 5th Street**<br>**Flagler Beach, FL 32136** | **Attorney Fees paid prepetition for post petition retainer in the sum of $45,000. The debtor also paid $5000 prepetition for prepetion legal services, for a total paid of $50,000 plus the filing fee.** | **1-24-19** | **$45,000.00** |
| | **Email or website address**<br>**scott@flaglerbeachlaw.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

---

Debtor    **IPS Worldwide, LLC**                                    Case number (if known)    **6:19-bk-00511**

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.1<br>. | **Steven Huntley<br>Resource Logistics Group<br>10432 North Barnsley Drive<br>Parkland, FL 33076** | **The debtor and Huntley intended to close<br>a business transaction on or before the<br>commencement of this case. The<br>transaction is the subject of a motion to<br>declare asset purchase agreement null<br>and void filed by RLG on February 8,<br>2019.** | **1-25-19** | **Unknown** |
| | Relationship to debtor<br>**former employee** | | | |
| 13.2<br>. | **Mark E. Kennedy<br>628 River View Road<br>Flagler Beach, FL 32136** | **lot located at 628 River View Road,<br>Flagler Beach, FL 32136. Net sale<br>proceeds were deposited into the<br>Debtor's Regions Bank bank account** | **1-25-19** | **$335,000.00** |
| | Relationship to debtor<br>**none** | | | |

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services<br>the debtor provides | If  debtor provides meals<br>and housing, number of<br>patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
☑ Yes. State the nature of the information collected and retained.

   **Customer name, address and tax identification number**

   Does the debtor have a privacy policy about that information?
   ☑ No
   ☐ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **IPS Worldwide, LLC** | Case number *(if known)* | **6:19-bk-00511** |
|---|---|---|---|

---

**Part 10:**  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Sonny's Transfer Moving and Storage**<br>**21 Pennsylvania Ave**<br>**Cumberland, MD 21502** | **Bill Davies** | **Used Office Furniture** | ☐ No<br>☑ Yes |
| **Orchard Oaks**<br>**27 S Orchard St**<br>**Ormond Beach, FL 32174** | **Bill Davies** | **Used Office Furniture** | ☐ No<br>☑ Yes |

---

**Part 11:**  Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Alcoa**<br>**6603 West Broad Street**<br>**Richmond, VA 23230** | **Bank of America** | **Bank Account ending in 7720** | **$488,470.50** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Atkore International**<br>**16100 S Lathrop Avenue**<br>**Harvey, IL 60426** | **Bank of America** | **Bank Account ending in 4522** | **$2,672.99** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Integrated Supply Network**<br>**2727 Interstate Drive**<br>**Lakeland, FL 33805** | **Bank of America** | **Bank Account ending in 5136** | **$464,411.86** |

| Debtor | **IPS Worldwide, LLC** | Case number *(if known)* | **6:19-bk-00511** |
|---|---|---|---|

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Stanley**<br>**1000 Stanley Drive**<br>**Concord, NC 28027** | **Bank of America** | **Bank Account ending in 6533** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Gilbraltar Industries**<br>**3556 Lake Shore Road**<br>**Buffalo, NY 14201** | **Bank of America** | **Bank Account ending in 6546** | **$319,789.51** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Rexnord**<br>**4701 W. Greenfield Avenue**<br>**Milwaukee, WI 53214** | **Bank of America** | **Bank Account ending in 7023** | **$5,501,041.10** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **YRC Freight**<br>**10990 Roe Avenue**<br>**Overland Park, KS 66211** | **Bank of America** | **Bank Account ending in 1819** | **$2,914,778.16** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **ComData** | **Bank of America** | **Bank Account ending in 0066** | **$70,541.96** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Watlow**<br>**12001 Lackland Road**<br>**Saint Louis, MO 63146** | **Bank of America** | **Bank Account ending in 2296** | **$377,338.23** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Zekelman Industries**<br>**900 Haddon Avenue**<br>**Collingswood, NJ 08108-9200** | **Bank of America** | **Bank Account ending in 4797** | **$873,375.96** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **NuVasive, Inc.**<br>**c/o Edwin Rice**<br>**Bradley Arant Boult Cummings**<br>**100 N. Tampa St.., Ste 2200**<br>**Tampa, FL 33602** | **Bank of America** | **Bank Account ending in 5650** | **$155,825.56** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Sheboygan Paint**<br>**608 Canal Street**<br>**Cedartown, GA 30125** | **Bank of America** | **Bank Account ending in 5663** | **$7,913.05** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Laticrete International**<br>**1 Laticrete Park North**<br>**Bethany, CT 06524** | **Bank of America** | **Bank Account ending in 2633** | **$769,375.51** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Neogen**<br>**620 Lesher Place**<br>**Lansing, MI 48912** | **Bank of America** | **Bank Account ending in 2646** | **$326,425.11** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Wabash National**<br>**3233 Kossuth Street**<br>**Lafayette, IN 47905** | **Bank of America** | **Bank Account ending in 2659** | **$20,513.70** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor   **IPS Worldwide, LLC**                                     Case number *(if known)*   **6:19-bk-00511**

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Fluidigm**<br>**7000 Shoreline Court**<br>**Suite 100**<br>**South San Francisco, CA 94080** | **Bank of America** | **Bank Account ending in 2675** | **$81,923.37** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Synchrony Financial**<br>**170 Election Road**<br>**Stamford, CT 06927** | **Bank of America** | **Bank Account ending in 2688** | **$81,923.37** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **General Electric Int'l**<br>**4211 Metro Parkway**<br>**Fort Myers, FL 33916** | **Bank of America** | **Bank Account ending in 2691** | **$4,253,499.18** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Gilbraltar Industries**<br>**3556 Lake Shore Road**<br>**Buffalo, NY 14201** | **Wilmington Trust** | **Bank Account ending in 0969** | **$1,014,113.32** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Alcoa**<br>**6603 West Broad Street**<br>**Richmond, VA 23230** | **Bank of America** | **Bank Account ending in 0348** | **$15,782.91** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Arcelor Mittal**<br>**3001 Dickey Road**<br>**East Chicago, KS 66211** | **Bank of America** | **Bank Account ending in 5585** | **$990,015.76** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Bio-Rad Laboratories**<br>**1000 Alfred Nobel Drive**<br>**Hercules, CA 94547** | **Bank of America** | **Bank Account ending in 7088** | **$493,521.77** |

**Part 12:**   **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.   **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No.<br>
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and<br>address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.<br>
☐ Yes. Provide details below.

| Debtor | **IPS Worldwide, LLC** | Case number (if known) | **6:19-bk-00511** |
|---|---|---|---|

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |
| 25.1.   **ExFreight Zeta, LLC**<br>**2290 10th Avenue**<br>**Suite 501**<br>**Lake Worth, FL 33461** | **The business is a shipping company of which the debtor owns 51%.** | EIN:    **26-2968390**<br><br>From-To   **10-16-17 to present** |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   **Klayer & Associates**<br>**1275 W. Granada Blvd**<br>**Suite 4C**<br>**Ormond Beach, FL 32174** | **2016 to present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Klayer & Associates**<br>**1275 W. Granada Blvd**<br>**Suite 4C**<br>**Ormond Beach, FL 32174** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

| Debtor | **IPS Worldwide, LLC** | Case number *(if known)* | **6:19-bk-00511** |
|---|---|---|---|

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Bill Davies** | **265 Clyde Morris Blvd, Ste 100 Ormond Beach, FL 32174** | **Managing Member** | **67%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Michael McNett** | **265 Clyde Morris Blvd, Ste 100 Ormond Beach, FL 32174** | **Vice President** | **22%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Jacques McNett** | **265 Clyde Morris Blvd, Ste 100 Ormond Beach, FL 32174** | **Vice President** | **11%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Bill Davies 265 Clyde Morris Blvd, Ste 100 Ormond Beach, FL 32174** | **$210,000 total ($15,000 per check)** | **1/30/18, 2/20/18, 3/29/18, 4/27/18, 5/15/18, 6/01/18, 6/29/18, 7/25/18, 8/03/18, 8/30/18, 9/14/18, 9/28/18, 10/26/18, 11/30/18** | **Salary** |
| | **Relationship to debtor Manager** | | | |

| Debtor | **IPS Worldwide, LLC** | Case number *(if known)* | **6:19-bk-00511** |

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.2. | **Michael McNett**<br>**265 Clyde Morris Blvd, Ste 100**<br>**Ormond Beach, FL 32174** | **$168,000 total ($12,000 per check)** | **1/31/18,**<br>**2/05/18,**<br>**2/26/18,**<br>**4/27/18,**<br>**4/27/18,**<br>**6/01/18,**<br>**6/27/18,**<br>**7/17/18,**<br>**8/3/18,**<br>**8/30/18,**<br>**9/28/18,**<br>**10/26/18,**<br>**11/21/18,**<br>**12/13/18** | **Salary** |
| | Relationship to debtor<br>**Vice President** | | | |
| 30.3. | **Jacques McNett**<br>**265 Clyde Morris Blvd, Ste 100**<br>**Ormond Beach, FL 32174** | **$168,000 total ($12,000 per check)** | **1/31/18,**<br>**2/05/18,**<br>**3/29/18,**<br>**4/27/18,**<br>**5/15/18,**<br>**6/01/18,**<br>**6/29/18,**<br>**7/25/18,**<br>**8/03/18,**<br>**8/30/18,**<br>**9/14/18,**<br>**9/28/18,**<br>**10/26/18,**<br>**11/30/18** | **Salary** |
| | Relationship to debtor<br>**Vice President** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **IPS Worldwide, LLC** | Case number *(if known)* | **6:19-bk-00511** |
|---|---|---|---|

---

**Part 14:**   Signature and Declaration

   **WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in
   connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
   18 U.S.C. §§ 152, 1341, 1519, and 3571.

   I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true
   and correct.

   I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February  8, 2019**

**/s/ William Davies**                                                    **William Davies**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

---

# United States Bankruptcy Court
## Middle District of Florida

In re    **IPS Worldwide, LLC**

Debtor(s)

Case No.    **6:19-bk-00511**

Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **-NONE-** | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **February  8, 2019**

Signature    **/s/ William Davies**

**William Davies**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Middle District of Florida

In re    **IPS Worldwide, LLC**                                              Case No.    **6:19-bk-00511**
                                                    Debtor(s)        Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **February  8, 2019**                    **/s/ William Davies**
                                        **William Davies**/**President**
                                        Signer/Title

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Middle District of Florida

In re  **IPS Worldwide, LLC** _____  Case No.  **6:19-bk-00511**
_____  Chapter  **11**
Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 45,000.00 |
| Prior to the filing of this statement I have received | $ | 45,000.00 |
| Balance Due      Additionally, $5000 in fees was earned and paid prepetition | $ | 0.00 |

2. The source of the compensation paid to me was:

   ☑ Debtor    ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ☑ Debtor    ☐ Other (specify):

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **All aspects of Chapter 11 representation**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
      **All customary and necessary Chapter 11 legal services will be provided, wih the DIP to be billed at $300 per hour subject to court approval.  Court approval will be sought as required including for replenishment of the retainer as appropriate.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**February  8, 2019** _____      **/s/ Scott W. Spradley**
_Date_                                             **Scott W. Spradley 782467**
                                                   _Signature of Attorney_
                                                   **The Law Office of Scott W. Spradley, P.A.**
                                                   **P. O. Box 1**
                                                   **109 South 5th Street**
                                                   **Flagler Beach, FL 32136**
                                                   **386 693 4935  Fax: 386 693 4937**
                                                   **scott@flaglerbeachlaw.com**
                                                   _Name of law firm_

---