ORDERED.

**Dated:  February 14, 2019**

Karen S. Jennemann
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

IPS Worldwide, LLC,                                    Case No.:  6:19-bk-00511-KSJ
                                                              Chapter 11

               Debtor.
_____/

### ORDER GRANTING UNITED STATES TRUSTEE'S MOTION
### AND DIRECTING THE APPOINTMENT OF A CHAPTER 11 EXAMINER

THIS CASE came on for hearing on February 11, 2019, on the United States Trustee's Unopposed Emergency Motion for the Appointment of a Chapter 11 Examiner (the "Motion") (Doc. No. 56) filed by the United States Trustee. The Court, having reviewed the record, finds that the Debtor consents to the appointment of an examiner and such appointment is in the best interest of creditors. Accordingly, it is

**ORDERED**:

1.      The Motion is granted.

2.      A Chapter 11 Examiner shall be appointed pursuant to 11 U.S.C. § 1104(c) in this case.

3.      The United States Trustee is hereby directed to appoint a Chapter 11 Examiner in this case in accordance with the provisions of 11 U.S.C. § 1104(d).

4.      The Court will conduct a further hearing **to determine the duties of the Chapter 11 Examiner on Friday, February 15, 2019 at 2:00 p.m** at George C. Young Courthouse, 400 West Washington Street, 6th Floor, Courtroom A, Orlando, Florida 32801.

#   #   #

The Clerk is directed to serve a copy of this order on all interested parties.