UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

IPS Worldwide, LLC,                                  Case No. 6:19-bk-00511-KSJ
                                                     Chapter 11
        Debtor.
_____/

## APPOINTMENT OF CHAPTER 11 EXAMINER

Pursuant to this Court's Order Granting United States Trustee's Motion and Directing the Appointment of a Chapter 11 Examiner (Doc. No. 124), the United States Trustee for Region 21 appoints the following person as the Examiner:

Maria M. Yip, CPA, CFE, CIRA, CFF
Yip Associates
2 S. Biscayne Blvd, Suite 2690
Miami, Florida 33131
Office: 305-569-0550
Fax: 1-888-632-2672
E-mail: myip@yipcpa.com

This appointment is made on February 14, 2019.

Daniel M. McDermott
United States Trustee, Region 21

   /s/  Charles R. Sterbach
Charles R. Sterbach
Assistant United States Trustee
United States Department of Justice
Office of the United States Trustee
Arizona Bar No.: 009315
George C. Young Federal Building and Courthouse
400 W. Washington Street, Suite 1100
Orlando, FL 32801
Telephone No.: (407) 648-6301, Ext. 121
Facsimile No.: (407) 648-6323
Charles.R.Sterbach@usdoj.gov