UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

IPS Worldwide, LLC,                          Case No.:   6:19-bk-00511-KSJ
                                             Chapter 11

                    Debtor.
_____/

**UNITED STATES TRUSTEE'S APPOINTMENT
AND NOTICE OF APPOINTMENT OF COMMITTEE OF
CREDITORS HOLDING UNSECURED CLAIMS FOR IPS WORLDWIDE, LLC**

Pursuant to 11 U.S.C. Section 1102(a), Daniel M. McDermott, the United States Trustee

for Region 21 ("UST"), hereby appoints the following creditors to serve on the committee of

creditors holding unsecured claims:

SVEZ WTS USA, INC. d/b/a SVEZ WATER
TECHNOLOGIES & SOLUTIONS
c/o Jeanne Cook, Senior Counsel
4636 Somerton Road
Trevose, PA 19053
Tel:  215-633-4251
Email:  jeanne.cook@svez.com

XERIUM TECHNOLOGIES, INC.
c/o Phillip Kennedy, General Counsel
14101 Capital Blvd.
Youngsville, NC 27596
Tel:  919-526-1414
Fax: 919-263-8544
Email:  phillip.kennedy@xerium.com

ATKORE INTERNATIONAL GROUP, INC.
c/o Daniel S. Kelly, General Counsel
Attn: Legal Department
16100 South Lathrop Avenue
Harvey, IL 60426
Tel:  708-225-2436
Email:  dkelly@atkore.com

Additional creditors may be added to the Committee.

DATED:    February 15, 2019          Respectfully submitted,

                                     Daniel M. McDermott
                                     United States Trustee, Region 21

                                      _/s/  Audrey May Aleskovsky_
                                     Audrey May Aleskovsky, Trial Attorney
                                     United States Department of Justice
                                     Office of the United States Trustee
                                     Florida Bar No.: 103236
                                     George C. Young Federal Building and Courthouse
                                     400 W. Washington Street, Suite 1100
                                     Orlando, FL 32801
                                     Telephone No.: (407) 648-6301, Ext. 130
                                     Facsimile No.: (407) 648-6323
                                     Audrey.M.Aleskovsky@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing, United States Trustee's Appointment and Notice of Appointment of Committee of Creditors Holding Unsecured Claims has been served electronically through CM/ECF on February 15, 2019, to all parties having appeared electronically in the instant matter and by email to the members of the committee at the email addresses as set forth above. **I HEREBY CERTIFY** further that a copy hereof shall be served by U.S. Mail, postage prepaid, on February 15, 2019 to the following:

IPS Worldwide, LLC
265 Clyde Morris Blvd, Ste 100
Ormond Beach, FL 32174

Svez Wts Usa, Inc.
d/b/a Svez Water Technologies & Solutions
c/o Jeanne Cook, Senior Counsel
4636 Somerton Road
Trevose, PA 19053

Xerium Technologies, Inc.
c/o Phillip Kennedy, General Counsel
14101 Capital Blvd.
Youngsville, NC 27596

Atkore International Group, Inc.
c/o Daniel S. Kelly, General Counsel
Attn: Legal Department
16100 South Lathrop Avenue
Harvey, IL 60426

Neal, Gerber & Eisenberg, LLP
c/o Jonathan S. Quinn, Esquire
Two North LaSalle Street, Suite 1700
Chicago, IL 60602

Williams Mullen, Esquire
c/o Holmes P. Harden, Esquire
301 Fayetteville Street
Raleigh, NC 27601

Glenn Reisman, Esquire
12 Old Hollow Road
Suite B
Trumbull, CT 06611

   */s/  Audrey May Aleskovsky*
Audrey May Aleskovsky, Trial Attorney

3