[jiffyordnh] [Bench Order No Hearing +]

ORDERED.

Dated: March 26, 2019

_____
Karen S. Jennemann
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:                                                                                          Case No. 6:19−bk−00511−KSJ
                                                                                                Chapter 11
IPS Worldwide, LLC

_____Debtor*_____/

**ORDER GRANTING MOTION TO CONTINUE/RESCHEDULE HEARING**

THIS CASE came on for consideration without a hearing of the **Motion to Continue/Reschedule Hearing** (Doc. **245** ), filed by **Interested Party Exfreight Zeta, LLC** .

The Court having considered the record, the Motion to Continue/Reschedule Hearing is Granted .

Hearing on Motion to Strike (Doc. No. 245) is continued to 2:45 PM May 23, 2019, at Orlando, FL Courtroom 6A, 6th Floor, George C. Young Courthouse, 400 W. Washington Street.

The Court in its discretion may file written findings of facts and conclusions of law at a later date.

Service Instructions:

Attorney Michael Kaufman is directed to serve a copy of this order on interested non−CM/ECF users and file a proof of service within three (3) days of entry of the order.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.