**[Dntccnrh]** [District Notice Cancelling or Rescheduling Hearing or Conference (BK)]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                Case No. 6:19−bk−00511−KSJ
                                                                       Chapter 11

IPS Worldwide, LLC

_____Debtor\*_____/

## NOTICE OF CANCELLED HEARING

    NOTICE IS GIVEN THAT the hearing regarding Motion for Relief From Stay , (Document No. 128 ) filed by Gibraltar Industries, Inc., originally scheduled for April 5, 2019 at 11:00 a.m., has been cancelled .

Dated: March 29, 2019                      FOR THE COURT
                                          Sheryl L. Loesch , Clerk of Court
                                          George C. Young Federal Courthouse
                                          400 West Washington Street
                                          Suite 5100
                                          Orlando, FL 32801

The Clerk's office is directed to serve a copy of this notice on interested parties.

\*All references to "Debtor" shall include and refer to both debtors in a case filed jointly by two individuals.