UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                                  Case No. 6:19-bk-00511-KSJ

IPS WORLDWIDE, LLC,                                          Chapter 11

    Debtor.
_____/

## ACLARA TECHNOLOGIES, LLC'S OBJECTION TO RECOMMENDATION INCLUDED IN THE EXAMINER'S SECOND INTERIM REPORT (DOC. NO. 277)

Aclara Technologies, LLC and Aclara Meters LLC f/k/a General Electric Meters ("Aclara"), by and through its undersigned counsel, objects to the recommendation of the Examiner, and asserts as follows:

1. On March 22, 2019, Aclara filed its Motion to Prohibit Debtor's Use of Cash That is Not Property of the Estate and Request For Turnover of Same (Doc. No. 237) (the "Motion"). As of the date of this Objection, the Motion has not been set for hearing.

2. On April 2, 2019, the Examiner filed its Second Interim Report (Doc. No. 277) (the "Report"). In the Report, the Examiner makes multiple recommendations regarding bank accounts that are held under the Debtor's name. On Page 34 of the Report, the Examiner recommends that with respect to a Bank of America account ending in number 2691 (the "Account"), that "the balance[] in [this] account[] be placed in a general account for the benefit of all the Debtor's creditors." Aclara objects to the Examiner's proposed treatment of the Account.

3. As stated in the Motion, which is fully incorporated herein, Aclara has identified that $2,890,105.94 of Aclara's funds were deposited into the Account. These funds were Aclara's funds which were to be utilized to pay third-party shippers. Further, in the Motion,

Aclara seeks that the Account be frozen and that once a determination of Aclara's interest in the funds be determined, that the funds to which Aclara has an interest be turned over to Aclara.

4. After the Motion was filed, Aclara was contacted by counsel for Suez Water Technologies Solutions who also claims a right to funds in the Account.

5. Because the Motion is already pending and two creditors now claim direct interests in the Account, Aclara objects to the Examiner's recommendation that the Account be deposited in a general account to be utilized by the bankruptcy estate. This matter is still developing, Aclara asserts and reserves the right to raise additional arguments and objections and to present further briefing on these matters.

Dated: April 4, 2019.

/s/ *James A. Timko, Esq.*
JAMES A. TIMKO, ESQ.
Florida Bar No. 88858
jtimko@shutts.com
SHUTTS & BOWEN LLP
300 South Orange Avenue, Suite 1600
Orlando, Florida 32801
Telephone: (407) 423-3200
Facsimile: (407) 425-8316
*Attorneys for Aclara*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 4, 2019, a true and correct copy of the foregoing was served on all parties listed below via CM/ECF and/or U.S. Mail.

**IPS Worldwide, LLC**
265 Clyde Morris Blvd., Ste. 100
Ormond Beach, FL 32174
*Debtor*

**Audrey M. Aleskovsky**
Office of the United States Trustee
George C. Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801

**Scott W. Spradley**
Law Offices of Scott W. Spradley P.A.
P.O. Box 1
109 South 5th Street
Flagler Beach, FL 32136
*Counsel for Debtor*

And all parties on the attached Parties-in-Interest matrix.

/s/ *James A. Timko, Esq.*
JAMES A. TIMKO, ESQ.

ORLDOCS 16820213 1

Label Matrix for local noticing
113A-6
Case 6:19-bk-00511-KSJ
Middle District of Florida
Orlando
Thu Apr  4 15:12:34 EDT 2019

IPS Worldwide, LLC
265 Clyde Morris Blvd, Ste 100
Ormond Beach, FL 32174-8137

AREP Eight Tower Bridge LLC
c/o Zachary J. Bancroft, Esq.
Baker Donelson, et al.
200 S. Orange Ave., Ste. 2900
Orlando, FL 32801-3448

Aclara Meters LLC
c/o James A. Timko, Esq.
Shutts & Bowen LLP
300 S. Orange Ave., #1600
Orlando, FL 32801-3382

Advanced Business Capital
d/b/a Triumph Business
c/o Ullman & Ullman, P.A.
7700 W. Camino Real, Ste 401
Boca Raton, FL 33433-5543

Alcoa Corporation
201 Isabella St. Ste. 500
Pittsburgh, PA 15212-5858

Arcelor Mittal
250 W US HIghway 12
Burns Harbor, IN 46304-9727

Arconic, Inc.
Arconic Corporate Center
201 Isabella St.
Pittsburgh, PA 15212-5858
Attn: Melanie Smith, Legal Dept.

Atkore International
16100 S Lathrop Avenue
Harvey, IL 60426-6021

Bio-Rad Laboratories
1000 Alfred Nobel Drive
Hercules, CA 94547-1898

Bossard Industrial Products
2925 Morton Drive
East Moline, IL 61244-1960

Colgate Palmolive Company
c/o Stephanie Lieb
101 E. Kenneday Boulevard
Suite 2700
Tampa, FL 33602-5150

Delgado & Romanik, PLLC
c/o Jonathan M. Sykes, Esquire
200 S Orange Avenue, Suite 800
Orlando, FL 32801-6404

Elo Touch Solutions
670 N McCarthy Blvd
Ste. 100
Milpitas, CA 95035-5119

Exfreight Zetz, LLC
c/o Michael A. Kaufman, Esq.
1615 Forum Place, Suite 3A
West Palm Beach, Florida 33401-2316

Gibraltar Industries, Inc.
c/o Aaron A. Wernick, Esq.
Furr Cohen, PA
2255 Glades Road, Suite 301E
Boca Raton, FL 33431-7383

Gilbraltar Industries
3556 Lake Shore Road
Buffalo, NY 14219-1485

GlobalTranz Enterprises, Inc.
c/o Jordan D. Maglich, Esq.
Quarles & Brady LLP
101 East Kennedy Blvd., Suite 3400
Tampa, FL 33602-5195

Infineon
30805 Santana Street
Hayward, CA 94544-7030

Integrated Supply Network
2727 Interstate Drive
Lakeland, FL 33805-2304

JL French
3101 S. Taylor Drive
Sheboygan, WI 53081-9401

KTM Motorcycles
30100 Technology Drive
Murrieta, CA 92563-2542

KTM North America Inc
c/o Justin D Kreindel Esq
Wilson Elser Moskowitz Edelman & Dicker
111 N Orange Ave Ste 1200
Orlando FL 32801-2361

Lawrence M. Kosto, Esq.
Kosto & Rotella, P.A.
PO Box 113
Orlando FL 32802-0113

Life Technologies
5791  Van Allen Way
Carlsbad, CA 92008-7321

NuVasive, Inc.
Bradley Arant Boult Cummings LLP
100 N. Tampa Street, Suite 2200
Tampa, FL 33602-5809

Resource Logistics Group, Inc.
c/o Kenneth G.M. Mather, Esq.
Gunster, Yoakley & Stewart, P.A.
401 E. Jackson St, Ste 2500
Tampa, FL 33602-5226

Rexnord
4701 W. Greenfield Avenue
Milwaukee, WI 53214-5300

Rexnord Industries, LLC
c/o Jordan D. Maglich, Esq.
Quarles & Brady LLP
101 East Kennedy Blvd., Suite 3400
Tampa, FL 33602-5195

Stanley
1000 Stanley Drive
Concord, NC 28027-7679

Stanley Black & Decker, Inc.
c/o Colin S. Baker, Esq.
Greenberg Traurig, P.A.
450 South Orange Ave., Suite 650
Orlando, FL 32801-3311

Stanley Black & Decker, Inc.
c/o Greenberg Traurig, P.A.
Danielle S. Kemp, Esq.
101 E. Kennedy Blvd., Suite 1900
Tampa, FL 33602-5148

Stanley Black & Decker, Inc.
c/o Greenberg Traurig, P.A.
Mark D. Bloom, Esq.
333 SE 2nd Avenue
Miami, FL 33131-3238

Stanley Black & Decker, Inc.
c/o I. William Spivey, II, Esq.
GREENBERG TRAURIG, P.A.
450 South Orange Ave., Suite 650
Orlando, FL 32801-3311

Suez Water Technologies
c/o Glenn Reisman, Esq.
Reisman Law Firm LLC
12 Old Hollow Road
Trumbull, CT 06611-5523

Suez Water Technologies and Solutions
c/o Glenn M. Reisman
12 Old Hollow Road, Ste. B
Trumbull, CT 06611-5523

Suez WaterTech & Solutions
4636 Somerton Road
Feasterville Trevos, PA 19053-6742

TE Connectivity
Attn: Samuel M. Koda, Jr., Esq.
2800 Fulling Mill Road
Middletown, PA 17057-3142

TE Connectivity Corporation
c/o Samuel M. Koda, Jr., Esq.
2800 Fulling Mill Road
Middletown, PA 17057-3142

Tranzact Technologies, Inc.
c/o Denise D. Dell-Powell, Esq.
Burr & Forman LLP
200 S. Orange Ave., Suite 800
Orlando, FL 32801-6404

True Value Company, LLC
8600 W. Byn Mawr Ave.
Chicago IL 60631-3505

Union Pacific Railroad Company
1400 Douglas St. STOP 1580
Omaha NE 68179-0002

Watlow
12001 Lackland Road
Saint Louis, MO 63146-4039

Wayne
3814 Jarrett Way
Austin, TX 78728-1298

XPO Logistics, Inc.
c/o Deborah L. Fletcher, Partner
6000 Fairview Road, Suite 1200
Charlotte, North Carolina 28210-2252

XPO Logistics, Inc.
c/o Leanne McKnight Prendergast
12620 Beach Blvd. Suite 3 #126
Jacksonville, Florida 32246-7130

Xerium Technologies
1401 Capital Blvd
Youngsville, NC 27596

Xerium Technologies, Inc.
c/o Holmes P. Harden
Williams Mullen
PO Box 1000
Raleigh, NC 27602
hharden@williamsmullen.com 27602-1000

YRC ENTERPRISE SERVICES, INC.
c/o Gregory R. Farkas
200 Public Square #3000
Cleveland, OH 44114-2381

YRC Enterprise Services, Inc.
YRC, Inc. d/b/a YRC Freight
Brian McDowell c/o Holland & Knight LLP
200 S. Orange Avenue, Ste 2600
Orlando, Florida 32801-3461

YRC Enterprise Services, Inc.
YRC, Inc. d/b/a YRC Freight
Robert Davis c/o Holland & Knight LLP
200 S. Orange Avenue, Ste 2600
Orlando, Florida 32801-3461

YRC Freight
10990 Roe Avenue
Overland Park, KS 66211-1213

Zekelman Industries, Inc.
Attn: Angela Miu
227 W. Monroe St. Ste. 2600
Chicago, IL 60606-5082

c/o Ullman & Ullman, P.A.
Michael W. Ullman
Jared A. Ullman
7700 W. Camino Real, Suite 401
Boca Raton, FL 33433-5543

United States Trustee - ORL +
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801-2210

Scott W Spradley +
Law Offices of Scott W Spradley PA
PO Box 1
109 South 5th Street
Flagler Beach, FL 32136-3604

Note: Entries with a '+' at the end of the
name have an email address on file in CMECF

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Arcelor Mittal
250 W US Highway 12
Burns Harbor, IN 46304-9727

(d)Bio-Rad Laboratories
1000 Alfred Nobel Drive
Hercules, CA 94547-1898

(d)Bossard Industrial Products
2925 Morton Drive
East Moline, IL 61244-1960

(d)Elo Touch Solutions
670 N McCarthy Blvd.
Ste. 100
Milpitas, CA 95035-5119

(d)Gilbraltar Industries
3556 Lake Shore Road
Buffalo, NY 14219-1485

(d)Integrated Supply Network
2727 Interstate Drive
Lakeland, FL 33805-2304

(d)KTM Motorcycles
30100 Technology Drive
Murrieta, CA 92563-2542

(d)Stanley
1000 Stanley Drive
Concord, NC 28027-7679

(d)Suez WaterTech & Solutions
4636 Somerton Road
Feasterville Trevos, PA 19053-6742

(d)Wayne
3814 Jarrett Way
Austin, TX 78728-1298

(d)Xerium Technologies
1401 Capital Blvd
Youngsville, NC 27596

(d)YRC Freight
10990 Roe Avenue
Overland Park, KS 66211-1213

End of Label Matrix
Mailable recipients    56
Bypassed recipients    12
Total                  68