ORDERED.

Dated: April 05, 2019

Karen S. Jennemann
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

IPS Worldwide, LLC,    Case No.: 6:19-bk-00511-KSJ
                      Chapter 11

        Debtor.
_____/

**ORDER GRANTING UNITED STATES TRUSTEE'S MOTION
AND DIRECTING THE APPOINTMENT OF A CHAPTER 11 TRUSTEE**

THIS CASE came on for hearing on April 5, 2019 on (i) the United States Trustee's Motion to Appoint a Chapter 11 Trustee or, in the Alternative, Convert Case to Chapter 7 (Doc. No. 227; "Motion"); (ii) a Motion to Appoint Chapter 11 Trustee (Doc. No. 209) filed by creditor Stanley Black & Decker, Inc., which shall be treated by the Court as a joinder to the Motion; (iii) a Joinder to the Motion to Appoint Chapter 11 Trustee (Doc. No. 224) filed by creditor Integrated Supply Network, LLC; (iv) a Response in Support (Doc. No. 226) filed by YRC Enterprise Services, Inc.; (v) a Joinder (Doc. No. 248) filed by Arconic, Inc.; and (vi) a Response to Motions for Appointment of a Chapter 11 Trustee or, Alternatively, Conversion of this Chapter 11 Case Under Chapter 7 of Bankruptcy Code (Doc. No. 285) filed by Official Committee of Unsecured Creditors.

The Court, having reviewed the record and considered the positions of the parties-in-interest, finds such appointment of a Chapter 11 Trustee is in the best interest of creditors. Accordingly, it is

**ORDERED**:

1.The Motion (Doc. No. 227) is granted as to the appointment of a Chapter 11 Trustee pursuant to 11 U.S.C. § 1104(a).

2.The United States Trustee is hereby directed to appoint a Chapter 11 Trustee in this case in accordance with the provisions of 11 U.S.C. § 1104(d).

3.The Chapter 11 Trustee shall have the powers and duties delineated in 11 U.S.C. § 1106(a).

4.The Chapter 11 Trustee shall have the sole and exclusive authority to make all business decisions for the Debtor, including decisions regarding the employment and compensation of employees, the retention of professionals, and the decision to enter into a contract, or assume or reject a contract.

5.Compensation of the Chapter 11 Trustee shall be allowed by separate order pursuant to 11 U.S.C. § 326.  No compensation shall be paid to the Chapter 11 Trustee in this case from any source whatsoever without prior order of the Court.

6.The Debtor (including its officers, directors, and management) is directed to provide full and complete cooperation with the Chapter 11 Trustee to be appointed including providing access to all computers for any offsite offices containing data of Debtor's operations.

The Clerk is directed to serve this Order on all interested parties.