UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

IPS Worldwide, LLC                                    Case No. 6:19-bk-00511-KSJ
                                                      Chapter 11

    Debtor.
_____/

**NOTICE OF APPOINTMENT OF CHAPTER 11 TRUSTEE AND SETTING OF BOND**

Pursuant to the Order of this Court entered on April 5, 2019 (Doc. No. 290) directing the United States Trustee to appoint a Chapter 11 Trustee in the above-captioned case, the United States Trustee for Region 21, by and through his undersigned counsel, hereby appoints the following person as Chapter 11 Trustee:

> Alex D. Moglia
> Moglia Advisors
> 1325 Remington Road, Suite H
> Schaumburg, IL 60173
> Telephone:  (847) 884-8282
> Facsimile:  (847) 884-1188
> Email: amoglia@mogliaadvisors.com

The bond of the Chapter 11 Trustee will initially be set at $36,000,000.  The bond may require adjustment as the trustee collects and liquidates assets of the estate, and the trustee is

[remainder of page intentionally left blank]

directed to inform the Office of the United States Trustee when changes to the bond amount are required or made.

    This appointment is made on April 5, 2019.

                                  Daniel M. McDermott
                                  United States Trustee, Region 21

                                  */s/ Audrey M. Aleskovsky*
                                  Audrey M. Aleskovsky, Trial Attorney
                                  United States Department of Justice
                                  Office of the United States Trustee
                                  Florida Bar No.: 0103236
                                  400 W. Washington Street, Suite 1100
                                  Orlando, FL 32801
                                  Telephone No.: (407) 648-6301, Ext. 130
                                  Facsimile No.: (407) 648-6323
                                  audrey.m.aleskovsky@usdoj.gov