IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| In re: | § |
| | §   Case No. 6:19-bk-00511-KSJ |
| IPS WORLDWIDE, LLC | §   Chapter 11 |
| | § |
| Debtor. | § |

NOTICE OF APPEARANCE AND
REQUEST FOR NOTICE AND SERVICE OF PLEADINGS

**TO THE CLERK OF THE BANKRUPTCY COURT:**

**PLEASE TAKE NOTICE** that Conduent, Inc., fka Xerox Business Services, LLC, fka Affiliated Computer Services, Inc. ("**Conduent**"), by and through its counsel Singer & Levick, P.C., files this, its *Notice of Appearance and Request for Notice and Service of Pleadings*.

Pursuant to Bankruptcy Rules 2002. 9007 and 9010, and Sections 102(1), 342, and 1109(b) of the Bankruptcy Code, Conduent respectfully requests that all notices given or required to be given in these proceedings and all papers served or required to be served in these proceedings be served upon its counsel at the address, telephone number and email address listed below.

Larry A. Levick, Esq.
Singer & Levick, P.C.
16200 Addison Road, Suite 140
Addison, Texas  75001
Phone: 972.380.5533
Fax: 972.380.5748
Email: levick@singerlevick.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109 (b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, Orders and notices of any Application, Motion, Petition, pleading, request, complaint, or demand, whether formal or informal, whether

written or oral, whether transmitted or conveyed by mail, delivery, telephone, facsimile, or otherwise.

**PLEASE TAKE FURTHER NOTICE** that this *Notice of Appearance and Request for Notice and Service of Pleadings* is without prejudice to: (1) Conduent's rights, remedies, claims, actions, defenses, setoffs, or recoupments, in law or in equity, against the Debtor and any other entities either in this case or in any other action, all of which rights, remedies, claims, actions, defenses, setoff and recoupments are expressly reserved, and (2) any objection which may be made to the jurisdiction of the Court, and shall not be deemed or construed to submit Conduent to the jurisdiction of the Court.

**DATED:  April 09, 2019**

                Respectfully submitted,

                SINGER & LEVICK, P.C.

                By:       /s/   Larry A. Levick
                          Larry A. Levick
                          State Bar No. 12252600

                16200 Addison Road, Suite 140
                Addison, Texas  75001
                Phone:  972.380.5533
                Fax:  972.380.5748
                Email: levick@singerlevick.com

                ATTORNEYS FOR:
                CONDUENT, INC., FKA XEROX BUSINESS SERVICES, LLC, FKA AFFILIATED COMPUTER SERVICES, INC.

## CERTIFICATE OF SERVICE

      I hereby certify that Notice of this document will be electronically mailed to the parties that are registered or otherwise entitled to receive electronic notices in this case pursuant to the Electronic Filing Procedures in this District, and to the parties listed below via first class mail, postage prepaid, on this 9th day of April, 2019.

| **Debtor:**<br>IPS Worldwide, LLC<br>265 Clyde Morris Blvd., Suite 100<br>Ormond Beach, FL 32174 | **Counsel for Debtor:**<br>Scott W. Spradley<br>Law Offices of Scott W. Spradley PC<br>109 South 5th Street<br>Flagler Beach, FL 32136 |
|---|---|
| **US Trustee:**<br>Audrey M. Aleskovsky<br>Charles R. Sterbach<br>Office of the US Trustee<br>400 W. Washington Street, Suite 1100<br>Orlando, FL 32801 | **Counsel for Official Committee**<br>**of Unsecured Creditors:**<br>Bradley M. Saxton<br>Winderweedle, Haines, Ward & Woodman<br>329 Park Avenue North, Second Floor<br>Winter Park, FL 32789 |

                                                   /s/ Larry A. Levick
                                                   Larry A. Levick