**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**In re:**

**IPS Worldwide, LLC,**                      **Case No. 6:19-bk-00511-KSJ**
                                                              **Chapter 11**

       **Debtor.**

_____/

**NOTICE OF FEES AND COSTS INCURRED BY**
**MARIA M. YIP, CPA, CFE, CIRA AS EXAMINER**
**FROM FEBRUARY 14, 2019 TO APRIL 12, 2019**

On April 11, 2019 the Court entered an order (ECF No. 312) directing professionals employed in the Chapter 11 case of the Debtor, IPS Worldwide, LLC, to file a statement of fees and costs incurred between January 25, 2019 through April 12, 2019. On February 6, 2019, the United States Trustee filed its *Emergency Unopposed Motion to Appoint a Chapter 11 Examiner* (ECF No. 56), which was granted by this Court on February 14, 2019 (ECF No. 124). Pursuant to the Court's order, the United States Trustee filed the *Appointment of Chapter 11 Examiner* (ECF No. 125) appointing Maria M. Yip as the Examiner in this case. On February 20, 2019 the Court entered a *Supplemental Order Regarding the Appointment of a Chapter 11 Examiner* (ECF No. 143). The professional fees and costs incurred as Examiner in this case from February 14, 2019 through April 12, 2019 are $120,534. The Examiner will not be seeking reimbursement of $4,416 in travel related expenses.

Date:  April 18, 2019                                        Respectfully submitted,

                                                                         */s/Tiffany Payne Geyer*
                                                                         TIFFANY PAYNE GEYER, ESQ.
                                                                         Florida Bar No. 421448
                                                                         BAKER & HOSTETLER LLP
                                                                         *Counsel for the Examiner*
                                                                         200 S. Orange Avenue, Suite 2300
                                                                         Orlando, Florida 32801

Telephone (407) 649-4000
Facsimile (407) 841-0168
tpaynegeyer@bakerlaw.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 18th day of April, 2019, I electronically filed the foregoing with the Clerk of the Court by using the Court's CM/ECF System which will send a Notice of Electronic Filing and copy to all parties requesting such notice.

*s//s/Tiffany Payne Geyer*
TIFFANY PAYNE GEYER, ESQ.