UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**In re:**

**IPS Worldwide, LLC,**    Case No. 6:19-bk-00511-KSJ
                          Chapter 11
    **Debtor.**
_____/

NOTICE OF FEES AND COSTS INCURRED BY
HAL A. LEVENBERG, CIRA, CFE AND YIP ASSOCIATES AS FORENSIC
ACCOUNTANTS TO MARIA M. YIP, EXAMINER
FROM FEBRUARY 14, 2019 TO APRIL 12, 2019

On April 11, 2019 the Court entered an order (ECF No. 312) directing professionals employed in the Chapter 11 case of the Debtor, IPS Worldwide, LLC, to file a statement of fees and costs incurred between January 25, 2019 through April 12, 2019. On March 6, 2019 the Court entered an order (ECF No. 190) authorizing the employment of Hal A. Levenberg and the firm of Yip Associates, as forensic accountants to the Examiner, Maria M. Yip, as of February 14, 2019. The professional fees and costs incurred in connection with representation of the Examiner in this case from February 14, 2019 through April 12, 2019 are $364,550. Yip Associates will not be seeking reimbursement of $8,559 in travel related expenses.

Date:   April 18, 2019                     Respectfully submitted,

                                           */s/Tiffany Payne Geyer*
                                           TIFFANY PAYNE GEYER, ESQ.
                                           Florida Bar No. 421448
                                           BAKER & HOSTETLER LLP
                                           *Counsel for the Examiner*
                                           200 S. Orange Avenue, Suite 2300
                                           Orlando, Florida 32801
                                           Telephone (407) 649-4000
                                           Facsimile (407) 841-0168
                                           tpaynegeyer@bakerlaw.com

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 18th day of April, 2019, I electronically filed the foregoing with the Clerk of the Court by using the Court's CM/ECF System which will send a Notice of Electronic Filing and copy to all parties requesting such notice.

                                              *s//s/Tiffany Payne Geyer*
                                              TIFFANY PAYNE GEYER, ESQ.