UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**In re:**

**IPS Worldwide, LLC,**  Case No. 6:19-bk-00511-KSJ
Chapter 11
    **Debtor.**
_____/

### NOTICE OF FEES AND COSTS INCURRED BY BAKER HOSTETLER, LLP AS COUNSEL TO EXAMINER. MARIA M. YIP, FROM MARCH 7, 2019 TO APRIL 12, 2019

On April 11, 2019 the Court entered an order (ECF No. 312) directing professionals employed in the Chapter 11 case of the Debtor, IPS Worldwide, LLC, to file a statement of fees and costs incurred between January 25, 2019 through April 12, 2019. On April 9, 2019 the Court entered an order (ECF No. 305) authorizing the employment of Tiffany Payne Geyer and the law firm of Baker Hostetler, LLP, as counsel to the Examiner, Maria M. Yip, as of March 7, 2019. The legal fees incurred in connection with representation of the Examiner in this case from March 7, 2019 through April 12, 2019 is $64,050.00.

Date:  April 18, 2019

Respectfully submitted,

*/s/Tiffany Payne Geyer*
TIFFANY PAYNE GEYER, ESQ.
Florida Bar No. 421448
BAKER & HOSTETLER LLP
*Counsel for the Examiner*
200 S. Orange Avenue, Suite 2300
Orlando, Florida 32801
Telephone (407) 649-4000
Facsimile (407) 841-0168
tpaynegeyer@bakerlaw.com

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 18th day of April, 2019, I electronically filed the foregoing with the Clerk of the Court by using the Court's CM/ECF System which will send a Notice of Electronic Filing and copy to all parties requesting such notice.

                                            *s//s/Tiffany Payne Geyer*
                                            TIFFANY PAYNE GEYER, ESQ.