UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

IPS Worldwide, LLC,                                            Case No. 6:19-bk-00511-KSJ
                                                                Chapter 11
      Debtor.
_____/

**EXAMINER'S *AMENDED* PROPOSED PROCEDURES
FOR RESOLUTION OF ISSUES, IF ANY, CONCERNING
RECOMMENDATIONS REGARDING ACCOUNTS
MAINTAINED BY THE DEBTOR
*AND*
<u>NOTICE OF OPPORTUNITY TO OBJECT TO PROPOSED PROCEDURES</u>**

COMES NOW, Examiner, Maria M. Yip ("**Yip**" or the "**Examiner**"), by and through the undersigned counsel and in compliance with the Administrative Order entered on April 11, 2019 (Doc. No. 312), and proposes the following amended[1] procedures ("**Proposed Procedures**") for resolving issues, if any, concerning the Examiner's recommendation with respect to the treatment of accounts with positive balances maintained by the Debtor ("**Recommendation**").

**Pursuant to the Administrative Order, any objection to the Proposed Procedures must be filed with the Clerk of Court at the United States Bankruptcy Court, Middle District of Florida, George C. Young Federal Courthouse, 400 W. Washington Street, Suite 5100, Orlando, Florida, 32801 on or before April 25, 2019, with a copy served upon Examiner's counsel. The Proposed Procedures and any timely filed objection will be considered at a hearing on April 26, 2019 at 10:00am.**

---

[1] The procedures proposed herein are identical to those filed on Friday, April 19, 2019 (ECF No. 328). The amendment relates solely to the substitution of Alex D. Moglia, Chapter 11 trustee, and his personnel, in place of Maria M. Yip, Examiner, and her personnel, as the proper party in interest to conduct meetings with parties concerning the Examiner's recommendations for accounts with positive balances.

1

## BACKGROUND

1. On January 25, 2019 IPS Worldwide, LLC (the "**Debtor**") filed a voluntary Chapter 11 petition for relief in the Bankruptcy Court for the Middle District of Florida, Orlando Division (the "**Court**").

2. On April 10, 2019, the Court entered an order (ECF No. 308) appointing Alex D. Moglia as Chapter 11 trustee (the "**Trustee**"). The Trustee accepted his appointment on April 8, 2019 (ECF No. 297).

3. Prior to the appointment of the Trustee, on February 19, 2019 the Court executed an order (ECF No. 143) approving an application filed by the United States Trustee selecting Yip as Examiner to investigate the assets and financial affairs of the Debtor.

4. On March 6, 2019 the Examiner filed a first interim report (ECF No. 182) ("**First Report**"). On April 2, 2019 the Examiner filed a second interim report (ECF No. 277) ("**Second Report**"). The Second Report (without exhibits) is attached hereto as **Exhibit "A"**.[2]

5. On April 15, 2019 the Examiner filed a Notice (the "**Notice**") of Establishment of Data Room ("**Data Room**") and Related Confidentiality and Nondisclosure Agreement ("**NDA**") (ECF No. 321). The Notice and NDA are attached hereto as **Exhibit "B"**.

6. The Examiner will file a third interim report on or before May 10, 2019 ("**Third Report**"). The Third Report may also serve as the Examiner's final report.

## EXAMINER'S RECOMMENDATIONS

7. In the Second Report, the Examiner makes a Recommendation with respect to certain accounts maintained by the Debtor containing a positive account balance.

---

[2] Copies of the exhibits to the Second Report can be obtained by contacting the undersigned. In addition, the Examiner's First Report, Second Report, and the Examiner's work papers and methodology are contained in the Data Room presently being maintained by the Examiner. Holders of claims against the Debtors can obtain access to the Data Room by completing and returning the NDA in the manner provided in **Exhibit B** attached hereto.

8.   Each Recommendation of the Examiner is based on a tracing analysis performed by the Examiner and a review of funds flowing into and out of each account. The Examiner's work papers and methodology detailing the process by which the Examiner arrived at each Recommendation is contained in the Data Room.

9.   The Examiner's Recommendations in the Second Report for each account with a positive balance are as follows:

*True Client Designated Bank Accounts*[3]

**A. IPS and Laticrete - Bank of America x 2633**

As of March 31, 2019, BOA 2633 had a balance of $769,376. The Examiner recommends that the $769,376 balance be disbursed as follows:

- turnover of $768,092 to freight carriers or Laticrete with proof of payment made directly to the freight carriers;

- turnover of $843 to Mueller Company (a/k/a True Value) for a payment made from the Mueller account on August 2, 2018 for two Laticrete freight carrier invoices; and

- turnover of $440 to IPS for service fees.

**B. IPS and Synchrony - Bank of America x 2688**

As of March 31, 2019, BOA 2688 had a balance of $289,115. The Examiner recommends that the $289,115 balance be disbursed as follows:

- turnover of $255,528 to freight carriers or Synchrony with proof of payment made directly to the freight carriers;

- turnover of $50 to Synchrony; and

- turnover of $33,537 to IPS for service fees.

**C. IPS and Watlow - Bank of America x 2296**

As of March 31, 2019, BOA 2296 had a balance of $377,338. The Examiner recommends that the $377,338 balance be disbursed as follows:

---

[3] As defined in the Second Report.

- turnover of $325,149 to freight carriers or Watlow with proof of payment made directly to the freight carriers; and

- turnover of $52,189 to IPS for service fees.

### D. IPS and Neogen - Bank of America x 2646

As of March 31, 2019, BOA 2646 had a balance of $327,377. The Examiner recommends that the $327,377 balance be disbursed as follows:

- turnover of $320,744 to freight carriers or Neogen with proof of payment made directly to the freight carriers; and

- turnover of $6,634 to IPS for service fees.

### E. IPS and Wabash - Bank of America x 2659

As of March 31, 2019, BOA 2659 had a balance of $20,514. The Examiner recommends that the $20,514 balance be disbursed as follows:

- turnover of $5,709 to freight carriers or Wabash with proof of payment made directly to the freight carriers; and

- turnover of $14,805 to IPS for service fees.

### F. IPS and Fluidigm- Bank of America x 2675

As of March 31, 2019, BOA 2675 had a balance of $81,923. The Examiner recommends that the $81,923 balance be disbursed as follows:

- turnover of $80,281 to freight carriers or Fluidigm with proof of payment made directly to the freight carriers; and

- turnover of $1,643 to IPS for service fees.

### G. IPS and Nuvasive- Bank of America x 5650

As of February 28, 2019, BOA 5650 had a balance of $155,826. The Examiner recommends that the $155,826 balance be disbursed as follows:

- turnover of $129,465 to freight carriers or Nuvasive with proof of payment made directly to the freight carriers; and

- turnover of $26,361 to IPS for service fees.

H. **IPS and Arcelor Mittal - Bank of America x 5585**

As of March 31, 2019, BOA 5585 had a balance of $572,992. The Examiner recommends that the $572,992 balance be disbursed as follows:

- turnover of $439,331 to freight carriers or Arcelor Mittal with proof of payment made directly to the freight carriers; and

- turnover of $133,661 to IPS for service fees.

I. **IPS and Sheboygan - Bank of America x 5663**

As of February 28, 2019, BOA 5663 had a balance of $7,914. The Examiner recommends that the $7,914 balance be disbursed as follows:

- turnover of $842 to freight carriers or Sheboygan with proof of payment made directly to the freight carriers; and

- turnover of $7,073 to IPS for service fees.

*Commingled Client Designated Accounts*[4]

A. **IPS and Bio-Rad - Bank of America x 7088**

As of March 31, 2019, BOA 7088 has a balance of $92,480.

- The Examiner recommends that the balance in this account be placed in a general account for the benefit of all of the Debtor's creditors.

B. **IPS and Life Technologies - Bank of America x 7075**

As of March 31, 2019, BOA 7075 had a balance of $713,466.

- The Examiner recommends that the balance in this account be placed in a general account for the benefit of all of the Debtor's creditors.

C. **IPS and Atkore - Bank of America x 4522**

As of February 28, 2019, BOA 4522 had a balance of $2,673.

- The Examiner recommends that the balance in this account be placed in a general account for the benefit of all of the Debtor's creditors.

---

[4] As defined in the Second Report.

### D. IPS and Rexnord Bank of America x 7023

As of February 28, 2019, BOA 7023 had a balance of $1,253,965.

- The Examiner recommends that the balance in this account be placed in a general account for the benefit of all of the Debtor's creditors.

### E. IPS and ISN - Bank of America x 5136

As of February 28, 2019, BOA 5136 had a balance of $186,489.

- The Examiner recommends that the balance in this account be placed in a general account for the benefit of all of the Debtor's creditors.

### F. IPS and Alcoa - Bank of America x 0348

As of March 31, 2019, BOA 0348 had a balance of $15,817.

- The Examiner recommends that the balance in this account be placed in a general account for the benefit of all of the Debtor's creditors.

### G. IPS and Alcoa - Bank of America x 7720

As of March 31, 2019, BOA 7720 had a balance of $488,471.

- The Examiner recommends that the balance in this account be placed in a general account for the benefit of all of the Debtor's creditors.

### H. IPS and Mueller Company (a/k/a True Value) - Bank of America x 7431

As of February 28, 2019, BOA 7431 had a balance of $878.

- The Examiner recommends that the balance in this account be placed in a general account for the benefit of all of the Debtor's creditors.

*IPS General Accounts with Commingled Funds*[5]

10. The Examiner reviewed bank records for the period January 2017 through March 2019 for general accounts maintained by the Debtor for numerous clients from which the Debtor

---

[5] As defined in the Second Report.

transferred monies between accounts as needed. The following table describes the general accounts with the most current balance available as of the writing of the Second Report.

| Bank Name | Account Name | Account No. | Currency | Bank Balance | As of |
|---|---|---|---|---|---|
| Bank of America | IPS Worldwide LLC | 4157 | USD | $ 2,615,845.69 | 02/28/19 |
| Bank of America | IPS Worldwide LLC | 2206 | USD | $ - | 02/28/19 |
| Bank of America | IPS Worldwide LLC ACH | 9587 | USD | $ 7,563.18 | 02/28/19 |
| Bank of America | IPS Worldwide LLC Debtor In Possession Case 19-00511 General | 2691 | USD | $ 4,209,842.02 | 03/31/19 |
| Bank of America | IPS Worldwide LLC Debtor In Possession Case 19-00511 Comdata | 0066 | USD | $ 70,541.96 | 03/31/19 |
| | | | Subtotal (USD) | $ 6,903,792.85 | |
| Bank of America | IPS Worldwide LLC | 4213 | CAD | $ 186,855.91 | 03/31/19 |
| Bank of America | IPS Brussels SA | 8017 | EUR | € (445.42) | 03/31/19 |

11.     The Examiner recommends that the balance in each account identified in the table above be placed in a general account for the benefit of all of the Debtor's creditors.

## PROPOSAL FOR RESOLUTION OF ISSUES
## CONCERNING EXAMINER RECOMMENDATIONS

12.     Any holder of a claim against the Debtor who disputes a Recommendation made by the Examiner as set forth above with respect to any *True Client Designated Bank Account, Commingled Client Designated Account,* or *IPS General Account with Commingled Funds*, and as further detailed in the Second Report, may request a meeting (the "**Requesting Party**") with the Trustee. Requests for such meetings must be made no later than midnight on Friday, May 3, 2019 and shall be made by contacting the Trustee at **amoglia@mogliaadvisors.com** with a copy to Jim Gallo at **jgallo@mogliaadvisors.com**. The subject line of Requesting Party's email should read: **IPS Trustee Meeting Request – re: Account XXXX**.[6] The Requesting Party is encouraged

---

[6] In the meeting request, the last four digits of the account number must be reflected in place of XXXX so that the Trustee can identify the relevant account.

to become familiar with the Examiner's analysis in the Second Report prior to requesting a meeting with the Trustee to discuss any particular account.

13. The Requesting Party's email communication must: (i) briefly set forth the basis for disputing the Examiner's Recommendation; (ii) detail the Requesting Party's availability for a meeting; and (iii) specify the Requesting Party's preferred meeting type (whether in person,[7] by telephone, or through the virtual meeting platform GoToMeeting).

14. To the extent a Requesting Party may wish to discuss documentation in its possession with the Trustee at a meeting, the Requesting Party is encouraged to provide such documentation to the Trustee as far in advance of the meeting as possible in order to facilitate discussion.

15. All meetings between the Trustee and any Requesting Party shall be held during the month of May 2019. The Trustee and any Requesting Party shall use best efforts to resolve any dispute with respect to a Recommendation. The Examiner (or a representative) may attend any meeting scheduled between the Trustee and the Requesting Party if the Trustee so desires.

16. On June 3, 2019 the Trustee shall file a: (i) notice with the Court setting forth the date each meeting was conducted; (ii) identifying the Requesting Party; and (iii) identifying the last four [4] digits of the account discussed.

17. If a meeting between the Trustee and a Requesting Party does not result in the Requesting Party's agreement to the Examiner's Recommendation with respect to the particular account for which the meeting was held, the Requesting Party may file an objection for the Court's consideration setting forth the basis for disputing the Recommendation. **Any such objection(s) must be filed on or before midnight June 5, 2019**. If no objection is timely filed to a Recommendation, the Recommendation may become final ("**Final Recommendation**").

---

[7] If a Requesting Party prefers to meet with the Trustee in person, the Requesting Party shall bear any associated travel costs.

18.     The Trustee will consider the Examiner's recommendations in the Second Interim and Third Interim/Final Reports in determining the disposition of the funds in the Debtor's bank accounts.

Dated: April 22, 2019                                    Respectfully submitted:

                                                         */s/Tiffany Payne Geyer*
                                                         Tiffany Payne Geyer
                                                         Florida Bar No. 421448
                                                         tpaynegeyer@bakerlaw.com
                                                         **BAKER & HOSTETLER LLP**
                                                         200 S. Orange Avenue
                                                         SunTrust Center, Suite 2300
                                                         Orlando, FL 32801-3432
                                                         Telephone: (407) 649-4000
                                                         Facsimile: (407) 841-0168

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 22nd day of April, 2019, I electronically filed the foregoing with the Clerk of the Court by using the Court's CM/ECF System which will send a Notice of Electronic Filing and copy to all parties requesting such notice, and via U.S. First Class Mail, postage prepaid, to all Creditors and Parties-in-Interest as indicated on the Matrix attached hereto.

                                                         */s/Tiffany Payne Geyer*
                                                         Tiffany Payne Geyer

4832-7610-4853.1

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:19-bk-00511-KSJ<br>Middle District of Florida<br>Orlando<br>Thu Apr 18 15:06:04 EDT 2019 | Jason R. Alderson<br>Morgan, Lewis & Bockius LLP<br>101 Park Avenue<br>New York, NY 10178-0060 | Mark E Freedlander<br>McGuireWoods LLP<br>Tower 260<br>260 Forbes Avenue<br>Pittsburgh, PA 15222-1853 |
| Taruna Garg<br>Murtha Cullina LLP<br>177 Broad St.<br>Stamford, CT 06901-2048 | Robert E. Kaelin<br>Murtha Cullina LLP<br>CityPlace I, 185 Asylum Street<br>Hartford, CT 06103-3408 | Eric M Sutty<br>Elliott Greenleaf, P.C.<br>1105 N. Market Street, Suite 1700<br>Wilmington, DE 19801-1228 |
| Craig A. Wolfe<br>Morgan, Lewis & Bockius LLP<br>101 Park Avenue<br>New York, NY 10178-0060 | AVOX Systems, Inc<br>25 Walter Winter Drive<br>Lancaster, NY 14086 | Alclara<br>945 Hornet Drive<br>Hazelwood, MO 63042-2309 |
| Alcoa Corporation<br>201 Isabella St. Ste. 500<br>Pittsburgh, PA 15212-5858 | Amcor<br>935 Technology Drive<br>Suite 100<br>Ann Arbor, MI 48108-8964 | American Express<br>P.O. Box 360002<br>Fort Lauderdale, FL 33336-0002 |
| American Express Travel Related Services Com<br>Inc.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 | American Real Estate Partner<br>161 Washington St<br>Suite 1375<br>Conshohocken, PA 19428-2051 | Arconic, Inc.<br>Arconic Corporate Center<br>201 Isabella St.<br>Pittsburgh, PA 15212-5858<br>Attn: Melanie Smith, Legal Dept. |
| Arris Tech<br>2226 Galvin Drive<br>Elgin, IL 60124 | Atkore International<br>16100 S Lathrop Avenue<br>Harvey, IL 60426-6021 | B3 Diagnostic Laboratory<br>1307 Alen Drive<br>Suite A<br>Troy, MI 48083-4010 |
| Borsa Properties, LLC<br>P. O. Box 166633<br>Miami, FL 33116-6633 | Brady Worldwide<br>2221 W. Camden Road<br>Milwaukee, WI 53209-3709 | CC Wu International<br>302-308 Hennessy Road<br>Wanchai<br>HONG KONG |
| CEVA LOGISTICS<br>ATTN: CREDIT & COLLECTIONS<br>15350 VICKERY DRIVE<br>HOUSTON, TX 77032-2530 | Capital Lighting<br>5359 Rafe Banks Drive<br>Flowery Branch, GA 30542-2768 | Chevron<br>West End of 7th Street<br>Port Arthur, TX 77640 |
| Concast Metal<br>14315 State Rt. 113<br>Birmingham, OH 44889-8320 | EFreight Solutions, LLC<br>2615 George Busbee Pkwy NW<br>Suite 11<br>Kennesaw, GA 30144-4981 | ExFreight Zeta, LLC<br>c/o Michael Kaufman, P.A.<br>1615 Forum Place, Suite 3A<br>West Palm Beach, FL 33401-2316 |
| Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 | Fluidigm<br>7000 Shoreline Court<br>Suite 100<br>South San Francisco, CA 94080-7603 | Fristam Pumps USA<br>2410 Parview Road<br>Middleton, WI 53562-2521 |

| | | |
|---|---|---|
| GE Global Operations<br>c/o Maureen Carter<br>13391 McGregor Blvd<br>Fort Myers, FL 33919-5944 | Global Tranz Enterprises<br>Quarles & Brady LLP<br>101 East Kennedy Blvd.<br>Suite 3400<br>Tampa, FL 33602-5195 | Harris Tea Company<br>344 New Albany Road<br>Moorestown, NJ 08057-1190 |
| Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia PA 19101-7346 | Jensen Tools/Test Equity<br>7815 S. 46th Street<br>Phoenix, AZ 85044-5399 | Laticrete International<br>1 Laticrete Park North<br>Bethany, CT 06524-3498 |
| Laticrete International, Inc.<br>c/o Lawrence M. Kosto, Esquire<br>P.O. Box 113<br>Orlando, FL 32802-0113 | Leanne McKnight Prendergast<br>Fisher Broyles, LLP<br>12620 Beach Boulevard<br>Suite 3, #126<br>Jacksonville, FL 32246-7130 | Life Technologies<br>5791 Van Allen Way<br>Carlsbad, CA 92008-7321 |
| Lorges Holding Corp<br>Tatiana Belim<br>64 Northwoods Lane<br>Doylestown, PA 18901-2938 | MSC Direct<br>75 Maxess Road<br>Melville, NY 11747-3151 | McLauglin Body Company<br>2430 River Drive<br>Moline, IL 61265-1500 |
| Motorola<br>2100 East Elliot<br>Tempe, AZ 85284-1806 | Natural Gas Solutions<br>16240 Port Northwest<br>Houston, TX 77041-2668 | Neogen<br>620 Lesher Place<br>Lansing, MI 48912-1595 |
| NuVasive, Inc.<br>c/o Edwin Rice<br>Bradley Arant Boult Cummings<br>100 N. Tampa St.., Ste 2200<br>Tampa, FL 33602-5809 | OLMO<br>Rua Restinga<br>Sao Paulo 03065<br>BRAZIL | Oral-B Laboratories<br>8700 Mason Montgomery Road<br>Mason, OH 45040-9760 |
| Pitney Bowes<br>37 Executive Drive<br>Danbury, CT 06810-4148 | RM Acquisition LLC<br>d/b/a Rand McNally<br>9855 Woods Drive<br>Skokie, IL 60077-1127 | Regal Beloit Corp (RBC)<br>6450 W. Hanna Avenue<br>Indianapolis, IN 46241-6414 |
| Rexnord<br>4701 W. Greenfield Avenue<br>Milwaukee, WI 53214-5300 | Riverside Group<br>225 North Michigan Avenue<br>Chicago, IL 60601-7757 | Root Executive Park<br>275 Clyde Morris Blvd.<br>Ormond Beach, FL 32174-5977 |
| SCM Metal Products<br>2601 Weck Drive<br>Durham, NC 27709 | Sheboygan Paint<br>608 Canal Street<br>Cedartown, GA 30125-6334 | Siemens Gamesa Energy<br>3500 Quadrangle Boulevard<br>Orlando, FL 32817-8326 |
| Sparton<br>5612 Johnson Lake Road<br>De Leon Springs, FL 32130-3657 | Subcom<br>PO Box 479<br>Portsmouth, NH 03802-0479 | Symmetricom<br>2300 Orchard Parkway<br>San Jose, CA 95131-1017 |

| | | |
|---|---|---|
| Synchrony Financial<br>170 Election Road<br>Stamford, CT 06927-0001 | Tammy Pease<br>306 Thackery Rd<br>Ormond Beach, FL 32174-6028 | Test Equity/Jensen Tools<br>335 Willow Street<br>N. Andover, MA 01845-5921 |
| Thomas J. Novia<br>Thomas Novia<br>IPS WORLDWIDE LLC - Former Employee<br>164 Forest Trail Drive<br>Lansdale, PA 19446-6415 | Transportation Insight, LLC<br>c/o Daniel C. Bruton<br>PO Box 21029<br>Winston-Salem, NC 27120-1029 | True Value Co - Advertising<br>320 S. Division Street<br>Harvard, IL 60033-3247 |
| UTC Fire and Security<br>4211 Metro Parkway<br>Fort Myers, FL 33916-9526 | Verogen<br>11111Flintkote Avenue<br>San Diego, CA 92121-1203 | Volusia County Tax Collector<br>123 West Indiana Avenue<br>Room 103<br>Deland FL 32720-4615 |
| Wabash National<br>3233 Kossuth Street<br>Lafayette, IN 47904-3263 | XPO Logistics<br>c/o Deborah Fletcher<br>Fisher Broyles, LLP<br>6000 Fairview Rd, Ste 1200<br>Charlotte, NC 28210-2252 | YRC ENTERPRISE SERVICES, INC.<br>c/o John F. Kostelnik<br>200 Public Square #3000<br>Cleveland, OH 44114-2381 |
| YRC INC., d/b/a YRC FREIGHT<br>c/o Gregory R. Farkas<br>200 Public Square #3000<br>Cleveland, OH 44114-2381 | YRC INC., d/b/a YRC FREIGHT<br>c/o John F. Kostelnik<br>200 Public Square #3000<br>Cleveland, OH 44114-2381 | Zekelman Industries<br>c/o Frank Martin Wolff, Esq.<br>Frank Martin Wolff, P.A.<br>19 E. Central Blvd., Third Floor<br>Orlando, FL 32801-2468 |
| Zachary J Bancroft +<br>Baker, Donelson, Bearman, Caldwell & Ber<br>Caldwell & Berkowitz, PC<br>P.O. Box 1549<br>Orlando, FL 32802-1549 | Mark D Bloom +<br>Greenberg Traurig<br>333 Avenue of the Americas<br>Suuite 4400<br>Miami, FL 33131-2176 | Daniel C Bruton +<br>Bell, Davis & Pitt, P.A.<br>Post Office Box 21029<br>Winston-Salem, NC 27120-1029 |
| Ryan E Davis +<br>Winderweedle Haines Ward & Woodman P.A.<br>329 Park Avenue North, Second Floor<br>Winter Park, FL 32789-7421 | Lawrence M Kosto +<br>Kosto & Rotella, P.A.<br>619 East Washington Street<br>Orlando, FL 32801-2969 | Brian A McDowell +<br>Holland & Knight LLP<br>Post Office Box 1526<br>Orlando, FL 32802-1526 |
| Bradley M Saxton +<br>Winderweedle, Haines, Ward & Woodman, PA<br>329 Park Avenue North, Second Floor<br>Winter Park, FL 32789-7421 | Frank M Wolff +<br>Frank Martin Wolff, P.A.<br>19 E. Central Blvd<br>Orlando, FL 32801-2468 | Edwin G Rice +<br>Bradley Arant Boult Cummings LLP<br>100 North Tampa Street, Suite 2200<br>Tampa, FL 33602-5809 |
| United States Trustee - ORL +<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 | Kenneth G M Mather +<br>Gunster, Yoakley & Stewart, P.A.<br>401 E. Jackson Street, Suite 2500<br>Tampa, FL 33602-5226 | Denise D Dell-Powell +<br>Burr & Forman LLP<br>200 S. Orange Avenue, Suite 800<br>Orlando, FL 32801-6404 |
| Deborah L Fletcher +<br>Katten Muchin Rosenman, LLP<br>401 South Tryon Street<br>Suite 2600<br>Charlotte, NC 28202-1934 | Alex D Moglia +<br>Moglia Advisors<br>1325 Remington Road, Suite H<br>Schaumburg, IL 60173-4815 | Glenn M Reisman +<br>Reisman Law Firm LLC<br>12 Old Hollow Road, Suite B<br>Trumbull, CT 06611-5523 |

| | | |
|---|---|---|
| Michael A. Kaufman +<br>Michael A. Kaufman PA<br>1615 Forum Place, Suite 3A<br>West Palm Beach, FL 33401-2316 | Leanne McKnight Prendergast +<br>FisherBroyles, LLP<br>12620 Beach Boulevard, Suite 3 #126<br>Jacksonville, Fl 32246-7130 | Traci H Rollins +<br>Squire Patton Boggs (US) LLP<br>1900 Phillips Point West<br>777 South Flagler Drive<br>West Palm Beach, FL 33401-6161 |
| Holmes P Harden +<br>Williams Muller<br>301 Fayetteville Street<br>Raleigh, NC 27601-1974 | Scott W Spradley +<br>Law Offices of Scott W Spradley PA<br>PO Box 1<br>109 South 5th Street<br>Flagler Beach, FL 32136-3604 | Stephanie C Lieb +<br>Trenam, Kemker<br>Post Office Box 1102<br>Tampa, FL 33601-1102 |
| Mark E Steiner +<br>Liebler, Gonzalez & Portuondo, P.A.<br>44 W. Flagler Street, 25th Floor<br>Miami, FL 33130-1808 | Danielle S Kemp +<br>Greenberg Traurig, P.A.<br>Bank of America Plaza<br>101 E. Kennedy Blvd., Suite 1900<br>Tampa, FL 33602-5148 | Tiffany Payne Geyer +<br>Baker & Hostetler LLP<br>200 S Orange Avenue Suite 2300<br>Orlando, FL 32801-3432 |
| Aaron A Wernick +<br>Furr & Cohen, P.A.<br>2255 Glades Road, Suite 301E<br>Boca Raton, FL 33431-7383 | Rhys P Leonard +<br>Trenam Kemker<br>101 East Kennedy Boulevard<br>Suite 2700<br>Tampa, FL 33602-5170 | Robert W Davis Jr+<br>Holland & Knight, LLP<br>200 S. Orange Avenue<br>Suite 2600<br>Orlando, FL 32801-3453 |
| Charles R Sterbach +<br>Office of the United States Trustee<br>400 W. Washington St., Ste 1100<br>Orlando, FL 32801-2440 | Rafael X. Zahralddin-aravena +<br>Elliott Greenleaf<br>1105 N Market Street, Ste 1700<br>Wilmington, DE 19801-1228 | James A Timko +<br>Shutts & Bowen, LLP<br>300 S Orange Avenue, Suite 1600<br>Orlando, FL 32801-3382 |
| Andrew V Layden +<br>Baker & Hostetler LLP<br>Suntrust Center - Suite 2300<br>200 S. Orange Avenue<br>Orlando, FL 32801-3432 | Jonathan Sykes +<br>Burr & Forman LLP<br>200 S. Orange Avenue,<br>Suite 800<br>Orlando, FL 32801-6404 | Maria M Yip +<br>2 S. Biscayne Blvd, Suite 2690<br>Miami, FL 33131-1815 |
| Courtney A McCormick +<br>McGuireWoods LLP<br>50 North Laura St, Suite 3300<br>Jacksonville, FL 32202-3661 | Jared A Ullman +<br>Ullman & Ullman, P.A.<br>150 East Palmetto Park Road, Suite 700<br>Boca Raton, FL 33432-4829 | Audrey M Aleskovsky +<br>Office of the United States Trustee<br>George C. Young Federal Building<br>400 West Washington St, Suite 1100<br>Orlando, FL 32801-2210 |
| Elliot M Smith +<br>Squire Patton Boggs (US) LLP<br>4900 Key Tower<br>127 Public Square<br>Cleveland, OH 44114-1217 | Gregory R. Farkas +<br>Frantz Ward LLP<br>200 Public Square<br>Suite 3000<br>Cleveland, OH 44114-2381 | John F. Kostelnik +<br>Frantz Ward LLP<br>200 Public Square<br>Suite 3000<br>Cleveland, OH 44114-2381 |
| George W. Fitting +<br>McGuireWoods, LLP<br>Tower Two-Sixty<br>260 Forbes , Suite 1800<br>Pittsburgh, PA 15222-1892 | Justin D Kreindel +<br>Wilson Elser Moskowitz Edelman & Dicker<br>111 North Orange Avenue, Suite 1200<br>Orlando, FL 32801-2361 | Samuel M Koda Jr.+<br>TE Connectivity Corporation<br>2800 Fulling Mill Road<br>Middletown, PA 17057-3142 |
| Jordan D Maglich +<br>Quarles & Brady LLP<br>101 East Kennedy Boulevard, Suite 3400<br>, FL 33602-5195 | Larry A Levick +<br>Singer & Levick, P.C.<br>16200 Addison Road, Suite 140<br>Addison, TX 75001-5377 | Note: Entries with a '+' at the end of the<br>name have an email address on file in CMECF |

**End of Label Matrix**
Mailable recipients    119
Bypassed recipients      0
Total                  119