UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

**In re:**  CASE NO.: 6:19-bk-00511-KSJ

**IPS WORLDWIDE, LLC**  CHAPTER 11

Debtor.
_____/

### ALEX D. MOGLIA'S, CHAPTER 11 TRUSTEE, NOTICE IN RESPECT TO EXAMINER'S SECOND REPORT

**CHAPTER 11 TRUSTEE, ALEX D. MOGLIA** ("Trustee"), hereby files his notice, as required in the Order Establishing Procedures and Deadlines for Resolution of Issues Concerning Examiner's Recommendations Regarding Accounts Maintained by the Debtor ("Resolution Procedure Order"), filed May 6, 2019 (Doc No. 375), as to the Examiner's Second Report:

1. On May 6, 2019, the Court entered the Resolution Procedures Order. Paragraph 5 of the Resolutions Procedures Order requires the Trustee to file a notice; "On or before **June 3, 2019** the Trustee shall file a notice with the Court: (i) setting forth the date(s) of each meeting; (ii) identifying the Requesting Party and the last four [4] digits of the account(s) discussed; and (iii) stating the Trustee's position on each of the Examiner's Recommendations."

2. Attached hereto as **Exhibit 1** is a chart setting forth the date of each meeting in respect of accounts; the party who requested such meeting; and the last 4 digits of the accounts discussed.

3. Overall, the Trustee had a meeting on each of the accounts, with over $5,000, listed on **Exhibit 1**.

4. The Trustee has already reached agreement with Suez Water Treatment in respect of account 2691 and with Stanley Black and Decker in respect of account 4157. The Trustee has made

offers to all other parties on **Exhibit 1**. After the Trustee has responses to each offer, the Trustee will file an omnibus motion to approve settlements pursuant to FRBP 9019 (the "Compromise Motion"). The Trustee anticipates filing the Compromise Motion no later than June 11, 2019.

5. Although the Resolution Procedure Order requires the Trustee to state his position on each of the Examiner's recommendations and, thereafter, other parties can object to such by June 28, 2019, the Trustee believes it is in the best interest of all parties to allow the Trustee to finalize the outstanding settlements, file the Compromise Motion, and, therefore, any non-settling party can object to the Compromise Motion once filed. The Trustee will seek to have the Compromise Motion considered on July 17, 2019.

Dated: June 3, 2019

/s/ R. Scott Shuker, Esq.
R. Scott Shuker, Esq.
Florida Bar No. 984469
rshuker@lseblaw.com
bknotice1@lseblaw.com
**LATHAM, SHUKER, EDEN & BEAUDINE, LLP**
111 N. Magnolia Avenue, Suite 1400
Orlando, Florida 32801
Telephone: 407-481-5800
Facsimile: 407-481-5801
*Attorneys for the Trustee*

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

IPS WORLDWIDE, LLC

Debtor.
_____/

CASE NO.: 6:19-bk-00511-KSJ

CHAPTER 11

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 3, 2019, a true and correct copy of the foregoing **ALEX D. MOGLIA'S, CHAPTER 11 TRUSTEE, NOTICE IN RESPECT TO EXAMINER'S SECOND REPORT** was furnished electronically via the Court's CM/ECF system and/or via FedEx Overnight to all parties who have requested notice in this case, including: Chapter 11 Trustee, Alex D. Moglia, Moglia Advisors, 1325 Remington Road, Suite H, Schaumburg, IL 60173; IPS Worldwide, LLC, c/o Scott W. Spradley, Esq., Law Offices of Scott W. Spradley, P.A., 109 S. 5th Street, Flagler Beach, Florida 32136, scott@flaglerbeachlaw.com; Tiffany Payne Geyer, BakerHostetler, LLP, Suntrust Center, 200 South Orange Avenue, Suite 2300, Orlando, FL 32801, tpaynegeyer@bakerlaw.com; Stanley Black & Decker, Inc., c/o Danielle S. Kemp, Bank of America Plaza, 101 E. Kennedy Blvd., Suite 1900, Tampa, Florida 33602-5148, kempd@gtlaw.com, and Mark D. Bloom, Esq., 333 SE 2nd Avenue, Miami, Florida 33131, bloomm@gtlaw.com; Resource Logistics Group, Inc., c/o Kenneth G.M. Mather, 401 E. Jackson Street, Suite 2500, Tampa, Florida 33602, kmather@gunster.com; tkennedy@gunster.com; mgreen@gunster.com, viastorza@gunster.com; Integrated Supply Network, LLC, c/o Rhys P. Leonard and Stephanie Lieb, 101 East Kennedy Boulevard, Suite 2700, Tampa, Florida, rleonard@trenam.com; slieb@trenam.com; XPO Logistics, Inc., c/o Leanne Prendergast, 12620 Beach Blvd., Suite 3 #126, Jacksonville, Florida 32246, Leanne.prendergast@fisherbroyles.com; NuVasive, Inc., 100 North Tampa Street, Suite 2200, Tampa, Florida 33602, erice@bradley.com; Counsel for Creditors Committee, Rafael X. Zahralddin-Aravena, Esq., Elliott Greenleaf, 1105 N Market Street, Suite 1700, Wilmington, DE 19801, rxza@elliotgreenleaf.com; Eric M. Sutty, Elliot Greenleaf, P.C., 1105 N. Market Street, Suite 1700, Wilmington, DE 19801, ems@elliotgreenleaf.com; and Bradley M. Saxton, Esq. and Ryan E. Davis, Esq., Winderweedle, Haines, Ward & Woodman, PA, 329 Park Avenue North, 2nd Floor, Winter Park, FL 32789, bsaxton@whww.com; rdavis@whww.com; Audrey M. Aleskovsky and Charles R. Sterbach, Office of the United States Trustee, 400 W. Washington Street, Suite 1100, Orlando, FL 32801, audrey.m.aleskovsky@usdoj.gov; Charles.r.sterbach@usdoj.gov; and to all creditors and parties-in-interest matrix, as shown on the attached matrix.

/s/ R. Scott Shuker, Esq.
R. Scott Shuker, Esq.

IPS Worldwide, LLC - Claims Meetings Details
Examiner's Second Interim Report
Bankruptcy Case No.: 6:19-bk-00511-KSJ

| | Claimants in Group A | Counsel or Rep | Acct(s) Disputed | Balance | Meeting Date |
|---|---|---|---|---|---|
| 1 | ArcelorMittal USA LLC | Elliot Smith & Traci Rollins | 5585* | $ 572,992.08 | 5/14/2019 |
| 2 | Fluidigm | Eugene Horak & Gregory Rougeau | 2675* | $ 81,923.37 | 5/15/2019 |
| 3 | LatiCrete | Larry Kosto | 2633* | $ 769,375.51 | 5/30/2019 |
| 4 | Neogen | Aaron A Wernick | 2646 | $ 327,377.38 | 5/28/2019 |
| 5 | NuVasive Inc | Ed Rice | 5650* | $ 155,825.56 | 5/16/2019 |
| 6 | Sheboygan | Danielle Kemp | 5663* | $ 7,914.30 | 5/16/2019 |
| 7 | Synchrony | Danielle Kemp | 2688* | $ 289,114.66 | 5/16/2019 |
| 8 | Wabash | Danielle Kemp | 2659* | $ 20,513.70 | 5/16/2019 |
| 9 | Watlow | Danielle Kemp | 2296* | $ 377,338.23 | 5/16/2019 |
| | | | Total | $ 2,602,374.79 | |

| | Claimants in Group B | Counsel or Rep | Acct(s) Disputed | Balance | Meeting Date |
|---|---|---|---|---|---|
| 1 | Arconic Inc. | George Fitting | 7720 | $ 488,470.50 | 5/29/2019 |
| 2 | Alcoa, Inc. | Sally Edison | x0348 | $ 15,816.91 | 6/13/2019 |
| 3 | Atkore | Jordi Guso | 4522 | $ 2,672.99 | 5/15/2019 |
| 4 | Bio-Rad | Danielle Kemp | 7088 | $ 92,480.33 | 5/31/2019 |
| 5 | Life Technologies | Danielle Kemp | 7075 | $ 713,465.70 | 5/31/2019 |
| 6 | ISN (Integrated Supply Network) | Rhys P. Leonard | 5136 | $ 186,488.50 | 5/28/2019 |
| 7 | Mueller Company aka True Value | N/A | 7431 | $ 877.68 | N/A |
| 8 | Rexnord | Jordan Maglich / Lauren Beslow | 7023 | $ 1,253,964.58 | 5/28/2019 |
| | | | Total | $ 2,754,237.19 | |

| | Claimants in General Account | Counsel or Rep | Acct(s) Disputed | Balance | Meeting Date |
|---|---|---|---|---|---|
| 1 | Aclara Meters LLC (former GE) | James Timko | 2691 | $ 4,209,842.02 | 5/14/2019 |
| 2 | Stanley Black and Decker, Inc. ("SBD") | Danielle Kemp | 2633, 2688, 2296, 2646, 2659, 2675, 4157, 5650, 5585, 5663 | $ 2,615,849.69 | 5/31/2019 |
| 3 | TE Connectivity (Tyco) | James Timko | 4157, 4205, 1020, 1012, 1046, 2021, and 3380 | $ 2,615,845.69 | 5/22/2019 |
| 4 | SUEZ Water Treatment (current GE) | Glenn Reisman | 2691 | $ 4,209,842.02 | 5/28/2019 |
| | | | Total | $ 6,825,687.71 | |
| | * Stanley Objections | | Grand Total | $ 12,182,299.69 | |

**EXHIBIT 1**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:19-bk-00511-KSJ<br>Middle District of Florida<br>Orlando<br>Mon Jun  3 08:25:31 EDT 2019 | AREP Eight Tower Bridge LLC<br>c/o Zachary J. Bancroft, Esq.<br>Baker Donelson, et al.<br>200 S. Orange Avenue<br>Suite 2900<br>Orlando, FL 32801-3448 | Aclara Meters LLC<br>c/o James A. Timko, Esq.<br>Shutts & Bowen LLP<br>300 S. Orange Ave., #1600<br>Orlando, FL 32801-3382 |
| Advanced Business Capital LLC d/b/a Triumph<br>c/o Ullman & Ullman, P.A.<br>7700 W. Camino Real<br> Suite 401<br>Boca Raton, FL 33433-5543 | Atkore International, Inc.<br>c/o Berger Singerman LLP<br>Jordi Guso, Esq.<br>1450 Brickell Avenue<br>Suite 1900<br>Miami, FL 33131-3453 | Bank of America, N.A.<br>c/o Liebler, Gonzalez & Portuondo<br>44 West Flagler Street<br>25th Floor<br>Miami, FL 33130-1808 |
| Bossard, Inc.<br>909 W. Pinnacle Peak Road<br>Phoenix, AZ 85027-1419 | CohnReznick, LLP<br>4 Becker Farm Road<br>Roseland, NJ 07068-1739 | Colgate-Palmolive Company<br>c/o Trenam Law<br>Stephanie C. Lieb<br>101 E Kennedy Boulevard, Suite 2700<br>Tampa, FL 33602-5150 |
| Delgado & Romanik PLLC<br>c/o Jonathan M. Sykes, Esquire<br>200 South Orange Avenue<br>Suite 800<br>Orlando, FL 32801-6404 | Mark E Freedlander<br>McGuireWoods LLP<br>Tower 260<br>260 Forbes Avenue<br>Pittsburgh, PA 15222-1853 | Gibraltar Industries, Inc. |
| GlobalTranz Enterprises, Inc.<br>Quarles & Brady LLP<br>101 East Kennedy Blvd, Ste 3400<br>Tampa, FL 33602-5195 | IPS Worldwide, LLC<br>265 Clyde Morris Blvd, Ste 100<br>Ormond Beach, FL 32174-8137 | Integrated Supply Network, LLC<br>c/o Trenam Law<br>101 E Kennedy Boulevard, Suite 2700<br>Tampa, FL 33602-5150 |
| Laticrete International, Inc.<br>c/o Lawrence M. Kosto, Esquire<br>P.O. Box 113<br>Orlando, Fl 32802-0113 | Hal Levenberg<br>Yip Associates<br>One Biscayne Tower<br>2 S. Biscayne Boulevard, Suite 2690<br>Miami, FL 33131-1815 | McLaughlin Body Company<br>c/o Howard S. Toland, Esq.<br>Mitrani, Rynor, Adamsky & Toland, P.A.<br>1200 Weston Road<br>Penthouse<br>Weston, FL 33326-1987 |
| NuVasive, Inc.<br>Bradley Arant Boult Cummings LLP<br>c/o Edwin G. Rice<br>100 N. Tampa Street<br>Suite 2200<br>Tampa, FL 33602-5809 | Official Committee of Unsecured Creditors<br>c/o Elliott Greenleaf, PC<br>1105 N. Market Street<br>Suite 1700<br>Wilmington, DE 19801-1228 | Jonathan S Quinn<br>Neal, Gerber & Eisenberg, LLP<br>Two North LaSalle Street, Suite 1700<br>Chicago, IL 60602-4000 |
| Rexnord Industries, LLC<br>Quarles and Brady LLP<br>101 East Kennedy Blvd., Suite 3400<br>Tampa, FL 33602-5195 | Bradley M. Saxton<br>Winderweedle, Haines, Ward & Woodman, PA<br>P.O. Box 880<br>Winter Park, FL 32790-0880 | Suez Water Technologies<br>c/o Glenn Reisman, Esq<br>12 Old Hollow Rd<br>Suite B<br>Trumbull, CT 06611-5523 |
| Eric M Sutty<br>Elliott Greenleaf, P.C.<br>1105 N. Market Street, Suite 1700<br>Wilmington, DE 19801-1228 | TE Connectivity Corporation f/k/a Tyco Elect<br>2800 Fulling Mill Road<br>Middletown, PA 17057-3142 | Transportation Insight, LLC<br>c/o Daniel C. Bruton<br>Bell, Davis & Pitt, PA<br>PO Box 21029<br>Winston-Salem, NC 27120-1029 |
| Tranzact Technologies, Inc.<br>Dean Mead Egerton Bloodworth Capouano &<br>c/o Denise D. Dell-Powell, Esq.<br>420 S Orange Ave., Suite 700<br>Orlando, FL 32801-4911 | True Value Company, LLC<br>8600 W. Byn Mawr Ave.<br>Chicago, IL 60631-3505 | Union Pacific Railroad Company<br>1400 Dougkas St. STOP 1580<br>Omaha, NE 68179-0002 |

| | | |
|---|---|---|
| Craig A. Wolfe<br>Morgan, Lewis & Bockius LLP<br>101 Park Avenue<br>New York, NY 10178-0060 | XPO Logistics, Inc.<br>c/o Deborah L. Fletcher, Esq.<br>FisherBroyles, LLP<br>6000 Fairview Road, Suite 1200<br>Charlotte, NC 28210-2252 | YRC Enterprise Services, Inc.<br>C/o Holland & Knight<br>200 S. Orange Avenue<br>Suite 2600<br>Orlando, FL 32801-3461 |
| YRC, Inc. d/b/a YRC Freight<br>C/o Holland & Knight<br>200 S. Orange Avenue<br>Suite 2600<br>Suite 2600<br>Orlando, FL 32801-3461 | Zekelman Industries<br>c/o Frank Martin Wolff, P.A.<br>19 E. Central Blvd., Third Floor<br>Orlando, FL 32801-2468 | A Cubed Corp, dba -<br>Comcast Metal Products Company<br>Attn: Harry Readshaw<br>600 Grant St, 44th Floor<br>Pittsburgh, PA 15219-2713 |
| AVOX Systems, Inc<br>25 Walter Winter Drive<br>Lancaster, NY 14086 | Advanced Business Capital<br>d/b/a Triumph Business<br>c/o Ullman & Ullman, P.A.<br>7700 W. Camino Real, Ste 401<br>Boca Raton, FL 33433-5543 | Alclara<br>945 Hornet Drive<br>Hazelwood, MO 63042-2309 |
| Alcoa Corporation<br>201 Isabella St. Ste. 500<br>Pittsburgh, PA 15212-5858 | Alex D. Moglia, Chapter 11 Trustee<br>Moglia Advisors<br>1325 Remington Road, Suite H<br>Schaumburg, IL 60173-4815 | Amcor<br>935 Technology Drive<br>Suite 100<br>Ann Arbor, MI 48108-8964 |
| American Express<br>P.O. Box 360002<br>Fort Lauderdale, FL 33336-0002 | American Express Travel Related Services Com Inc.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | American Real Estate Partner<br>161 Washington St<br>Suite 1375<br>Conshohocken, PA 19428-2051 |
| Arcelor Mittal<br>250 W US HIghway 12<br>Burns Harbor, IN 46304-9727 | Arconic, Inc.<br>Arconic Corporate Center<br>201 Isabella St.<br>Pittsburgh, PA 15212-5858<br>Attn: Melanie Smith, Legal Dept. | Arris Tech<br>2226 Galvin Drive<br>Elgin, IL 60124 |
| Atkore International<br>16100 S Lathrop Avenue<br>Harvey, IL 60426-6021 | Atkore International, Inc.<br>c/o Jordi Guso, Esq.<br>Berger Singerman LLP<br>1450 Brickell Avenue, Suite 1900<br>Miami, FL 33131-5319 | B3 Diagnostic Laboratory<br>1307 Alen Drive<br>Suite A<br>Troy, MI 48083-4010 |
| Bio-Rad Laboratories<br>1000 Alfred Nobel Drive<br>Hercules, CA 94547-1898 | Borsa Properties, LLC<br>P. O. Box 166633<br>Miami, FL 33116-6633 | Bossard Industrial Products<br>2925 Morton Drive<br>East Moline, IL 61244-1960 |
| Brady Worldwide<br>2221 W. Camden Road<br>Milwaukee, WI 53209-3709 | CC Wu International<br>302-308 Hennessy Road<br>Wanchai<br>HONG KONG | CEVA LOGISTICS -<br>ATTN: CREDIT & COLLECTIONS<br>15350 VICKERY DRIVE<br>HOUSTON, TX 77032-2530 |
| Capital Lighting<br>5359 Rafe Banks Drive<br>Flowery Branch, GA 30542-2768 | Chevron<br>West End of 7th Street<br>Port Arthur, TX 77640 | Colgate Palmolive Company<br>c/o Stephanie Lieb<br>101 E. Kenneday Boulevard<br>Suite 2700<br>Tampa, FL 33602-5150 |

Colgate-Palmolive Company -
Attn: Rachel Wolman
300 Park Avenue
New York, NY 10022-7499

Concast Metal
14315 State Rt. 113
Birmingham, OH 44889-8320

Conduent, Inc., fka Xerox Business Services,
fka Affiliated Computer Services, Inc.
c/o Larry A. Levick, Singer & Levick PC
16200 Addison Road, Suite 140
Addison, TX 75001-5377

Dawn Harbuck -
836 May Ave
Holly Hill, FL 32117-3430

Delgado & Romanik, PLLC
c/o Jonathan M. Sykes, Esquire
200 S Orange Avenue, Suite 800
Orlando, FL 32801-6404

EFreight Solutions, LLC
2615 George Busbee Pkwy NW
Suite 11
Kennesaw, GA 30144-4981

Elo Touch Solutions
670 N McCarthy Blvd
Ste. 100
Milpitas, CA 95035-5119

ExFreight Zeta, LLC
c/o Michael Kaufman, P.A.
1615 Forum Place, Suite 3A
West Palm Beach, FL 33401-2316

Exfreight Zetz, LLC
c/o Michael A. Kaufman, Esq.
1615 Forum Place, Suite 3A
West Palm Beach, Florida 33401-2316

Florida Department of Revenue
Bankruptcy Unit
Post Office Box 6668
Tallahassee FL 32314-6668

Fluidigm
7000 Shoreline Court
Suite 100
South San Francisco, CA 94080-7603

Fristam Pumps USA
2410 Parview Road
Middleton, WI 53562-2521

GE Global Operations
c/o Maureen Carter
13391 McGregor Blvd
Fort Myers, FL 33919-5944

Gibraltar Industries, Inc.
c/o Aaron A. Wernick, Esq.
Furr Cohen, PA
2255 Glades Road, Suite 301E
Boca Raton, FL 33431-7383

Gilbraltar Industries
3556 Lake Shore Road
Buffalo, NY 14219-1485

Global Tranz Enterprises
Quarles & Brady LLP
101 East Kennedy Blvd.
Suite 3400
Tampa, FL 33602-5195

GlobalTranz Enterprises, Inc.
c/o Jordan D. Maglich, Esq.
Quarles & Brady LLP
101 East Kennedy Blvd., Suite 3400
Tampa, FL 33602-5195

Harris Tea Company
344 New Albany Road
Moorestown, NJ 08057-1190

Infineon
30805 Santana Street
Hayward, CA 94544-7030

Integrated Supply Network -
2727 Interstate Drive
Lakeland, FL 33805-2304

Internal Revenue Service -
Post Office Box 7346
Philadelphia PA 19101-7346

JL French
3101 S. Taylor Drive
Sheboygan, WI 53081-9401

Jensen Tools/Test Equity
7815 S. 46th Street
Phoenix, AZ 85044-5399

KTM Motorcycles
30100 Technology Drive
Murrieta, CA 92563-2542

KTM North America Inc
c/o Justin D Kreindel Esq
Wilson Elser Moskowitz Edelman & Dicker
111 N Orange Ave Ste 1200
Orlando FL 32801-2361

Laticrete International
1 Laticrete Park North
Bethany, CT 06524-3498

Lawrence M. Kosto, Esq.
Kosto & Rotella, P.A.
PO Box 113
Orlando FL 32802-0113

Leanne McKnight Prendergast
Fisher Broyles, LLP
12620 Beach Boulevard
Suite 3, #126
Jacksonville, FL 32246-7130

Life Technologies
5791 Van Allen Way
Carlsbad, CA 92008-7321

Lorges Holding Corp -
Tatiana Belim
64 Northwoods Lane
Doylestown, PA 18901-2938

| | | |
|---|---|---|
| MAPSYS, Inc. -<br>Greg Bussey<br>920 Michigan Ave<br>Columbus, OH 43215-1165 | MSC Direct<br>75 Maxess Road<br>Melville, NY 11747-3151 | McLauglin Body Company<br>2430 River Drive<br>Moline, IL 61265-1500 |
| Motorola<br>2100 East Elliot<br>Tempe, AZ 85284-1806 | Natural Gas Solutions<br>16240 Port Northwest<br>Houston, TX 77041-2668 | Nemak USA, Inc. -<br>2 Towne Square #300<br>Southfield, MI 48076-3761 |
| Neogen<br>620 Lesher Place<br>Lansing, MI 48912-1595 | Neogen Corporation<br>c/o Aaron A. Wernick, Esq.<br>Furr Cohen PA<br>2255 Glades Rd., Ste 301E<br>Boca Raton, FL 33431-7383 | NuVasive, Inc.<br>Bradley Arant Boult Cummings LLP<br>100 N. Tampa Street, Suite 2200<br>Tampa, FL 33602-5809 |
| NuVasive, Inc.<br>c/o Edwin Rice<br>Bradley Arant Boult Cummings<br>100 N. Tampa St.., Ste 2200<br>Tampa, FL 33602-5809 | OLMO<br>Rua Restinga<br>Sao Paulo 03065<br>BRAZIL | Oral-B Laboratories<br>8700 Mason Montgomery Road<br>Mason, OH 45040-9760 |
| Pitney Bowes<br>37 Executive Drive<br>Danbury, CT 06810-4148 | R Scott Shuker<br>Latham Shuker Eden & Beaudine LLP<br>Post Office Box 3353<br>Orlando, FL 32802-3353 | RM Acquisition LLC<br>d/b/a Rand McNally<br>9855 Woods Drive<br>Skokie, IL 60077-1127 |
| Regal Beloit Corp (RBC)<br>6450 W. Hanna Avenue<br>Indianapolis, IN 46241-6414 | Resource Logistics Group, Inc. -<br>5944 Coral Ridge Drive, #261<br>Coral Springs, FL 33076-3300 | Resource Logistics Group, Inc.<br>c/o Kenneth G.M. Mather, Esq.<br>Gunster, Yoakley & Stewart, P.A.<br>401 E. Jackson St, Ste 2500<br>Tampa, FL 33602-5226 |
| Rexnord<br>4701 W. Greenfield Avenue<br>Milwaukee, WI 53214-5300 | Rexnord Industries, LLC<br>c/o Jordan D. Maglich, Esq.<br>Quarles & Brady LLP<br>101 East Kennedy Blvd., Suite 3400<br>Tampa, FL 33602-5195 | Riverside Group<br>225 North Michigan Avenue<br>Chicago, IL 60601-7757 |
| Root Executive Park<br>275 Clyde Morris Blvd.<br>Ormond Beach, FL 32174-5977 | SCM Metal Products<br>2601 Weck Drive<br>Durham, NC 27709 | Schneider Logistics, Inc. -<br>Aaron McCollough<br>McGuireWoods LLP<br>77 W. Wacker Dr., Ste. 4100<br>Chicago, IL 60601-1818 |
| Schneider National, Inc. -<br>Aaron McCollough<br>McGuireWoods LLP<br>77 W. Wacker Dr., Ste. 4100<br>Chicago, IL 60601-1818 | Sheboygan Paint<br>608 Canal Street<br>Cedartown, GA 30125-6334 | Siemens Gamesa Energy<br>3500 Quadrangle Boulevard<br>Orlando, FL 32817-8326 |
| Sparton<br>5612 Johnson Lake Road<br>De Leon Springs, FL 32130-3657 | Stanley<br>1000 Stanley Drive<br>Concord, NC 28027-7679 | Stanley Black & Decker, Inc.<br>c/o Colin S. Baker, Esq.<br>Greenberg Traurig, P.A.<br>450 South Orange Ave., Suite 650<br>Orlando, FL 32801-3311 |

Stanley Black & Decker, Inc.
c/o Greenberg Traurig, P.A.
Danielle S. Kemp, Esq.
101 E. Kennedy Blvd., Suite 1900
Tampa, FL 33602-5148

Stanley Black & Decker, Inc.
c/o Greenberg Traurig, P.A.
Mark D. Bloom, Esq.
333 SE 2nd Avenue
Miami, FL 33131-3238

Stanley Black & Decker, Inc.
c/o I. William Spivey, II, Esq.
GREENBERG TRAURIG, P.A.
450 South Orange Ave., Suite 650
Orlando, FL 32801-3311

Steven T. Huntley -
Resource Logistics Group, Inc.
5944 Coral Ridge Drive, #261
Coral Springs, FL 33076-3300

Subcom
PO Box 479
Portsmouth, NH 03802-0479

Suez Water Technologies
c/o Glenn Reisman, Esq.
Reisman Law Firm LLC
12 Old Hollow Road
Trumbull, CT 06611-5523

Suez Water Technologies and Solutions
c/o Glenn M. Reisman
12 Old Hollow Road, Ste. B
Trumbull, CT 06611-5523

Suez WaterTech & Solutions
4636 Somerton Road
Feasterville Trevos, PA 19053-6742

Symmetricom
2300 Orchard Parkway
San Jose, CA 95131-1017

Synchrony Financial
170 Election Road
Stamford, CT 06927-0001

TE Connectivity
Attn: Samuel M. Koda, Jr., Esq.
2800 Fulling Mill Road
Middletown, PA 17057-3142

TE Connectivity Corporation
c/o Samuel M. Koda, Jr., Esq.
2800 Fulling Mill Road
Middletown, PA 17057-3142

Tammy Pease -
306 Thackery Rd
Ormond Beach, FL 32174-6028

Test Equity/Jensen Tools
335 Willow Street
N. Andover, MA 01845-5921

Thomas J. Novia -
Thomas Novia
IPS WORLDWIDE LLC - Former Employee
164 Forest Trail Drive
Lansdale, PA 19446-6415

Transportation Insight, LLC
c/o Daniel C. Bruton
PO Box 21029
Winston-Salem, NC 27120-1029

Tranzact Technologies, Inc.
c/o Denise D. Dell-Powell, Esq.
Burr & Forman LLP
200 S. Orange Ave., Suite 800
Orlando, FL 32801-6404

True Value Co - Advertising
320 S. Division Street
Harvard, IL 60033-3247

UTC Fire and Security
4211 Metro Parkway
Fort Myers, FL 33916-9526

Union Pacific Railroad Company
1400 Douglas St. STOP 1580
Omaha NE 68179-0002

Verogen
11111Flintkote Avenue
San Diego, CA 92121-1203

Volusia County Tax Collector
123 West Indiana Avenue
Room 103
Deland FL 32720-4615

Wabash National
3233 Kossuth Street
Lafayette, IN 47904-3263

Watlow
12001 Lackland Road
Saint Louis, MO 63146-4039

Wayne
3814 Jarrett Way
Austin, TX 78728-1298

Wells Fargo Vendor -
Financial Services, LLC
Attn: Kimberly Park
1010 Thomas Edison Blvd SW
Cedar Rapids IA 52404-8247

XPO Logistics
c/o Deborah Fletcher
Fisher Broyles, LLP
6000 Fairview Rd, Ste 1200
Charlotte, NC 28210-2252

XPO Logistics, Inc.
c/o Deborah L. Fletcher, Partner
6000 Fairview Road, Suite 1200
Charlotte, North Carolina 28210-2252

XPO Logistics, Inc.
c/o Leanne McKnight Prendergast
12620 Beach Blvd. Suite 3 #126
Jacksonville, Florida 32246-7130

Xerium Technologies
1401 Capital Blvd
Youngsville, NC 27596

Xerium Technologies, Inc.
c/o Holmes P. Harden
Williams Mullen
PO Box 1000
Raleigh, NC 27602
hharden@williamsmullen.com 27602-1000

YRC Enterprise Services, Inc.
YRC, Inc. d/b/a YRC Freight
Brian McDowell c/o Holland & Knight LLP
200 S. Orange Avenue, Ste 2600
Orlando, Florida 32801-3461

YRC INC., d/b/a YRC FREIGHT
c/o Gregory R. Farkas
200 Public Square #3000
Cleveland, OH 44114-2381

Zekelman Industries, Inc.
Attn: Angela Miu
227 W. Monroe St. Ste. 2600
Chicago, IL 60606-5082

Mark D Bloom +
Greenberg Traurig
333 Avenue of the Americas
Suuite 4400
Miami, FL 33131-2176

Brian A McDowell +
Holland & Knight LLP
Post Office Box 1526
Orlando, FL 32802-1526

Jordi Guso +
Berger Singerman P.A.
1450 Brickell Avenue, 19th Floor
Miami, FL 33131-3444

Kenneth G M Mather +
Gunster, Yoakley & Stewart, P.A.
401 E. Jackson Street, Suite 2500
Tampa, FL 33602-5226

Alex D Moglia +
Moglia Advisors
1325 Remington Road, Suite H
Schaumburg, IL 60173-4815

Michael A. Kaufman +
Michael A. Kaufman PA
1615 Forum Place, Suite 3A
West Palm Beach, FL 33401-2316

YRC ENTERPRISE SERVICES, INC.
c/o Gregory R. Farkas
200 Public Square #3000
Cleveland, OH 44114-2381

YRC Enterprise Services, Inc.
YRC, Inc. d/b/a YRC Freight
Robert Davis c/o Holland & Knight LLP
200 S. Orange Avenue, Ste 2600
Orlando, Florida 32801-3461

YRC INC., d/b/a YRC FREIGHT
c/o John F. Kostelnik
200 Public Square #3000
Cleveland, OH 44114-2381

c/o Ullman & Ullman, P.A.
Michael W. Ullman
Jared A. Ullman
7700 W. Camino Real, Suite 401
Boca Raton, FL 33433-5543

Ryan E Davis +
Winderweedle Haines Ward & Woodman P.A.
329 Park Avenue North, Second Floor
Winter Park, FL 32789-7421

Bradley M Saxton +
Winderweedle, Haines, Ward & Woodman, PA
329 Park Avenue North, Second Floor
Winter Park, FL 32789-7421

Edwin G Rice +
Bradley Arant Boult Cummings LLP
100 North Tampa Street, Suite 2200
Tampa, FL 33602-5809

Denise D Dell-Powell +
Dean Mead Egerton Bloodworth Capouano
420 S. Orange Avenue, Suite 700
Orlando, FL 32801-4911

Howard S Toland +
Mitrani, Rynor, Adamsky & Toland, PA
1200 Weston Road, Penthouse
Weston, FL 33326-1987

Leanne McKnight Prendergast +
FisherBroyles, LLP
12620 Beach Boulevard, Suite 3 #126
Jacksonville, Fl 32246-7130

YRC ENTERPRISE SERVICES, INC.
c/o John F. Kostelnik
200 Public Square #3000
Cleveland, OH 44114-2381

YRC Freight
10990 Roe Avenue
Overland Park, KS 66211-1213

Zekelman Industries
c/o Frank Martin Wolff, Esq.
Frank Martin Wolff, P.A.
19 E. Central Blvd., Third Floor
Orlando, FL 32801-2468

Zachary J Bancroft +
Baker, Donelson, Bearman, Caldwell & Ber
Caldwell & Berkowitz, PC
P.O. Box 1549
Orlando, FL 32802-1549

Lawrence M Kosto +
Kosto & Rotella, P.A.
619 East Washington Street
Orlando, FL 32801-2969

Frank M Wolff +
Frank Martin Wolff, P.A.
19 E. Central Blvd
Orlando, FL 32801-2468

United States Trustee - ORL +
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801-2210

Deborah L Fletcher +
Katten Muchin Rosenman, LLP
401 South Tryon Street
Suite 2600
Charlotte, NC 28202-1934

Glenn M Reisman +
Reisman Law Firm LLC
12 Old Hollow Road, Suite B
Trumbull, CT 06611-5523

Traci H Rollins +
Squire Patton Boggs (US) LLP
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401-6161

Holmes P Harden +
Williams Mullen
301 Fayetteville Street
Raleigh, NC 27601-1974

Scott W Spradley +
Law Offices of Scott W Spradley PA
PO Box 1
109 South 5th Street
Flagler Beach, FL 32136-3604

Stephanie C Lieb +
Trenam Law
101 East Kennedy Boulevard, Suite 2700
Tampa, FL 33602-5150

Robert E. Kaelin +
Murtha Cullina LLP
CityPlace I
185 Asylum Street
Hartford, CT 06103-3408

Mark E Steiner +
Liebler, Gonzalez & Portuondo, P.A.
44 W. Flagler Street, 25th Floor
Miami, FL 33130-1808

Danielle S Kemp +
Greenberg Traurig, P.A.
Bank of America Plaza
101 E. Kennedy Blvd., Suite 1900
Tampa, FL 33602-5148

Tiffany Payne Geyer +
Baker & Hostetler LLP
200 S Orange Avenue Suite 2300
Orlando, FL 32801-3432

Aaron A Wernick +
Furr & Cohen, P.A.
2255 Glades Road, Suite 301E
Boca Raton, FL 33431-7383

Rhys P Leonard +
Trenam Kemker
101 East Kennedy Boulevard
Suite 2700
Tampa, FL 33602-5170

Robert W Davis Jr +
Holland & Knight, LLP
200 S. Orange Avenue
Suite 2600
Orlando, FL 32801-3453

Charles R Sterbach +
Office of the United States Trustee
400 W. Washington St., Ste 1100
Orlando, FL 32801-2440

Rafael X. Zahralddin-aravena +
Elliott Greenleaf
1105 N Market Street, Ste 1700
Wilmington, DE 19801-1228

James A Timko +
Shutts & Bowen, LLP
300 S Orange Avenue, Suite 1600
Orlando, FL 32801-3382

Andrew V Layden +
Baker & Hostetler LLP
Suntrust Center - Suite 2300
200 S. Orange Avenue
Orlando, FL 32801-3432

Jonathan Sykes +
Burr & Forman LLP
200 S. Orange Avenue,
Suite 800
Orlando, FL 32801-6404

Maria M Yip +
2 S. Biscayne Blvd, Suite 2690
Miami, FL 33131-1815

Courtney A McCormick +
McGuireWoods LLP
50 North Laura St, Suite 3300
Jacksonville, FL 32202-3661

Jared A Ullman +
Ullman & Ullman, P.A.
150 East Palmetto Park Road, Suite 700
Boca Raton, FL 33432-4829

Daniel A Velasquez +
Latham Shuker Eden Beaudine LLP
111 N. Magnolia Avenue
Suite 1400
Orlando, FL 32801-2367

Audrey M Aleskovsky +
Office of the United States Trustee
George C. Young Federal Building
400 West Washington St, Suite 1100
Orlando, FL 32801-2210

Elliot M Smith +
Squire Patton Boggs (US) LLP
4900 Key Tower
127 Public Square
Cleveland, OH 44114-1217

Gregory R. Farkas +
Frantz Ward LLP
200 Public Square
Suite 3000
Cleveland, OH 44114-2381

John F. Kostelnik +
Frantz Ward LLP
200 Public Square
Suite 3000
Cleveland, OH 44114-2381

George W. Fitting +
McGuireWoods, LLP
Tower Two-Sixty
260 Forbes , Suite 1800
Pittsburgh, PA 15222-1892

Jason R Alderson +
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178-0060

Justin D Kreindel +
Wilson Elser Moskowitz Edelman & Dicker
111 North Orange Avenue, Suite 1200
Orlando, FL 32801-2361

Samuel M Koda Jr. +
TE Connectivity Corporation
2800 Fulling Mill Road
Middletown, PA 17057-3142

Jordan D Maglich +
Quarles & Brady LLP
101 East Kennedy Boulevard, Suite 3400
, FL 33602-5195

Taruna Garg +
Murtha Cullina LLP
177 Broad Street
Stamford, CT 06901-2048

Larry A Levick +
Singer & Levick, P.C.
16200 Addison Road, Suite 140
Addison, TX 75001-5377

Kevin G Schneider +
Neal, Gerber & Eisenberg, LLP
Two North LaSalle Street, Suite 1700
Chicago, IL 60602-4000

Mark A Berkoff +
Neal, Gerber & Eisenberg LLP
Two North LaSalle Street, Suite 1700
Chicago, IL 60602-4000

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)ArcelorMittal USA LLC

(u)Arconic Inc.

(u)Conduent, Inc.

(u)Exfreight Zeta, LLC

(u)Karen S. Jennemann
Orlando

(u)KTM North America, Inc.

(u)Neogen Corporation

(u)Resource Logistics Group, Inc.

(u)Stanley Black & Decker, Inc.

(u)Xerium Technologies, Inc.

(d)AREP Eight Tower Bridge LLC -
c/o Zachary J. Bancroft, Esq.
Baker Donelson, et al.
200 S. Orange Ave., Ste. 2900
Orlando, FL 32801-3448

(d)Aclara Meters LLC
c/o James A. Timko, Esq.
Shutts & Bowen LLP
300 S. Orange Ave., #1600
Orlando, FL 32801-3382

(d)Arcelor Mittal
250 W US Highway 12
Burns Harbor, IN 46304-9727

(d)Bio-Rad Laboratories
1000 Alfred Nobel Drive
Hercules, CA 94547-1898

(d)Bossard,Inc.
909 W. Pinnacle Peak Road
Phoenix, AZ 85027-1419

(d)Elo Touch Solutions
670 N McCarthy Blvd.
Ste. 100
Milpitas, CA 95035-5119

(u)FPL,4200 W. Flagler St., Miami, FL 33134 -

(d)Gilbraltar Industries
3556 Lake Shore Road
Buffalo, NY 14219-1485

(d)Integrated Supply Network
2727 Interstate Drive
Lakeland, FL 33805-2304

(d)KTM Motorcycles
30100 Technology Drive
Murrieta, CA 92563-2542

(du)KTM North America, Inc. -

(d)Laticrete International, Inc.
c/o Lawrence M. Kosto, Esquire
P.O. Box 113
Orlando, FL 32802-0113

(d)Stanley
1000 Stanley Drive
Concord, NC 28027-7679

(d)Suez WaterTech & Solutions
4636 Somerton Road
Feasterville Trevos, PA 19053-6742

(d) True Value Company, LLC
8600 W. Byn Mawr Ave.
Chicago IL 60631-3505

(d) Wayne
3814 Jarrett Way
Austin, TX 78728-1298

(d) Xerium Technologies
1401 Capital Blvd
Youngsville, NC 27596


(d) YRC Freight
10990 Roe Avenue
Overland Park, KS 66211-1213

(d) R Scott Shuker +
Latham Shuker Eden & Beaudine LLP
Post Office Box 3353
Orlando, FL 32802-3353

(d) Alex D Moglia +
Moglia Advisors
1325 Remington Road, Suite H
Schaumburg, IL 60173-4815


(d) Maria M Yip +
2 S. Biscayne Blvd, Suite 2690
Miami, FL 33131-1815

(u) Note: Entries with a '+' at the end of the
name have an email address on file in CMECF
--------------------------------------------
Note: Entries with a '-' at the end of the
name have filed a claim in this case

End of Label Matrix
Mailable recipients    211
Bypassed recipients     32
Total                  243