## UNITED STATES BANKRUPTCY COURT
### MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

IPS WORLDWIDE, LLC,                    CASE NO.:  6:19-bk-00511-KSJ

        Debtor,                    CHAPTER 11

_____/

## OMNIBUS MOTION PURSUANT TO FED. R. BANKR. P. 9019 FOR AN ORDER APPROVING THE COMPROMISE AND SETTLEMENT OF CREDITOR CLAIMS

---

### NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

Pursuant to Local Rule 2002-4, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within twenty-one (21) days from the date set forth on the attached proof of service, plus an additional three (3) days for service if any party was served by U.S. Mail. You should read these papers carefully and discuss them with your attorney if you have one. If the paper is an objection to your claim in this bankruptcy case, your claim may be reduced, modified, or eliminated.

If you object to the relief requested in this paper, you must file a response with the Clerk of the Bankruptcy Court, George C. Young Federal Courthouse, 400 W. Washington Street, Suite 5100, Orlando, FL 32801 and serve a copy on the movant's attorney, R. Scott Shuker, Esq., Latham, Shuker, Eden & Beaudine, LLP, P. O. Box 3353, Orlando, Florida 32802-3353, and any other appropriate persons within the time allowed. If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing, or consider the response and grant or deny the relief requested without a hearing.

If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

---

**CHAPTER 11 TRUSTEE, ALEX D. MOGLIA** ("Trustee"), hereby files this motion (the "Motion") for the entry of an order approving the compromise and settlement of creditor claims to certain bank accounts maintained by **IPS WORDWIDE, LLC** ("IPS" or the "Debtor"). In support of the Motion, the Trustee states as follows:

## Relevant Factual and Procedural History

1.      On January 25, 2019 (the "Petition Date"), the Debtor filed its petition for relief under Chapter 11 of the Bankruptcy Code.

2.      On April 5, 2019, the Court entered an order granting the motions of the U.S. Trustee (Doc. No. 227) and creditor, Stanley Black & Decker, Inc. (Doc. No. 290) for the appointment of a Chapter 11 trustee in the Debtor's bankruptcy case. That same day, Alex D. Moglia (the "Trustee") was appointed to serve as Chapter 11 Trustee for the Debtor (Doc. No. 291).

3.      Prior to the appointment of the Trustee, the Court entered an order approving an application filed by the United States Trustee selecting Maria M. Yip (the "Examiner") as examiner to investigate the assets and financial affairs of the Debtor.

4.      Following her appointment, the Examiner filed a second interim report (the "Second Interim Report") detailing her investigation of the Debtor's financial affairs and her investigation of certain client designated bank accounts maintained by the Debtor (the "Accounts"), which report included the Examiner's recommendations regarding the release of funds from the Accounts. The Examiner also filed a third interim report (the "Third Interim Report") (Doc. No. 382), which report further detailed the Examiner's findings and recommendations in respect of the Accounts.

5.      On April 11, 2019, the Court entered an Administrative Order directing the Examiner to, among other things, (i) open a data room containing information parties may use to assess the release of funds from the Accounts; and (ii) propose a formal procedure to resolve any issues concerning the Examiner's recommendations and the disposition of funds from the Accounts. The Administrative Order also authorized interested parties to file an objection to the Procedures by April 25, 2019.

6.      On April 19, 2019, the Examiner proposed procedures (the "Procedures") in accordance with the Court's directive (Doc. No. 328, procedures amended at Doc. No. 333).

7.      Limited objections to the Procedures were filed by YRC Enterprise Services, Inc. and YRC, Inc. d/b/a YRC Frieght (Doc. No. 346); TE Connectivity f/k/a Tyco Electronics Corporation (Doc. No. 348); Stanley Black & Decker, Inc. (Doc. No. 349); Arconic, Inc. (Doc. No. 350); Neogen Corporation (Doc. No. 351); Gibraltar Industries, Inc. (Doc. No. 352); GlobalTranz Enterprises, Inc. and Rexnord Industries, LLC (Doc. No. 353); and Zekelman Industries (Doc. No. 359), which objections were addressed at a hearing held on April 26, 2019 (the "Hearing") to consider approval of the Procedures.

8.      Following the Hearing, the Court entered its *Order Establishing Procedures and Deadlines for Resolution of Issues Concerning Examiner's Recommendations Regarding Accounts Maintained by the Debtor* (Doc. No. 375, dated May 6, 2019) (the "Resolution Procedures Order").

9.      Pursuant to the Resolution Procedures Order, any creditor claiming an interest in the funds held in the Accounts (hereinafter a "Claimant") was directed to request a meeting with the Trustee to discuss the recommendations set forth in the Second and Third Interim Reports and the disposition of funds held in the Accounts. Any Claimant requesting a meeting with the Trustee was required to send an email communication to the Trustee, and his counsel, briefly setting forth the basis for the meeting and the requesting party's availability to discuss the Examiner's recommendations. The meeting procedure was designed to facilitate open dialogue regarding the release of funds held in the Accounts and each party's respective position on the Examiner's recommendations, with the hope that such discussions would yield a compromise of the various claims made to the funds held in the Accounts and avoid further litigation at the expense of the estate.

10.    In accordance with the Resolution Procedures Order, and following receipt of a number of meeting requests, the Trustee conducted nineteen (19) meetings between May 14, 2019 and May 30, 2019, and reached a compromise with the following Claimants: Aclara Meters, LLC ("Aclara"); Suez Water Treatment ("Suez"); Stanley Black & Decker ("Stanley"); Integrated Supply Network ("ISN"); Arconic, Inc. ("Arconic"); Gibraltar Industries, Inc. ("Gibraltar"); ArcelorMittal USA, LLC ("Arcelor"); Fluidigm ("Fluidigm"); Sheboygan Paint ("Sheboygan"); Synchrony Financial ("Synchrony"); Wabash National ("Wabash"); Watlow ("Watlow"); Atkore International ("Atkore"); Bio-Rad Laboratories ("Bio-Rad"); Life Technologies ("Life Tech."); and Rexnord ("Rexnord"); and TE Connectivity ("Tyco"). (The aforementioned are referred to, individually, as Settling Claimant and are collectively referred to herein as the "Settling Claimants" – where appropriate).

11.    Trustee and the Settling Claimants (collectively referred to as the "Parties") have determined that their compromise avoids the uncertainty and expense associated with litigating their respective claims to the funds held in the Accounts and, thus, believe the compromises outlined below are in the best interests of the Debtor's estate.

## The Proposed Compromises

12.    Each compromise reached between the Parties includes "General Conditions" applicable to all Settling Claimants, and an amount to be disbursed to each Settling Claimant from the funds held in the Accounts. The disbursement will occur after entry of a Final Order approving the Motion. The material terms of each compromise reached between the Parties are as follows:[1]

---

[1] The Trustee is willing to execute specific settlement agreements for each of the Settling Claimants (Aclara and TE Connectivity have made an acceptable settlement agreement a condition of settlement); however, the Trustee has required such agreements to be drafted by the respective Settling Claimant. To the extent of any inconsistency between the terms and conditions set forth in this Motion, and a settlement agreement executed by and between the Trustee and a Settling Claimant, the terms of such settlement agreement shall control.

| General Conditions Applicable to All Settling Claimants |
|---|
| (i) The Debtor's Estate waives any causes of action under Bankruptcy Code Sections 544-550 as to each Settling Claimant and their respective carriers. To the extent a Settling Claimant wants to list the released carriers, the Trustee is willing to file a notice of such carriers. |
| (ii) Each Settling Claimant shall receive an allowed unsecured claim, not subject to objection or reduction, for the balance of their respective claims after receipt of the disbursements outlined in the table below. |
| (iii) Each Settling Claimant shall receive a general release from the Debtor of all claims and causes of action and other matters which were asserted, or which could have been asserted, by the Debtor. |

| Monetary Component | | | | |
|---|---|---|---|---|
| Settling Claimant | Account Disputed | Balance in Account | Distribution to Settling Claimant[2] | Amount Retained by the Debtor's Estate |
| Aclara | Ending #: 2691 | $4,209,842.02 | $176,000.00 | Balance of #2691 after payment to Suez |
| Arcelor | Ending #: 5585 | $572,992.08 | $362,000.00 | $210,992.08 |
| Arconic | Ending #: 7720 and 4221 | $488,470.50 Acct: 7720 $172,014.00 CAD Acct: 4221 | $244,235.25 from Acct: 7720 and $172,014.00 CAD from Acct: 4221 | $244,235.25 |
| Atkore | Ending #: 4522 | $2,672.99 | $1,336.49 | $1,336.49 |
| Bio-Rad | Ending #: 7088 | $92,480.33 | $46,240.00 | $46,240.00 |
| Fluidigm | Ending: #2675 | $81,923.37 | $79,923.37 | $2,000.00 |
| Gibraltar | Ending #: 6546 | $574,000.00 | $287,000.00 | $287,000.00 |

[2] Disbursements will be made directly to the Settling Claimant (or, at request of a Settling Claimant, to respective carriers) in the amounts specified in the Monetary Component Table immediately upon Court approval of the compromises.

| ISN | Ending #: 5136 | $186,488.50 | $93,244.25 | $93,244.25 |
|---|---|---|---|---|
| Life Tech | Ending #: 7075 | $713,465.70 | $356,732.85 | $356,732.85 |
| Rexnord | Ending #: 7023 | $1,253,964.58 | $1,200,000.00 | $53,964.58 |
| Sheboygan | Ending #: 5663 | $7,914.30 | $914.30 | $7,000.00 |
| Stanley | Ending #: 2633, 2688, 2296, 2646, 2659, 2675, 5650, 5585, 5663, 4157 | $2,615,000.00 | $1,307,500.00 | $1,307,500.00 |
| Suez | Ending #: 2691 | $4,209,842.02 | $1,400,000.00 | $2,633,000.00 |
| Synchrony | Ending #: 2688 | $289,114.66 | $128,000.00 | $161,114.66 |
| TYCO | Ending #: 4157, 4205, 1020, 1012, 1046, 2021 and 3380 | $2,615,845.69 | $196,736.96 USD from Acct Ending #: 1012<br><br>and<br><br>$845,001.00 USD from Acct # Ending: 1020<br><br>Total: $1,041,737.90 USD | Balance of 4157 after payment to Stanley |
| Wabash | Ending #2659 | $20,513.70 | $5,513.70 | $15,000.00 |
| Watlow | Ending #2296 | $377,338.23 | $163,000.00 | 214,338.23 |

## **Basis to Approve the Compromise**

13.     Bankruptcy Rule 9019(a) provides that on a motion by the trustee and after notice and a hearing, the court may approve a compromise or settlement. The decision of whether or not to approve a compromise is within the sound discretion of the court. *In re Chira*, 367 B.R. 888, 896 (S.D. Fla. 2007) aff'd 567 F.3d 1307 (11th Cir. 2010) (citing *In re Air Safety Int'l, L.C.*, 336 B.R. 843, 852 (S.D. Fla. 2005). In passing on proposed settlements, the Court must determine whether a proposed settlement is fair and equitable and must evaluate whether the compromise

falls below the "lowest point in the range of reasonableness." *In re Bicoastal Corp.*, 164 B.R. 1009, 1016 (Bankr. M.D. Fla. 1993).

14.     To assist the courts in evaluating proposed settlements, the Eleventh Circuit, in *In re Justice Oaks II, Ltd.*, 898 F.2d 1544, 1549 (11th Cir. 1990), developed a set of factors bankruptcy courts should consider in determining whether a settlement proposal is fair and equitable. These factors include: (a) the probability of success in the litigation; (b) the difficulties, if any, to be encountered in the matter of collection; (c) the complexity of the litigation involved, and the expense, inconvenience and delay necessarily attending it and (d) the paramount interest of the creditors and a proper deference to their reasonable views in the premises. *See Wallis v. Justice Oaks II, Ltd. (In re Justice Oaks II, Ltd.)*, 898 F.2d 1544, 1549 (11th Cir. 1990).

15.     Trustee submits that the compromises outlined above satisfy the factors set forth by the Eleventh Circuit in *Justice Oaks* and, thus, are fair and equitable. This conclusion is supported by the fact that the agreements reached between the Parties: (i) are the product of good-faith, arms-length negotiations, which negotiations have taken into account each party's potentially meritorious claims and defenses; and (ii) provide a reasoned and fair solution to the various issues surrounding the Accounts, which issues, if left unresolved, would only result in a flood of costly litigation which would consume estate resources to the detriment of Debtor's creditors. Under these circumstances, Trustee has determined, in his business judgment, that the proposed compromises are fair, equitable, in the best interests of the Debtor's Estate, and well within the range of reasonableness for approval under Bankruptcy Rule 9019(a).

16.     As to the litigation risks, many of the arguments raised by the Settling Claimants, if successful, would result in the estate retaining no amount from the accounts. Thus, if the Trustee litigates each account and is unsuccessful, it is possible the estate could be left with no funds and

administratively insolvent.  A major incentive to the Settling Claimants was the ability to receive

funds now and have no future litigation regarding the estate.  As such, the releases are critical to

these settlements.

WHEREFORE, based on the foregoing reasons and authorities, Trustee respectfully

requests that the Court enter an Order: (i) granting this Motion and approving the terms of the

compromises outlined herein; (ii) retaining jurisdiction: (a) over the terms of the compromises and

the Parties to enforce the order granting this Motion; and (b) to enforce the terms of the

compromises; and (iii) granting such other relief as this Court deems proper.

RESPECTFULLY SUBMITTED this 12th day of June 2019.

/s/ R. Scott Shuker
R. Scott Shuker, Esq.
Florida Bar No. 984469
rshuker@lseblaw.com
Daniel A. Velasquez, Esq.
Florida Bar No. 0098158
dvelasquez@lseblaw.com
**Latham, Shuker, Eden & Beaudine, LLP**
111 N. Magnolia Ave., Suite 1400
Telephone: (407) 481-5800
Facsimile: (407) 481-5801
*Attorneys for the Chapter 11 Trustee*

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

IPS WORLDWIDE, LLC,                    CASE NO.:  6:19-bk-00511-KSJ

        Debtor,                          CHAPTER 11

_____/

## CERTIFICATE OF SERVICE

    I **HEREBY CERTIFY** that a true copy of the forgoing **OMNIBUS MOTION PURSUANT TO FED. R. BANKR. P. 9019 FOR AN ORDER APPROVING THE COMPROMISE AND SETTLEMENT OF CREDITOR CLAIMS** has been furnished either electronically via transmission of Notice of Electronic Filing generated by CM/ECF on all counsel or record or *pro se* parties who are authorized to receive electronic notice in this bankruptcy case, and/or by U.S. First Class, postage prepaid mail to: Chapter 11 Trustee, Alex D. Moglia, Moglia Advisors, 1325 Remington Road, Suite H, Schaumburg, IL  60173; Debtor, c/o  Counsel for Debtor, Scott W. Spradley, Esq., Law Offices of Scott W. Spradley, P.A., 109 S. 5th Street, Flagler Beach, Florida 32136; Counsel for Creditors Committee, Counsel for Creditors Committee, Rafael X. Zahralddin-Aravena, Esq., Elliott Greenleaf, 1105 N Market Street, Suite 1700, Wilmington, DE  19801, rxza@elliotgreenleaf.com; Eric M. Sutty, Elliot Greenleaf, P.C., 1105 N. Market Street, Suite 1700, Wilmington, DE 19801, ems@elliotgreenleaf.com; and Bradley M. Saxton, Esq. and Ryan E. Davis, Esq., Winderweedle, Haines, Ward & Woodman, PA, 329 Park Avenue North, 2nd Floor, Winter Park, FL  32789, bsaxton@whww.com; rdavis@whww.com; Audrey M. Aleskovsky and Charles R. Sterbach, Office of the United States Trustee, 400 W. Washington Street, Suite 1100, Orlando, FL 32801, audrey.m.aleskovsky@usdoj.gov; Charles.r.sterbach@usdoj.gov; and all creditors listed on the attached matrix, as shown on the attached matrix this 12th day of June 2019.

/s/ R. Scott Shuker
R. Scott Shuker, Esq.

Label Matrix for local noticing
113A-6
Case 6:19-bk-00511-KSJ
Middle District of Florida
Orlando
Wed Jun 12 10:17:09 EDT 2019

AREP Eight Tower Bridge LLC
c/o Zachary J. Bancroft, Esq.
Baker Donelson, et al.
200 S. Orange Avenue
Suite 2900
Orlando, FL 32801-3448

Aclara Meters LLC
c/o James A. Timko, Esq.
Shutts & Bowen LLP
300 S. Orange Ave., #1600
Orlando, FL 32801-3382

Advanced Business Capital LLC d/b/a Triumph
c/o Ullman & Ullman, P.A.
7700 W. Camino Real
 Suite 401
Boca Raton, FL 33433-5543

Atkore International, Inc.
c/o Berger Singerman LLP
Jordi Guso, Esq.
1450 Brickell Avenue
Suite 1900
Miami, FL 33131-3453

Bank of America, N.A.
c/o Liebler, Gonzalez & Portuondo
44 West Flagler Street
25th Floor
Miami, FL 33130-1808

Bossard, Inc.
909 W. Pinnacle Peak Road
Phoenix, AZ 85027-1419

CohnReznick, LLP
4 Becker Farm Road
Roseland, NJ 07068-1739

Colgate-Palmolive Company
c/o Trenam Law
Stephanie C. Lieb
101 E Kennedy Boulevard, Suite 2700
Tampa, FL 33602-5150

Delgado & Romanik PLLC
c/o Jonathan M. Sykes, Esquire
200 South Orange Avenue
Suite 800
Orlando, FL 32801-6404

Mark E Freedlander
McGuireWoods LLP
Tower 260
260 Forbes Avenue
Pittsburgh, PA 15222-1853

Gibraltar Industries, Inc.

GlobalTranz Enterprises, Inc.
Quarles & Brady LLP
101 East Kennedy Blvd, Ste 3400
Tampa, FL 33602-5195

IPS Worldwide, LLC
265 Clyde Morris Blvd, Ste 100
Ormond Beach, FL 32174-8137

Integrated Supply Network, LLC
c/o Trenam Law
101 E Kennedy Boulevard, Suite 2700
Tampa, FL 33602-5150

Laticrete International, Inc.
c/o Lawrence M. Kosto, Esquire
P.O. Box 113
Orlando, Fl 32802-0113

Hal Levenberg
Yip Associates
One Biscayne Tower
2 S. Biscayne Boulevard, Suite 2690
Miami, FL 33131-1815

McLaughlin Body Company
c/o Howard S. Toland, Esq.
Mitrani, Rynor, Adamsky & Toland, P.A.
1200 Weston Road
Penthouse
Weston, FL 33326-1987

Thomas J Novia
164 Forest Trail Drive
Lansdale, PA 19446-6415

NuVasive, Inc.
Bradley Arant Boult Cummings LLP
c/o Edwin G. Rice
100 N. Tampa Street
Suite 2200
Tampa, FL 33602-5809

Official Committee of Unsecured Creditors
c/o Elliott Greenleaf, PC
1105 N. Market Street
Suite 1700
Wilmington, DE 19801-1228

Jonathan S Quinn
Neal, Gerber & Eisenberg, LLP
Two North LaSalle Street, Suite 1700
Chicago, IL 60602-4000

Rexnord Industries, LLC
Quarles and Brady LLP
101 East Kennedy Blvd., Suite 3400
Tampa, FL 33602-5195

Bradley M. Saxton
Winderweedle, Haines, Ward & Woodman, PA
P.O. Box 880
Winter Park, FL 32790-0880

Suez Water Technologies
c/o Glenn Reisman, Esq
12 Old Hollow Rd
Suite B
Trumbull, CT 06611-5523

Eric M Sutty
Elliott Greenleaf, P.C.
1105 N. Market Street, Suite 1700
Wilmington, DE 19801-1228

TE Connectivity Corporation f/k/a Tyco Elect
2800 Fulling Mill Road
Middletown, PA 17057-3142

Transportation Insight, LLC
c/o Daniel C. Bruton
Bell, Davis & Pitt, PA
PO Box 21029
Winston-Salem, NC 27120-1029

Tranzact Technologies, Inc.
Dean Mead Egerton Bloodworth Capouano &
c/o Denise D. Dell-Powell, Esq.
420 S Orange Ave., Suite 700
Orlando, FL 32801-4911

True Value Company, LLC
8600 W. Byn Mawr Ave.
Chicago, IL 60631-3505

Union Pacific Railroad Company
1400 Dougkas St. STOP 1580
Omaha, NE 68179-0002

Craig A. Wolfe
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178-0060

XPO Logistics, Inc.
c/o Deborah L. Fletcher, Esq.
FisherBroyles, LLP
6000 Fairview Road, Suite 1200
Charlotte, NC 28210-2252

YRC Enterprise Services, Inc.
C/o Holland & Knight
200 S. Orange Avenue
Suite 2600
Orlando, FL 32801-3461

YRC, Inc. d/b/a YRC Freight
C/o Holland & Knight
200 S. Orange Avenue
Suite 2600
Suite 2600
Orlando, FL 32801-3461

Zekelman Industries
c/o Frank Martin Wolff, P.A.
19 E. Central Blvd., Third Floor
Orlando, FL 32801-2468

A Cubed Corp, dba
Comcast Metal Products Company
Attn: Harry Readshaw
600 Grant St, 44th Floor
Pittsburgh, PA 15219-2713

AVOX Systems, Inc
25 Walter Winter Drive
Lancaster, NY 14086

Advanced Business Capital
d/b/a Triumph Business
c/o Ullman & Ullman, P.A.
7700 W. Camino Real, Ste 401
Boca Raton, FL 33433-5543

Alclara
945 Hornet Drive
Hazelwood, MO 63042-2309

Alcoa Corporation
201 Isabella St. Ste. 500
Pittsburgh, PA 15212-5858

Alex D. Moglia, Chapter 11 Trustee
Moglia Advisors
1325 Remington Road, Suite H
Schaumburg, IL 60173-4815

Amcor
935 Technology Drive
Suite 100
Ann Arbor, MI 48108-8964

American Express
P.O. Box 360002
Fort Lauderdale, FL 33336-0002

American Express Travel Related Services Com
Inc.
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

American Real Estate Partner
161 Washington St
Suite 1375
Conshohocken, PA 19428-2051

Arcelor Mittal
250 W US HIghway 12
Burns Harbor, IN 46304-9727

Arconic, Inc.
Arconic Corporate Center
201 Isabella St.
Pittsburgh, PA 15212-5858
Attn: Melanie Smith, Legal Dept.

Arris Tech
2226 Galvin Drive
Elgin, IL 60124

Atkore International
16100 S Lathrop Avenue
Harvey, IL 60426-6021

Atkore International, Inc.
c/o Jordi Guso, Esq.
Berger Singerman LLP
1450 Brickell Avenue, Suite 1900
Miami, FL 33131-5319

B3 Diagnostic Laboratory
1307 Alen Drive
Suite A
Troy, MI 48083-4010

Bio-Rad Laboratories
1000 Alfred Nobel Drive
Hercules, CA 94547-1898

Borsa Properties, LLC
P. O. Box 166633
Miami, FL 33116-6633

Bossard Industrial Products
2925 Morton Drive
East Moline, IL 61244-1960

Brady Worldwide
2221 W. Camden Road
Milwaukee, WI 53209-3709

CC Wu International
302-308 Hennessy Road
Wanchai
HONG KONG

CEVA LOGISTICS
ATTN: CREDIT & COLLECTIONS
15350 VICKERY DRIVE
HOUSTON, TX 77032-2530

Capital Lighting
5359 Rafe Banks Drive
Flowery Branch, GA 30542-2768

Chevron
West End of 7th Street
Port Arthur, TX 77640

Colgate Palmolive Company
c/o Stephanie Lieb
101 E. Kenneday Boulevard
Suite 2700
Tampa, FL 33602-5150

Colgate-Palmolive Company
Attn: Rachel Wolman
300 Park Avenue
New York, NY 10022-7499

Concast Metal
14315 State Rt. 113
Birmingham, OH 44889-8320

Conduent, Inc., fka Xerox Business Services,
fka Affiliated Computer Services, Inc.
c/o Larry A. Levick, Singer & Levick PC
16200 Addison Road, Suite 140
Addison, TX 75001-5377

Dawn Harbuck
836 May Ave
Holly Hill, FL 32117-3430

Delgado & Romanik, PLLC
c/o Jonathan M. Sykes, Esquire
200 S Orange Avenue, Suite 800
Orlando, FL 32801-6404

EFreight Solutions, LLC
2615 George Busbee Pkwy NW
Suite 11
Kennesaw, GA 30144-4981

Elo Touch Solutions
670 N McCarthy Blvd
Ste. 100
Milpitas, CA 95035-5119

ExFreight Zeta, LLC
c/o Michael Kaufman, P.A.
1615 Forum Place, Suite 3A
West Palm Beach, FL 33401-2316

Exfreight Zetz, LLC
c/o Michael A. Kaufman, Esq.
1615 Forum Place, Suite 3A
West Palm Beach, Florida 33401-2316

Florida Department of Revenue
Bankruptcy Unit
Post Office Box 6668
Tallahassee FL 32314-6668

Fluidigm
7000 Shoreline Court
Suite 100
South San Francisco, CA 94080-7603

Fristam Pumps USA
2410 Parview Road
Middleton, WI 53562-2521

GE  Global Operations
c/o Maureen Carter
13391 McGregor Blvd
Fort Myers, FL 33919-5944

Gibraltar Industries, Inc.
c/o Aaron A. Wernick, Esq.
Furr Cohen, PA
2255 Glades Road, Suite 301E
Boca Raton, FL 33431-7383

Gilbraltar Industries
3556 Lake Shore Road
Buffalo, NY 14219-1485

Global Tranz Enterprises
Quarles & Brady LLP
101 East Kennedy Blvd.
Suite 3400
Tampa, FL 33602-5195

GlobalTranz Enterprises, Inc.
c/o Jordan D. Maglich, Esq.
Quarles & Brady LLP
101 East Kennedy Blvd., Suite 3400
Tampa, FL 33602-5195

Harris Tea Company
344 New Albany Road
Moorestown, NJ 08057-1190

Infineon
30805 Santana Street
Hayward, CA 94544-7030

Integrated Supply Network
2727 Interstate Drive
Lakeland, FL 33805-2304

Internal Revenue Service
Post Office Box 7346
Philadelphia PA 19101-7346

JL French
3101 S. Taylor Drive
Sheboygan, WI 53081-9401

Jensen Tools/Test Equity
7815 S. 46th Street
Phoenix, AZ 85044-5399

KTM Motorcycles
30100 Technology Drive
Murrieta, CA 92563-2542

KTM North America Inc
c/o Justin D Kreindel Esq
Wilson Elser Moskowitz Edelman & Dicker
111 N Orange Ave Ste 1200
Orlando FL 32801-2361

Laticrete International
1 Laticrete Park North
Bethany, CT 06524-3498

Lawrence M. Kosto, Esq.
Kosto & Rotella, P.A.
PO Box 113
Orlando FL 32802-0113

Leanne McKnight Prendergast
Fisher Broyles, LLP
12620 Beach Boulevard
Suite 3, #126
Jacksonville, FL 32246-7130

Life Technologies
5791  Van Allen Way
Carlsbad, CA 92008-7321

Lorges Holding Corp
Tatiana Belim
64 Northwoods Lane
Doylestown, PA 18901-2938

MAPSYS, Inc.
Greg Bussey
920 Michigan Ave
Columbus, OH 43215-1165

MSC Direct
75 Maxess Road
Melville, NY 11747-3151

McLauglin Body Company
2430 River Drive
Moline, IL 61265-1500

Motorola
2100 East Elliot
Tempe, AZ 85284-1806

Natural Gas Solutions
16240 Port Northwest
Houston, TX 77041-2668

Nemak USA, Inc.
2 Towne Square #300
Southfield, MI 48076-3761

Neogen
620 Lesher Place
Lansing, MI 48912-1595

Neogen Corporation
c/o Aaron A. Wernick, Esq.
Furr Cohen PA
2255 Glades Rd., Ste 301E
Boca Raton, FL 33431-7383

NuVasive, Inc.
Bradley Arant Boult Cummings LLP
100 N. Tampa Street, Suite 2200
Tampa, FL 33602-5809

NuVasive, Inc.
c/o Edwin Rice
Bradley Arant Boult Cummings
100 N. Tampa St.., Ste 2200
Tampa, FL 33602-5809

OLMO
Rua Restinga
Sao Paulo 03065
BRAZIL

Oral-B Laboratories
8700 Mason Montgomery Road
Mason, OH 45040-9760

Pitney Bowes
37 Executive Drive
Danbury, CT 06810-4148

R Scott Shuker
Latham Shuker Eden & Beaudine LLP
Post Office Box 3353
Orlando, FL 32802-3353

RM Acquisition LLC
d/b/a Rand McNally
9855 Woods Drive
Skokie, IL 60077-1127

Regal Beloit Corp (RBC)
6450 W. Hanna Avenue
Indianapolis, IN 46241-6414

Resource Logistics Group, Inc.
5944 Coral Ridge Drive, #261
Coral Springs, FL 33076-3300

Resource Logistics Group, Inc.
c/o Kenneth G.M. Mather, Esq.
Gunster, Yoakley & Stewart, P.A.
401 E. Jackson St, Ste 2500
Tampa, FL 33602-5226

Rexnord
4701 W. Greenfield Avenue
Milwaukee, WI 53214-5300

Rexnord Industries, LLC
c/o Jordan D. Maglich, Esq.
Quarles & Brady LLP
101 East Kennedy Blvd., Suite 3400
Tampa, FL 33602-5195

Riverside Group
225 North Michigan Avenue
Chicago, IL 60601-7757

Root Executive Park
275 Clyde Morris Blvd.
Ormond Beach, FL 32174-5977

SCM Metal Products
2601 Weck Drive
Durham, NC 27709

Schneider Logistics, Inc.
Aaron McCollough
McGuireWoods LLP
77 W. Wacker Dr., Ste. 4100
Chicago, IL 60601-1818

Schneider National, Inc.
Aaron McCollough
McGuireWoods LLP
77 W. Wacker Dr., Ste. 4100
Chicago, IL 60601-1818

Sheboygan Paint
608 Canal Street
Cedartown, GA 30125-6334

Siemens Gamesa Energy
3500 Quadrangle Boulevard
Orlando, FL 32817-8326

Sparton
5612 Johnson Lake Road
De Leon Springs, FL 32130-3657

Stanley
1000 Stanley Drive
Concord, NC 28027-7679

Stanley Black & Decker, Inc.
c/o Colin S. Baker, Esq.
Greenberg Traurig, P.A.
450 South Orange Ave., Suite 650
Orlando, FL 32801-3311

Stanley Black & Decker, Inc.
c/o Greenberg Traurig, P.A.
Danielle S. Kemp, Esq.
101 E. Kennedy Blvd., Suite 1900
Tampa, FL 33602-5148

Stanley Black & Decker, Inc.
c/o Greenberg Traurig, P.A.
Mark D. Bloom, Esq.
333 SE 2nd Avenue
Miami, FL 33131-3238

Stanley Black & Decker, Inc.
c/o I. William Spivey, II, Esq.
GREENBERG TRAURIG, P.A.
450 South Orange Ave., Suite 650
Orlando, FL 32801-3311

Steven T. Huntley
Resource Logistics Group, Inc.
5944 Coral Ridge Drive, #261
Coral Springs, FL 33076-3300

Subcom
PO Box 479
Portsmouth, NH 03802-0479

Suez Water Technologies
c/o Glenn Reisman, Esq.
Reisman Law Firm LLC
12 Old Hollow Road
Trumbull, CT 06611-5523

Suez Water Technologies and Solutions
c/o Glenn M. Reisman
12 Old Hollow Road, Ste. B
Trumbull, CT 06611-5523

Suez WaterTech & Solutions
4636 Somerton Road
Feasterville Trevos, PA 19053-6742

Symmetricom
2300 Orchard Parkway
San Jose, CA 95131-1017

Synchrony Financial
170 Election Road
Stamford, CT 06927-0001

TE Connectivity
Attn: Samuel M. Koda, Jr., Esq.
2800 Fulling Mill Road
Middletown, PA 17057-3142

TE Connectivity Corporation
c/o Samuel M. Koda, Jr., Esq.
2800 Fulling Mill Road
Middletown, PA 17057-3142

Tammy Pease
306 Thackery Rd
Ormond Beach, FL 32174-6028

Test Equity/Jensen Tools
335 Willow Street
N. Andover, MA 01845-5921

Thomas J. Novia
Thomas Novia
IPS WORLDWIDE LLC - Former Employee
164 Forest Trail Drive
Lansdale, PA 19446-6415

Transportation Insight, LLC
c/o Daniel C. Bruton
PO Box 21029
Winston-Salem, NC 27120-1029

Tranzact Technologies, Inc.
c/o Denise D. Dell-Powell, Esq.
Burr & Forman LLP
200 S. Orange Ave., Suite 800
Orlando, FL 32801-6404

True Value Co - Advertising
320 S. Division Street
Harvard, IL 60033-3247

UTC Fire and Security
4211 Metro Parkway
Fort Myers, FL 33916-9526

Union Pacific Railroad Company
1400 Douglas St. STOP 1580
Omaha NE 68179-0002

Verogen
11111Flintkote Avenue
San Diego, CA 92121-1203

Volusia County Tax Collector
123 West Indiana Avenue
Room 103
Deland FL 32720-4615

Wabash National
3233 Kossuth Street
Lafayette, IN 47904-3263

Watlow
12001 Lackland Road
Saint Louis, MO 63146-4039

Wayne
3814 Jarrett Way
Austin, TX 78728-1298

Wells Fargo Vendor
Financial Services, LLC
Attn: Kimberly Park
1010 Thomas Edison Blvd SW
Cedar Rapids IA 52404-8247

XPO Logistics
c/o Deborah Fletcher
Fisher Broyles, LLP
6000 Fairview Rd, Ste 1200
Charlotte, NC 28210-2252

XPO Logistics, Inc.
c/o Deborah L. Fletcher, Partner
6000 Fairview Road, Suite 1200
Charlotte, North Carolina 28210-2252

XPO Logistics, Inc.
c/o Leanne McKnight Prendergast
12620 Beach Blvd. Suite 3 #126
Jacksonville, Florida 32246-7130

Xerium Technologies
1401 Capital Blvd
Youngsville, NC 27596

Xerium Technologies, Inc.
c/o Holmes P. Harden
Williams Mullen
PO Box 1000
Raleigh, NC  27602
hharden@williamsmullen.com  27602-1000

YRC ENTERPRISE SERVICES, INC.
c/o Gregory R. Farkas
200 Public Square #3000
Cleveland, OH 44114-2381

YRC ENTERPRISE SERVICES, INC.
c/o John F. Kostelnik
200 Public Square #3000
Cleveland, OH 44114-2381

YRC Enterprise Services, Inc.
YRC, Inc. d/b/a YRC Freight
Brian McDowell c/o Holland & Knight LLP
200 S. Orange Avenue, Ste 2600
Orlando, Florida 32801-3461

YRC Enterprise Services, Inc.
YRC, Inc. d/b/a YRC Freight
Robert Davis c/o Holland & Knight LLP
200 S. Orange Avenue, Ste 2600
Orlando, Florida 32801-3461

YRC Freight
10990 Roe Avenue
Overland Park, KS 66211-1213

YRC INC., d/b/a YRC FREIGHT
c/o Gregory R. Farkas
200 Public Square #3000
Cleveland, OH 44114-2381

YRC INC., d/b/a YRC FREIGHT
c/o John F. Kostelnik
200 Public Square #3000
Cleveland, OH 44114-2381

Zekelman Industries
c/o Frank Martin Wolff, Esq.
Frank Martin Wolff, P.A.
19 E. Central Blvd., Third Floor
Orlando, FL 32801-2468

Zekelman Industries, Inc.
Attn: Angela Miu
227 W. Monroe St. Ste. 2600
Chicago, IL 60606-5082

c/o Ullman & Ullman, P.A.
Michael W. Ullman
Jared A. Ullman
7700 W. Camino Real, Suite 401
Boca Raton, FL 33433-5543

Zachary J Bancroft +
Baker, Donelson, Bearman, Caldwell & Ber
Caldwell & Berkowitz, PC
P.O. Box 1549
Orlando, FL 32802-1549

Mark D Bloom +
Greenberg Traurig
333 Avenue of the Americas
Suuite 4400
Miami, FL 33131-2176

Ryan E Davis +
Winderweedle Haines Ward & Woodman P.A.
329 Park Avenue North, Second Floor
Winter Park, FL 32789-7421

Lawrence M Kosto +
Kosto & Rotella, P.A.
619 East Washington Street
Orlando, FL 32801-2969

Brian A McDowell +
Holland & Knight LLP
Post Office Box 1526
Orlando, FL 32802-1526

Bradley M Saxton +
Winderweedle, Haines, Ward & Woodman, PA
329 Park Avenue North, Second Floor
Winter Park, FL 32789-7421

Frank M Wolff +
Frank Martin Wolff, P.A.
19 E. Central Blvd
Orlando, FL 32801-2468

Jordi Guso +
Berger Singerman P.A.
1450 Brickell Avenue, 19th Floor
Miami, FL 33131-3444

Edwin G Rice +
Bradley Arant Boult Cummings LLP
100 North Tampa Street, Suite 2200
Tampa, FL 33602-5809

United States Trustee - ORL +
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801-2210

Kenneth G M Mather +
Gunster, Yoakley & Stewart, P.A.
401 E. Jackson Street, Suite 2500
Tampa, FL 33602-5226

Denise D Dell-Powell +
Dean Mead Egerton Bloodworth Capouano
420 S. Orange Avenue, Suite 700
Orlando, FL 32801-4911

Deborah L Fletcher +
Katten Muchin Rosenman, LLP
401 South Tryon Street
Suite 2600
Charlotte, NC 28202-1934

Alex D Moglia +
Moglia Advisors
1325 Remington Road, Suite H
Schaumburg, IL 60173-4815

Howard S Toland +
Mitrani, Rynor, Adamsky & Toland, PA
1200 Weston Road, Penthouse
Weston, FL 33326-1987

Glenn M Reisman +
Reisman Law Firm LLC
12 Old Hollow Road, Suite B
Trumbull, CT 06611-5523

Michael A. Kaufman +
Michael A. Kaufman PA
1615 Forum Place, Suite 3A
West Palm Beach, FL 33401-2316

Leanne McKnight Prendergast +
FisherBroyles, LLP
12620 Beach Boulevard, Suite 3 #126
Jacksonville, Fl 32246-7130

Traci H Rollins +
Squire Patton Boggs (US) LLP
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401-6161

Stephanie C Lieb +
Trenam Law
101 East Kennedy Boulevard, Suite 2700
Tampa, FL 33602-5150

Danielle S Kemp +
Greenberg Traurig, P.A.
Bank of America Plaza
101 E. Kennedy Blvd., Suite 1900
Tampa, FL 33602-5148

Rhys P Leonard +
Trenam Kemker
101 East Kennedy Boulevard
Suite 2700
Tampa, FL 33602-5170

Rafael X. Zahralddin-aravena +
Elliott Greenleaf
1105 N Market Street, Ste 1700
Wilmington, DE 19801-1228

Jonathan Sykes +
Burr & Forman LLP
200 S. Orange Avenue,
Suite 800
Orlando, FL 32801-6404

Jared A Ullman +
Ullman & Ullman, P.A.
150 East Palmetto Park Road, Suite 700
Boca Raton, FL 33432-4829

Elliot M Smith +
Squire Patton Boggs (US) LLP
4900 Key Tower
127 Public Square
Cleveland, OH 44114-1217

George W. Fitting +
McGuireWoods, LLP
Tower Two-Sixty
260 Forbes , Suite 1800
Pittsburgh, PA 15222-1892

Samuel M Koda Jr.+
TE Connectivity Corporation
2800 Fulling Mill Road
Middletown, PA 17057-3142

Holmes P Harden +
Williams Muller
301 Fayetteville Street
Raleigh, NC 27601-1974

Robert E. Kaelin +
Murtha Cullina LLP
CityPlace I
185 Asylum Street
Hartford, CT 06103-3408

Tiffany Payne Geyer +
Baker & Hostetler LLP
200 S Orange Avenue Suite 2300
Orlando, FL 32801-3432

Robert W Davis Jr+
Holland & Knight, LLP
200 S. Orange Avenue
Suite 2600
Orlando, FL 32801-3453

James A Timko +
Shutts & Bowen, LLP
300 S Orange Avenue, Suite 1600
Orlando, FL 32801-3382

Maria M Yip +
2 S. Biscayne Blvd, Suite 2690
Miami, FL 33131-1815

Daniel A Velasquez +
Latham Shuker Eden Beaudine LLP
111 N. Magnolia Avenue
Suite 1400
Orlando, FL 32801-2367

Gregory R. Farkas +
Frantz Ward LLP
200 Public Square
Suite 3000
Cleveland, OH 44114-2381

Jason R Alderson +
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178-0060

Jordan D Maglich +
Quarles & Brady LLP
101 East Kennedy Boulevard, Suite 3400
, FL 33602-5195

Scott W Spradley +
Law Offices of Scott W Spradley PA
PO Box 1
109 South 5th Street
Flagler Beach, FL 32136-3604

Mark E Steiner +
Liebler, Gonzalez & Portuondo, P.A.
44 W. Flagler Street, 25th Floor
Miami, FL 33130-1808

Aaron A Wernick +
Furr & Cohen, P.A.
2255 Glades Road, Suite 301E
Boca Raton, FL 33431-7383

Charles R Sterbach +
Office of the United States Trustee
400 W. Washington St., Ste 1100
Orlando, FL 32801-2440

Andrew V Layden +
Baker & Hostetler LLP
Suntrust Center - Suite 2300
200 S. Orange Avenue
Orlando, FL 32801-3432

Courtney A McCormick +
McGuireWoods LLP
50 North Laura St, Suite 3300
Jacksonville, FL 32202-3661

Audrey M Aleskovsky +
Office of the United States Trustee
George C. Young Federal Building
400 West Washington St, Suite 1100
Orlando, FL 32801-2210

John F. Kostelnik +
Frantz Ward LLP
200 Public Square
Suite 3000
Cleveland, OH 44114-2381

Justin D Kreindel +
Wilson Elser Moskowitz Edelman & Dicker
111 North Orange Avenue, Suite 1200
Orlando, FL 32801-2361

Taruna Garg +
Murtha Cullina LLP
177 Broad Street
Stamford, CT 06901-2048

Larry A Levick +
Singer & Levick, P.C.
16200 Addison Road, Suite 140
Addison, TX 75001-5377

Kevin G Schneider +
Neal, Gerber & Eisenberg, LLP
Two North LaSalle Street, Suite 1700
Chicago, IL 60602-4000

Mark A Berkoff +
Neal, Gerber & Eisenberg LLP
Two North LaSalle Street, Suite 1700
Chicago, IL 60602-4000

Note: Entries with a '+' at the end of the
name have an email address on file in CMECF

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)ArcelorMittal USA LLC

(u)Arconic Inc.

(u)Conduent, Inc.

(u)Exfreight Zeta, LLC

(u)Karen S. Jennemann
Orlando

(u)KTM North America, Inc.

(u)Neogen Corporation

(u)Resource Logistics Group, Inc.

(u)Stanley Black & Decker, Inc.

(u)Xerium Technologies, Inc.

(d)AREP Eight Tower Bridge LLC
c/o Zachary J. Bancroft, Esq.
Baker Donelson, et al.
200 S. Orange Ave., Ste. 2900
Orlando, FL 32801-3448

(d)Aclara Meters LLC
c/o James A. Timko, Esq.
Shutts & Bowen LLP
300 S. Orange Ave., #1600
Orlando, FL 32801-3382

(d)Arcelor Mittal
250 W US Highway 12
Burns Harbor, IN 46304-9727

(d)Bio-Rad Laboratories
1000 Alfred Nobel Drive
Hercules, CA 94547-1898

(d)Bossard,Inc.
909 W. Pinnacle Peak Road
Phoenix, AZ 85027-1419

(d)Elo Touch Solutions
670 N McCarthy Blvd.
Ste. 100
Milpitas, CA 95035-5119

(u)FPL,4200 W. Flagler St., Miami, FL 33134

(d)Gilbraltar Industries
3556 Lake Shore Road
Buffalo, NY 14219-1485

(d)Integrated Supply Network
2727 Interstate Drive
Lakeland, FL 33805-2304

(d)KTM Motorcycles
30100 Technology Drive
Murrieta, CA 92563-2542

(du)KTM North America, Inc.

(d)Laticrete International, Inc.
c/o Lawrence M. Kosto, Esquire
P.O. Box 113
Orlando, FL 32802-0113

(d)Stanley
1000 Stanley Drive
Concord, NC 28027-7679

(d)Suez WaterTech & Solutions
4636 Somerton Road
Feasterville Trevos, PA 19053-6742

(d)True Value Company, LLC
8600 W. Byn Mawr Ave.
Chicago  IL 60631-3505

(d)Wayne
3814 Jarrett Way
Austin, TX 78728-1298

(d)Xerium Technologies
1401 Capital Blvd
Youngsville, NC 27596

(d)YRC Freight
10990 Roe Avenue
Overland Park, KS 66211-1213

(d)R Scott Shuker +
Latham Shuker Eden & Beaudine LLP
Post Office Box 3353
Orlando, FL 32802-3353

(d)Alex D Moglia +
Moglia Advisors
1325 Remington Road, Suite H
Schaumburg, IL 60173-4815

(d)Maria M Yip +
2 S. Biscayne Blvd, Suite 2690
Miami, FL 33131-1815

End of Label Matrix
Mailable recipients   213
Bypassed recipients    31
Total                 244