UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

IPS WORLDWIDE, LLC

Debtor.

_____/

Case No.: 6:19-bk-00511-KSJ
Chapter 11

*Ex-Parte Relief Requested*

## CHAPTER 11 TRUSTEE'S
## MOTION FOR SUBSTITUTION OF COUNSEL

**ALEX MOGLIA**, the Chapter 11 Trustee appointed in the above-referenced case ("Moglia" or "Trustee"), by and through his undersigned counsel, hereby requests that this Court approve the substitution of counsel of record in this case ("Motion"), and, in support thereof, states as follows:

1.      Trustee's current counsel of record in this case is R. Scott Shuker, Esquire ("Mr. Shuker"), Daniel A. Velasquez, Esquire ("Mr. Velasquez"), and the law firm of LATHAM, SHUKER, EDEN & BEAUDINE, LLP, 111 N. Magnolia Avenue, Suite 1400, Orlando, Florida 32801.

2.      Mr. Shuker left the law firm of LATHAM, SHUKER, EDEN & BEAUDINE, LLP, and is now with the law firm of SHUKER & DORRIS, P.A., 121 S. Orange Avenue, Suite 1120, Orlando, Florida 32801 ("Shuker & Dorris").  Accordingly, Trustee requests that R. Scott Shuker, Esquire, of the law firm of SHUKER & DORRIS, P.A., be substituted as its counsel of record in this case.  Shuker & Dorris will file an application to be employed and the required statements under FRBP 2014 and 2016.

3.      The granting of this Motion will not unduly delay these proceedings or prejudice any party hereto.

4.      Trustee's consent to the substitution of counsel is attached hereto as **Exhibit A.**

**WHEREFORE**, Trustee respectfully requests this Court approve the substitution of his counsel as set forth herein and enter the Order in the form attached hereto as **Exhibit B**, and granting such other relief as the court deems just and proper.

**RESPECTFULLY SUBMITTED** this 6th day of September 2019.

/s/ R. Scott Shuker
R. Scott Shuker
Florida Bar No.: 984469
**SHUKER & DORRIS, P.A.**
121 S. OrangeAvenue, Suite 1120N
Orlando, Florida 32801
Tel: 407-337-2060
Fax: 407-337-2050
*Attorneys for Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

In re

                                   **CASE NO. 6:19-bk-00511-KSJ**

**IPS WORLDWIDE, LLC**

                                   **CHAPTER 11**

                    **Debtor.**

_____/

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished electronically via the Court's CM/ECF system and/or via U.S. first-class mail, postage paid, to all parties who have requested notice in this case, the Chapter 11 Trustee, Alex D. Moglia, Moglia Advisors, 1325 Remington Road, Suite H, Schaumburg, IL 60173; all creditors and parties-in-interest, as shown on the matrix attached to the original of this motion filed with the court, and to Audrey M. Aleskovsky and Charles R. Sterbach, Office of the United States Trustee, 400 W. Washington Street, Suite 1100, Orlando, Florida 32801 this 6th day of September 2019.

                                  /s/ R. Scott Shuker
                                  R. Scott Shuker, Esq.

Label Matrix for local noticing
113A-6
Case 6:19-bk-00511-KSJ
Middle District of Florida
Orlando
Fri Sep  6 15:52:37 EDT 2019

AREP Eight Tower Bridge LLC
c/o Zachary J. Bancroft, Esq.
Baker Donelson, et al.
200 S. Orange Avenue
Suite 2900
Orlando, FL 32801-3448

Aclara Meters LLC
c/o James A. Timko, Esq.
Shutts & Bowen LLP
300 S. Orange Ave., #1600
Orlando, FL 32801-3382

Advanced Business Capital LLC d/b/a Triumph
c/o Ullman & Ullman, P.A.
7700 W. Camino Real
 Suite 401
Boca Raton, FL 33433-5543

Andritz Fabrics and Rolls, Inc
c/o David McFarlin
PO Box 3753
Orlando, FL 32802-3753

Atkore International, Inc.
c/o Berger Singerman LLP
Jordi Guso, Esq.
1450 Brickell Avenue
Suite 1900
Miami, FL 33131-3453

Bank of America, N.A.
c/o Liebler, Gonzalez & Portuondo
44 West Flagler Street
25th Floor
Miami, FL 33130-1808

Bossard, Inc.
909 W. Pinnacle Peak Road
Phoenix, AZ 85027-1419

CohnReznick, LLP
4 Becker Farm Road
Roseland, NJ 07068-1739

Colgate-Palmolive Company
c/o Trenam Law
Stephanie C. Lieb
101 E Kennedy Boulevard, Suite 2700
Tampa, FL 33602-5150

Delgado & Romanik PLLC
c/o Jonathan M. Sykes, Esquire
200 South Orange Avenue
Suite 800
Orlando, FL 32801-6404

Europe Management, SPRL, LLC
c/o Esther McKean, Esq.
420 South Orange Ave.
Suite 1200
Orlando, FL 32801-4904

Mark E Freedlander
McGuireWoods LLP
Tower 260
260 Forbes Avenue
Pittsburgh, PA 15222-1853

Gibraltar Industries, Inc.

GlobalTranz Enterprises, Inc.
Quarles & Brady LLP
101 East Kennedy Blvd, Ste 3400
Tampa, FL 33602-5195

IPS Worldwide, LLC
265 Clyde Morris Blvd, Ste 100
Ormond Beach, FL 32174-8137

Integrated Supply Network, LLC
c/o Trenam Law
101 E Kennedy Boulevard, Suite 2700
Tampa, FL 33602-5150

Laticrete International, Inc.
c/o Lawrence M. Kosto, Esquire
P.O. Box 113
Orlando, Fl 32802-0113

Hal Levenberg
Yip Associates
One Biscayne Tower
2 S. Biscayne Boulevard, Suite 2690
Miami, FL 33131-1815

McLaughlin Body Company
c/o Howard S. Toland, Esq.
Mitrani, Rynor, Adamsky & Toland, P.A.
1200 Weston Road
Penthouse
Weston, FL 33326-1987

Thomas J Novia
164 Forest Trail Drive
Lansdale, PA 19446-6415

NuVasive, Inc.
Bradley Arant Boult Cummings LLP
c/o Edwin G. Rice
100 N. Tampa Street
Suite 2200
Tampa, FL 33602-5809

Official Committee of Unsecured Creditors
c/o Elliott Greenleaf, PC
1105 N. Market Street
Suite 1700
Wilmington, DE 19801-1228

Jonathan S Quinn
Neal, Gerber & Eisenberg, LLP
Two North LaSalle Street, Suite 1700
Chicago, IL 60602-4000

Rexnord Industries, LLC
Quarles and Brady LLP
101 East Kennedy Blvd., Suite 3400
Tampa, FL 33602-5195

Bradley M. Saxton
Winderweedle, Haines, Ward & Woodman, PA
P.O. Box 880
Winter Park, FL 32790-0880

Suez Water Technologies
c/o Glenn Reisman, Esq
12 Old Hollow Rd
Suite B
Trumbull, CT 06611-5523

Eric M Sutty
Elliott Greenleaf, P.C.
1105 N. Market Street, Suite 1700
Wilmington, DE 19801-1228

TE Connectivity Corporation f/k/a Tyco Elect
2800 Fulling Mill Road
Middletown, PA 17057-3142

Transportation Insight, LLC
c/o Daniel C. Bruton
Bell, Davis & Pitt, PA
PO Box 21029
Winston-Salem, NC 27120-1029

Tranzact Technologies, Inc.
Dean Mead Egerton Bloodworth Capouano &
c/o Denise D. Dell-Powell, Esq.
420 S Orange Ave., Suite 700
Orlando, FL 32801-4911

True Value Company, LLC
8600 W. Byn Mawr Ave.
Chicago, IL 60631-3505

Union Pacific Railroad Company
1400 Dougkas St. STOP 1580
Omaha, NE 68179-0002

Craig A. Wolfe
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178-0060

XPO Logistics, Inc.
c/o Deborah L. Fletcher, Esq.
FisherBroyles, LLP
6000 Fairview Road, Suite 1200
Charlotte, NC 28210-2252

YRC Enterprise Services, Inc.
C/o Holland & Knight
200 S. Orange Avenue
Suite 2600
Orlando, FL 32801-3461

YRC, Inc. d/b/a YRC Freight
C/o Holland & Knight
200 S. Orange Avenue
Suite 2600
Suite 2600
Orlando, FL 32801-3461

Zekelman Industries
c/o Frank Martin Wolff, P.A.
19 E. Central Blvd., Third Floor
Orlando, FL 32801-2468

A Cubed Corp, dba
Comcast Metal Products Company
Attn: Harry Readshaw
600 Grant St, 44th Floor
Pittsburgh, PA 15219-2713

AVOX Systems, Inc
25 Walter Winter Drive
Lancaster, NY 14086

Advanced Business Capital
d/b/a Triumph Business
c/o Ullman & Ullman, P.A.
7700 W. Camino Real, Ste 401
Boca Raton, FL 33433-5543

Alclara
945 Hornet Drive
Hazelwood, MO 63042-2309

Alcoa Corporation
201 Isabella St. Ste. 500
Pittsburgh, PA 15212-5858

Alex D. Moglia, Chapter 11 Trustee
Moglia Advisors
1325 Remington Road, Suite H
Schaumburg, IL 60173-4815

Amcor
935 Technology Drive
Suite 100
Ann Arbor, MI 48108-8964

American Express
P.O. Box 360002
Fort Lauderdale, FL 33336-0002

American Express Travel Related Services Com
Inc.
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

American Real Estate Partner
161 Washington St
Suite 1375
Conshohocken, PA 19428-2051

Arcelor Mittal
250 W US HIghway 12
Burns Harbor, IN 46304-9727

ArcelorMittal USA LLC
Elliot Smith
Benesch Friedlander Coplan & Aronoff LLP
200 Public Square, Suite 2300
Cleveland, OH 44114-2378

Arconic Inc.
George W. Fitting, McGuireWoods LLP
Tower Two-Sixty
260 Forbes Ave., Ste. 1800
Pittsburgh, PA 15222-1892

Arconic, Inc.
Arconic Corporate Center
201 Isabella St.
Pittsburgh, PA 15212-5858
Attn: Melanie Smith, Legal Dept.

Arris Tech
2226 Galvin Drive
Elgin, IL 60124

Atkore International
16100 S Lathrop Avenue
Harvey, IL 60426-6021

Atkore International Inc.
c/o Neal, Gerber & Eisenberg LLP
Two N. LaSalle Street, Suite 1700
Chicago, IL 60602-4000
Attn: Jonathan Quinn, Esq.

Atkore International, Inc.
c/o Jordi Guso, Esq.
Berger Singerman LLP
1450 Brickell Avenue, Suite 1900
Miami, FL 33131-5319

B3 Diagnostic Laboratory
1307 Alen Drive
Suite A
Troy, MI 48083-4010

Bio-Rad Laboratories
1000 Alfred Nobel Drive
Hercules, CA 94547-1898

Borsa Properties, LLC
P. O. Box 166633
Miami, FL 33116-6633

Bossard, Inc.
Stephanie C. Lieb, Esq.
101 East Kennedy Boulevard, Suite 2700
Tampa, Florida 33602-5150

Brady Worldwide
2221 W. Camden Road
Milwaukee, WI 53209-3709

CC Wu International
302-308 Hennessy Road
Wanchai
HONG KONG

CEVA LOGISTICS
ATTN: CREDIT & COLLECTIONS
15350 VICKERY DRIVE
HOUSTON, TX 77032-2530

Capital Lighting
5359 Rafe Banks Drive
Flowery Branch, GA 30542-2768

Chevron
West End of 7th Street
Port Arthur, TX 77640

Colgate Palmolive Company
c/o Stephanie Lieb
101 E. Kenneday Boulevard
Suite 2700
Tampa, FL 33602-5150

Colgate-Palmolive Company
Attn: Rachel Wolman
300 Park Avenue
New York, NY 10022-7499

Concast Metal
14315 State Rt. 113
Birmingham, OH 44889-8320

Conduent Business Services, LLC
c/o Michelle E. Shriro
Singer & Levick, PC
16200 Addison Road, Suite 140
Addison, TX 75001-5377

Conduent, Inc., fka Xerox Business Services,
fka Affiliated Computer Services, Inc.
c/o Larry A. Levick, Singer & Levick PC
16200 Addison Road, Suite 140
Addison, TX 75001-5377

Dawn Harbuck
836 May Ave
Holly Hill, FL 32117-3430

Delgado & Romanik, PLLC
c/o Jonathan M. Sykes, Esquire
200 S Orange Avenue, Suite 800
Orlando, FL 32801-6404

Dell Marketing, L.P.
c/o Streusand Landon Ozburn & Lemmon LLP
1801 S. MoPac Expressway, Suite 320
Austin, TX 78746

EFreight Solutions, LLC
2615 George Busbee Pkwy NW
Suite 11
Kennesaw, GA 30144-4995

Elo Touch Solutions
670 N McCarthy Blvd
Ste. 100
Milpitas, CA 95035-5119

ExFreight Zeta, LLC
c/o Michael Kaufman, P.A.
1615 Forum Place, Suite 3A
West Palm Beach, FL 33401-2316

Exfreight Zetz, LLC
c/o Michael A. Kaufman, Esq.
1615 Forum Place, Suite 3A
West Palm Beach, Florida 33401-2316

Florida Department of Revenue
Bankruptcy Unit
Post Office Box 6668
Tallahassee FL 32314-6668

Fluidigm
7000 Shoreline Court
Suite 100
South San Francisco, CA 94080-7603

Fristam Pumps USA
2410 Parview Road
Middleton, WI 53562-2521

GE  Global Operations
c/o Maureen Carter
13391 McGregor Blvd
Fort Myers, FL 33919-5944

Gibraltar Industries, Inc.
c/o Aaron A. Wernick, Esq.
Furr Cohen, PA
2255 Glades Road, Suite 301E
Boca Raton, FL 33431-7383

Gibraltar Industries, Inc.
c/o Phillips Lytle LLP
Attn: Angela Z. Miller, Esq.
One Canalside, 125 Main Street
Buffalo, NY  14203

Gilbraltar Industries
3556 Lake Shore Road
Buffalo, NY 14219-1485

Global Tranz Enterprises
Quarles & Brady LLP
101 East Kennedy Blvd.
Suite 3400
Tampa, FL 33602-5195

GlobalTranz Enterprises, Inc.
c/o Jordan D. Maglich, Esq.
Quarles & Brady LLP
101 East Kennedy Blvd., Suite 3400
Tampa, FL 33602-5195

Harris Tea Company
344 New Albany Road
Moorestown, NJ 08057-1190

Infineon
30805 Santana Street
Hayward, CA 94544-7030

Integrated Supply Network
2727 Interstate Drive
Lakeland, FL 33805-2304

Internal Revenue Service
Post Office Box 7346
Philadelphia PA 19101-7346

JL French
3101 S. Taylor Drive
Sheboygan, WI 53081-9401

Jensen Tools/Test Equity
7815 S. 46th Street
Phoenix, AZ 85044-5399

KTM Motorcycles
30100 Technology Drive
Murrieta, CA 92563-2542


KTM North America Inc
c/o Justin D Kreindel Esq
Wilson Elser Moskowitz Edelman & Dicker
111 N Orange Ave Ste 1200
Orlando FL 32801-2361

Laticrete International
1 Laticrete Park North
Bethany, CT 06524-3498

Latricrete International, Inc.
c/o Murtha Cullina LLP
177 Broad Street, 16th Floor
Stamford, CT 06901-2048


Lawrence M. Kosto, Esq.
Kosto & Rotella, P.A.
PO Box 113
Orlando FL 32802-0113

Leanne McKnight Prendergast
Fisher Broyles, LLP
12620 Beach Boulevard
Suite 3, #126
Jacksonville, FL 32246-7130

Life Technologies
5791 Van Allen Way
Carlsbad, CA 92008-7321


Lorges Holding Corp
Tatiana Belim
64 Northwoods Lane
Doylestown, PA 18901-2938

MAPSYS, Inc.
Greg Bussey
920 Michigan Ave
Columbus, OH 43215-1165

MSC Direct
75 Maxess Road
Melville, NY 11747-3151


McLauglin Body Company
2430 River Drive
Moline, IL 61265-1500

Motorola
2100 East Elliot
Tempe, AZ 85284-1806

Natural Gas Solutions
16240 Port Northwest
Houston, TX 77041-2668


Nemak USA, Inc.
2 Towne Square #300
Southfield, MI 48076-3761

Neogen
620 Lesher Place
Lansing, MI 48912-1595

Neogen Corporation
c/o Aaron A. Wernick, Esq.
Furr Cohen PA
2255 Glades Rd., Ste 301E
Boca Raton, FL 33431-7383


New Penn Motor Express, LLC
c/o Frantz Ward LLP, attn: John Kostelni
200 Public Square, Suite 3000
Cleveland, OH 44114-2381

NuVasive, Inc.
Bradley Arant Boult Cummings LLP
100 N. Tampa Street, Suite 2200
Tampa, FL 33602-5809

NuVasive, Inc.
c/o Edwin G. Rice
Bradley Arant Boult Cummings LLP
100 N Tampa Street, Suite 2200
Tampa, FL 33602-5809


NuVasive, Inc.
c/o Edwin Rice
Bradley Arant Boult Cummings
100 N. Tampa St.., Ste 2200
Tampa, FL 33602-5809

OLMO
Rua Restinga
Sao Paulo 03065
BRAZIL

Oral-B Laboratories
8700 Mason Montgomery Road
Mason, OH 45040-9760


Pitney Bowes
37 Executive Drive
Danbury, CT 06810-4148

Pitney Bowes Global Financial Services L
PITNEY BOWES INC
SHELTON, CT 06484

R Scott Shuker
Latham Shuker Eden & Beaudine LLP
Post Office Box 3353
Orlando, FL 32802-3353


RM Acquisition LLC
d/b/a Rand McNally
9855 Woods Drive
Skokie, IL 60077-1127

Regal Beloit Corp (RBC)
6450 W. Hanna Avenue
Indianapolis, IN 46241-6414

Resource Logistics Group, Inc.
5944 Coral Ridge Drive, #261
Coral Springs, FL 33076-3300

Resource Logistics Group, Inc.
c/o Kenneth G.M. Mather, Esq.
Gunster, Yoakley & Stewart, P.A.
401 E. Jackson St, Ste 2500
Tampa, FL 33602-5226

Rexnord
4701 W. Greenfield Avenue
Milwaukee, WI 53214-5300

Rexnord Corporation
c/o Jordan D. Maglich, Esq.
Quarles & Brady LLP
101 East Kennedy Blvd., Suite 3400
Tampa, FL 33602-5195

Rexnord Industries, LLC
c/o Jordan D. Maglich, Esq.
Quarles & Brady LLP
101 East Kennedy Blvd., Suite 3400
Tampa, FL 33602-5195

Riverside Group
225 North Michigan Avenue
Chicago, IL 60601-7757

Root Executive Park
275 Clyde Morris Blvd.
Ormond Beach, FL 32174-5977

SCM Metal Products
2601 Weck Drive
Durham, NC 27709

Schneider Logistics, Inc.
Aaron McCollough
McGuireWoods LLP
77 W. Wacker Dr., Ste. 4100
Chicago, IL 60601-1818

Schneider National, Inc.
Aaron McCollough
McGuireWoods LLP
77 W. Wacker Dr., Ste. 4100
Chicago, IL 60601-1818

Sheboygan Paint
608 Canal Street
Cedartown, GA 30125-6334

Siemens Gamesa Energy
3500 Quadrangle Boulevard
Orlando, FL 32817-8326

Sparton
5612 Johnson Lake Road
De Leon Springs, FL 32130-3657

Stanley
1000 Stanley Drive
Concord, NC 28027-7679

Stanley Black & Decker, Inc.
c/o Colin S. Baker, Esq.
Greenberg Traurig, P.A.
450 South Orange Ave., Suite 650
Orlando, FL 32801-3311

Stanley Black & Decker, Inc.
c/o Greenberg Traurig, P.A.
Danielle S. Kemp, Esq.
101 E. Kennedy Blvd., Suite 1900
Tampa, FL 33602-5148

Stanley Black & Decker, Inc.
c/o Greenberg Traurig, P.A.
Mark D. Bloom, Esq.
333 SE 2nd Avenue
Miami, FL 33131-3238

Stanley Black & Decker, Inc.
c/o I. William Spivey, II, Esq.
GREENBERG TRAURIG, P.A.
450 South Orange Ave., Suite 650
Orlando, FL 32801-3311

Stanley Black and Decker, Inc.
1000 Stanley Drive
New Britain, CT 06053-1675

Steven T. Huntley
Resource Logistics Group, Inc.
5944 Coral Ridge Drive, #261
Coral Springs, FL 33076-3300

Subcom
PO Box 479
Portsmouth, NH 03802-0479

Suez Water Technologies
c/o Glenn Reisman, Esq.
Reisman Law Firm LLC
12 Old Hollow Road
Trumbull, CT 06611-5523

Suez Water Technologies and Solutions
c/o Glenn M. Reisman
12 Old Hollow Road, Ste. B
Trumbull, CT 06611-5523

Suez WaterTech & Solutions
4636 Somerton Road
Feasterville Trevos, PA 19053-6742

Symmetricom
2300 Orchard Parkway
San Jose, CA 95131-1017

Synchrony Financial
170 Election Road
Stamford, CT 06927-0001

TE Connectivity
Attn: Samuel M. Koda, Jr., Esq.
2800 Fulling Mill Road
Middletown, PA 17057-3142

TE Connectivity Corporation
c/o Samuel M. Koda, Jr., Esq.
2800 Fulling Mill Road
Middletown, PA 17057-3142

TE Connectivity Corporation, et al.
c/o James A. Timko, Esq.
Shutts & Bowen LLP
300 S. Orange Ave., #1600
Orlando, FL 32801-3382

Tammy Pease
306 Thackery Rd
Ormond Beach, FL 32174-6028

Test Equity/Jensen Tools
335 Willow Street
N. Andover, MA 01845-5921

Thomas J. Novia
Thomas Novia
IPS WORLDWIDE LLC - Former Employee
164 Forest Trail Drive
Lansdale, PA 19446-6415

Transportation Insight, LLC
c/o Daniel C. Bruton
PO Box 21029
Winston-Salem, NC 27120-1029

Tranzact Technologies, Inc.
c/o Denise D. Dell-Powell, Esq.
Burr & Forman LLP
200 S. Orange Ave., Suite 800
Orlando, FL 32801-6404

True Value Co - Advertising
320 S. Division Street
Harvard, IL 60033-3247

USF Holland, LLC
c/o Frantz Ward LLP, attn: John Kostelni
200 Public Square, Suite 3000
Cleveland, OH 44114-2381

USF Reddaway, LLC
c/o Frantz Ward LLP, attn: John Kostelni
200 Public Square, Suite 3000
Cleveland, OH 44114-2381

UTC Fire and Security
4211 Metro Parkway
Fort Myers, FL 33916-9526

Union Pacific Railroad Company
1400 Douglas St. STOP 1580
Omaha NE 68179-0002

Verogen
11111Flintkote Avenue
San Diego, CA 92121-1203

Volusia County Tax Collector
123 West Indiana Avenue
Room 103
Deland FL 32720-4615

Wabash National
3233 Kossuth Street
Lafayette, IN 47904-3263

Watlow
12001 Lackland Road
Saint Louis, MO 63146-4039

Wayne
3814 Jarrett Way
Austin, TX 78728-1298

Wells Fargo Vendor
Financial Services, LLC
Attn:  Kimberly Park
1010 Thomas Edison Blvd SW
Cedar Rapids IA 52404-8247

Wheatland Tube, LLC
c/o Frank Wolff, Esq.
Frank Martin Wolff, PA
19 E. Central Ave., Third Floor
Orlando, FL 32801-2468

XPO Logistics
c/o Deborah Fletcher
Fisher Broyles, LLP
6000 Fairview Rd, Ste 1200
Charlotte, NC 28210-2252

XPO Logistics, Inc.
c/o Deborah L. Fletcher, Partner
6000 Fairview Road, Suite 1200
Charlotte, North Carolina 28210-2252

XPO Logistics, Inc.
c/o Leanne McKnight Prendergast
12620 Beach Blvd. Suite 3 #126
Jacksonville, Florida 32246-7130

Xerium Technologies
1401 Capital Blvd
Youngsville, NC 27596

Xerium Technologies, Inc.
c/o Holmes P. Harden
Williams Mullen
PO Box 1000
Raleigh, NC  27602
hharden@williamsmullen.com  27602-1000

YRC ENTERPRISE SERVICES, INC.
c/o Gregory R. Farkas
200 Public Square #3000
Cleveland, OH 44114-2381

YRC ENTERPRISE SERVICES, INC.
c/o John F. Kostelnik
200 Public Square #3000
Cleveland, OH 44114-2381

YRC Enterprise Services, Inc.
YRC, Inc. d/b/a YRC Freight
Brian McDowell c/o Holland & Knight LLP
200 S. Orange Avenue, Ste 2600
Orlando, Florida 32801-3461

YRC Enterprise Services, Inc.
YRC, Inc. d/b/a YRC Freight
Robert Davis c/o Holland & Knight LLP
200 S. Orange Avenue, Ste 2600
Orlando, Florida 32801-3461

YRC Freight
10990 Roe Avenue
Overland Park, KS 66211-1213

YRC INC., d/b/a YRC FREIGHT
c/o Gregory R. Farkas
200 Public Square #3000
Cleveland, OH 44114-2381

YRC INC., d/b/a YRC FREIGHT
c/o John F. Kostelnik
200 Public Square #3000
Cleveland, OH 44114-2381

Zekelman Industries
c/o Frank Martin Wolff, Esq.
Frank Martin Wolff, P.A.
19 E. Central Blvd., Third Floor
Orlando, FL 32801-2468

Zekelman Industries, Inc.
Attn: Angela Miu
227 W. Monroe St. Ste. 2600
Chicago, IL 60606-5082

c/o Ullman & Ullman, P.A.
Michael W. Ullman
Jared A. Ullman
7700 W. Camino Real, Suite 401
Boca Raton, FL 33433-5543

Zachary J Bancroft +
Baker, Donelson, Bearman, Caldwell & Ber
Caldwell & Berkowitz, PC
P.O. Box 1549
Orlando, FL 32802-1549

Mark D Bloom +
Greenberg Traurig
333 Avenue of the Americas
Suuite 4400
Miami, FL 33131-2176

Ryan E Davis +
Winderweedle Haines Ward & Woodman P.A.
329 Park Avenue North, Second Floor
Winter Park, FL 32789-7421

Lawrence M Kosto +
Kosto & Rotella, P.A.
619 East Washington Street
Orlando, FL 32801-2969

Brian A McDowell +
Holland & Knight LLP
Post Office Box 1526
Orlando, FL 32802-1526

David R McFarlin +
Fisher Rushmer, PA
390 N Orange Avenue, Suite 2200
Orlando, FL 32801-1642

Bradley M Saxton +
Winderweedle, Haines, Ward & Woodman, PA
329 Park Avenue North, Second Floor
Winter Park, FL 32789-7421

Frank M Wolff +
Frank Martin Wolff, P.A.
19 E. Central Blvd
Orlando, FL 32801-2468

Jordi Guso +
Berger Singerman P.A.
1450 Brickell Avenue, 19th Floor
Miami, FL 33131-3444

Edwin G Rice +
Bradley Arant Boult Cummings LLP
100 North Tampa Street, Suite 2200
Tampa, FL 33602-5809

United States Trustee - ORL +
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801-2210

Mark A Salzberg +
Squire Patton Boggs (US) LLP
2550 M Street, NW
Washington, DC 20037-1350

James J. Webb +
Mitrani, Rynor, Adamsky & Toland, PA
1200 Weston Road, Penthouse
Weston, FL 33326-1987

Kenneth G M Mather +
Gunster, Yoakley & Stewart, P.A.
401 E. Jackson Street, Suite 2500
Tampa, FL 33602-5226

Denise D Dell-Powell +
Dean Mead Egerton Bloodworth Capouano
420 S. Orange Avenue, Suite 700
Orlando, FL 32801-4911

Deborah L Fletcher +
Katten Muchin Rosenman, LLP
401 South Tryon Street
Suite 2600
Charlotte, NC 28202-1934

Alex D Moglia +
Moglia Advisors
1325 Remington Road, Suite H
Schaumburg, IL 60173-4815

Howard S Toland +
Mitrani, Rynor, Adamsky & Toland, PA
1200 Weston Road, Penthouse
Weston, FL 33326-1987

Glenn M Reisman +
Reisman Law Firm LLC
12 Old Hollow Road, Suite B
Trumbull, CT 06611-5523

Michael A. Kaufman +
Michael A. Kaufman PA
1615 Forum Place, Suite 3A
West Palm Beach, FL 33401-2316

Leanne McKnight Prendergast +
FisherBroyles, LLP
12620 Beach Boulevard, Suite 3 #126
Jacksonville, Fl 32246-7130

Traci H Rollins +
Squire Patton Boggs (US) LLP
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401-6161

Holmes P Harden +
Williams Muller
301 Fayetteville Street
Raleigh, NC 27601-1974

Esther A McKean +
Akerman Senterfitt
Post Office Box 231
Orlando, FL 32802-0231

Scott W Spradley +
Law Offices of Scott W Spradley PA
PO Box 1
109 South 5th Street
Flagler Beach, FL 32136-3604

Stephanie C Lieb +
Trenam Law
101 East Kennedy Boulevard, Suite 2700
Tampa, FL 33602-5150

Robert E. Kaelin +
Murtha Cullina LLP
CityPlace I
185 Asylum Street
Hartford, CT 06103-3408

Mark E Steiner +
Liebler, Gonzalez & Portuondo, P.A.
44 W. Flagler Street, 25th Floor
Miami, FL 33130-1808

Danielle S Kemp +
Greenberg Traurig, P.A.
Bank of America Plaza
101 E. Kennedy Blvd., Suite 1900
Tampa, FL 33602-5148

Tiffany Payne Geyer +
Baker & Hostetler LLP
200 S Orange Avenue Suite 2300
Orlando, FL 32801-3432

Aaron A Wernick +
Furr & Cohen, P.A.
2255 Glades Road, Suite 301E
Boca Raton, FL 33431-7383

Rhys P Leonard +
Trenam Kemker
101 East Kennedy Boulevard
Suite 2700
Tampa, FL 33602-5170

Robert W Davis Jr+
Holland & Knight, LLP
200 S. Orange Avenue
Suite 2600
Orlando, FL 32801-3453

Charles R Sterbach +
Office of the United States Trustee
400 W. Washington St., Ste 1100
Orlando, FL 32801-2440

Rafael X. Zahralddin-aravena +
Elliott Greenleaf
1105 N Market Street, Ste 1700
Wilmington, DE 19801-1228

James A Timko +
Shutts & Bowen, LLP
300 S Orange Avenue, Suite 1600
Orlando, FL 32801-3382

Andrew V Layden +
Baker & Hostetler LLP
Suntrust Center - Suite 2300
200 S. Orange Avenue
Orlando, FL 32801-3432

Jonathan Sykes +
Burr & Forman LLP
200 S. Orange Avenue,
Suite 800
Orlando, FL 32801-6404

Maria M Yip +
2 S. Biscayne Blvd, Suite 2690
Miami, FL 33131-1815

Courtney A McCormick +
McGuireWoods LLP
50 North Laura St, Suite 3300
Jacksonville, FL 32202-3661

Jared A Ullman +
Ullman & Ullman, P.A.
150 East Palmetto Park Road, Suite 700
Boca Raton, FL 33432-4829

Daniel A Velasquez +
Latham Shuker Eden Beaudine LLP
Post Office Box 3353
111 N. Magnolia Avenue, Suite 1400
Orlando, FL 32802-2367

Audrey M Aleskovsky +
Office of the United States Trustee
George C. Young Federal Building
400 West Washington St, Suite 1100
Orlando, FL 32801-2210

Elliot M Smith +
Squire Patton Boggs (US) LLP
4900 Key Tower
127 Public Square
Cleveland, OH 44114-1217

Gregory R. Farkas +
Frantz Ward LLP
200 Public Square
Suite 3000
Cleveland, OH 44114-2381

John F. Kostelnik +
Frantz Ward LLP
200 Public Square
Suite 3000
Cleveland, OH 44114-2381

George W. Fitting +
McGuireWoods, LLP
Tower Two-Sixty
260 Forbes , Suite 1800
Pittsburgh, PA 15222-1892

Jason R Alderson +
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178-0060

Justin D Kreindel +
Wilson Elser Moskowitz Edelman & Dicker
111 North Orange Avenue, Suite 1200
Orlando, FL 32801-2361

Samuel M Koda Jr.+
TE Connectivity Corporation
2800 Fulling Mill Road
Middletown, PA 17057-3142

Jordan D Maglich +
Quarles & Brady LLP
101 East Kennedy Boulevard, Suite 3400
, FL 33602-5195

Taruna Garg +
Murtha Cullina LLP
177 Broad Street
Stamford, CT 06901-2048

Larry A Levick +
Singer & Levick, P.C.
16200 Addison Road, Suite 140
Addison, TX 75001-5377

Kevin G Schneider +
Neal, Gerber & Eisenberg, LLP
Two North LaSalle Street, Suite 1700
Chicago, IL 60602-4000

Mark A Berkoff +
Neal, Gerber & Eisenberg LLP
Two North LaSalle Street, Suite 1700
Chicago, IL 60602-4000

Note: Entries with a '+' at the end of the
name have an email address on file in CMECF

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)ArcelorMittal USA LLC

(u)Arconic Inc.

(u)Conduent, Inc.

(u)Exfreight Zeta, LLC

(u)Karen S. Jennemann
Orlando

(u)KTM North America, Inc.

(u)Robert P Major
Ver Ploeg & Marino, PA

(u)Neogen Corporation

(u)Resource Logistics Group, Inc.

(u)Stanley Black & Decker, Inc.

(u)Xerium Technologies, Inc.

(d)AREP Eight Tower Bridge LLC
c/o Zachary J. Bancroft, Esq.
Baker Donelson, et al.
200 S. Orange Ave., Ste. 2900
Orlando, FL 32801-3448

(d)Aclara Meters LLC
c/o James A. Timko, Esq.
Shutts & Bowen LLP
300 S. Orange Ave., #1600
Orlando, FL 32801-3382

(d)Arcelor Mittal
250 W US Highway 12
Burns Harbor, IN 46304-9727

(d)Bio-Rad Laboratories
1000 Alfred Nobel Drive
Hercules, CA 94547-1898

(d)Bossard,Inc.
909 W. Pinnacle Peak Road
Phoenix, AZ 85027-1419

(d)Elo Touch Solutions
670 N McCarthy Blvd.
Ste. 100
Milpitas, CA 95035-5119

(u)FPL,4200 W. Flagler St., Miami, FL 33134

(d)Gilbraltar Industries
3556 Lake Shore Road
Buffalo, NY 14219-1485

(d)Integrated Supply Network
2727 Interstate Drive
Lakeland, FL 33805-2304

(d)KTM Motorcycles
30100 Technology Drive
Murrieta, CA 92563-2542

(du)KTM North America, Inc.

(d)Laticrete International, Inc.
c/o Lawrence M. Kosto, Esquire
P.O. Box 113
Orlando, FL 32802-0113

(d)Stanley
1000 Stanley Drive
Concord, NC 28027-7679

(d)Suez WaterTech & Solutions
4636 Somerton Road
Feasterville Trevos, PA 19053-6742

(d)True Value Company, LLC
8600 W. Byn Mawr Ave.
Chicago  IL 60631-3505

(d)Wayne
3814 Jarrett Way
Austin, TX 78728-1298

(d)Xerium Technologies
1401 Capital Blvd
Youngsville, NC 27596

(d)YRC Freight
10990 Roe Avenue
Overland Park, KS 66211-1213

(d)R Scott Shuker +
Latham Shuker Eden & Beaudine LLP
Post Office Box 3353
Orlando, FL 32802-3353

(d)Alex D Moglia +
Moglia Advisors
1325 Remington Road, Suite H
Schaumburg, IL 60173-4815

(d)Maria M Yip +
2 S. Biscayne Blvd, Suite 2690
Miami, FL 33131-1815

End of Label Matrix
Mailable recipients    235
Bypassed recipients     32
Total                  267

**EXHIBIT A**

# LATHAM, SHUKER, EDEN & BEAUDINE, LLP
### ATTORNEYS AT LAW

MICHAEL J. BEAUDINE
MICHAEL G. CANDIOTTI
JAN ALBANESE CARPENTER
DANIEL H. COULTOFF
ANDREW C. D'ADESKY
MARIANE L. DORRIS
JENNIFER S. EDEN
DOROTHY F. GREEN
JOSHUA D. GROSSHANS
KATHRYN A. HUYNH

111 NORTH MAGNOLIA AVENUE, SUITE 1400
ORLANDO, FLORIDA 32801
POST OFFICE BOX 3353
ORLANDO, FLORIDA 32802
TELEPHONE: (407) 481-5800
FACSIMILE: (407) 481-5801
WWW.LSEBLAW.COM

BRUCE D. KNAPP
PETER G. LATHAM
*JUSTIN M. LUNA
PATRICIA R. MCCONNELL
LORI T. MILVAIN
*R. SCOTT SHUKER
JONATHAN A. STIMLER
KRISTEN E. TRUCCO
CHRISTINA Y. TAYLOR
DANIEL A. VELASQUEZ

DIRECT DIAL: 407-481-5808
EMAIL: RSHUKER@LSEBLAW.COM

* BOARD CERTIFIED
  BUSINESS BANKRUPTCY ATTORNEY

August 22, 2019

Alex D. Moglia, as Trustee of IPS Worldwide, LLC
Moglia Advisors
1325 Remington Road, Suite H
Schaumburg, IL 60173

Re:   **Notice to Client Concerning Legal Representation
      of Alex D. Moglia, as Trustee of IPS Worldwide, LLC**

Dear Mr. Moglia:

This is to advise you that I am voluntarily withdrawing from Latham, Shuker, Eden & Beaudine, LLP ("LSEB") effective September 3, 2019. I am starting my own practice of Shuker & Dorris, P.A. Under the Rules Regulating the Florida Bar, it is up to you, as the client, to decide how the legal matter which I have been primarily responsible for overseeing or assisting you will be handled in the future.

You have the option of transferring your files to Shuker & Dorris, staying at LSEB with a new lead counsel, or transferring the files to another attorney or law firm.

Should you elect to transfer files to Shuker & Dorris, I will continue to be responsible for the handling and oversight of your matter. Details relating to contact information at the new firm are below:

Shuker & Dorris, P.A.
The Plaza
120 S. Orange Avenue, Suite 1120 N
Orlando, FL 32801

This letter shall not impact the Client's responsibility for any fees and costs owed to the Firm. To the extent the Firm is holding a retainer (and if applicable, to the extent allowed by an applicable Court or Court rule), the Firm will apply all fees and costs owed through August 30, 2019. Any retainer remaining after application of the aforementioned fees and costs will be transferred to your designated law firm.

Please indicate below your wishes in this regard and return your selection to me. In the meantime, I ask that you not hesitate to contact me if you should have any questions regarding this transition.

Very truly yours,

R. Scott Shuker, Esq.

RSS/vb

_____ ✓ _____    I wish to continue being represented by Mr. Shuker. Please transfer to him, at either of the above stated addresses for Shuker & Dorris, P.A., all records, files and property in the possession of LSEB as quickly as possible.

_____    I wish to continue being represented by LSEB. Please have a firm representative contact me to discuss continuity of representation.

_____    Will retain new counsel and have them contact LSEB:

Dated: _8/23/19_, 2019    _____
                          Client Representative

*OUR VERY BEST TO YOU AND YOUR NEW FIRM, SCOTT, WE LOOK FORWARD TO MANY YEARS OF A GREAT RELATIONSHIP.*

**EXHIBIT B**

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

In re:

Case No.: **6:19-bk-00511-KSJ**

**IPS WORLDWIDE, LLC**                                    Chapter 11

    **Debtor.**
_____/

**ORDER GRANTING CHAPTER 11 TRUSTEE'S**
**MOTION FOR SUBSTITUTION OF COUNSEL**

    **THIS CASE** came on for consideration upon the motion of **ALEX MOGLIA**, the Chapter

11 Trustee appointed in the above-referenced case ("Trustee"), to  substitute counsel of record in

this case (the "Motion") (Doc. No. _____), filed with the Court on September 6,  2019. Upon

review of the Motion, and the Court being duly advised in the premises, it is

    **ORDERED:**

    1.    The Motion is **GRANTED.**

    2.    R. Scott Shuker, Esquire, of the law firm SHUKER & DORRIS, P.A., is substituted

as counsel for R. Scott Shuker, Esquire, and Daniel A. Velasquez, Esquire, of the law firm of

Latham, Shuker, Eden & Beaudine, LLP, as to the Trustee, Alex G Moglia, and it is directed that all future pleadings and correspondence regarding the above-captioned case be directed to R. Scott Shuker, Esq., of the law firm of Shuker & Dorris, P.A., 121 S. Orange Avenue, Suite 1120, Orlando, Florida 32801.

    **3.**    Shuker & Dorris shall file an application to be employed and the required statements under FRBP 2014 and 2016.

    **4.**    Daniel A. Velasquez, Esq., and the law firm of Latham, Shuker, Eden & Beaudine, LLP, are relieved of all further responsibility for appearance in this matter.

###

Attorney Shuker is directed to serve a copy of this Order upon all interested parties and file a certificate of service within 3 days after its entry.