[jiffyord] [Bench Order +]

ORDERED.

Dated: October 02, 2019

_____
Karen S. Jennemann
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:                                                                                  Case No. 6:19−bk−00511−KSJ
                                                                                        Chapter 11
IPS Worldwide, LLC

_____Debtor*_____/

**ORDER DENYING AS MOOT MOTION TO EXTEND TIME**

   THIS CASE came on for hearing on October 2, 2019 , for consideration of the **Motion to Extend Time** (Doc. **527** ), filed by **Trustee Alex Moglia** .

   For the reasons stated orally and recorded in open court, the Motion to Extend Time is Denied as Moot .

   The Court in its discretion may file written findings of facts and conclusions of law at a later date.

   Service Instructions:

   Attorney Alex Moglia is directed to serve a copy of this order on interested non−CM/ECF users and file a proof of service within three (3) days of entry of the order.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.