**[jiffyord]** [Order Vacating Order +]

ORDERED.

Dated: **November 05, 2019**

_Karen S. Jennemann_
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:  Case No. 6:19−bk−00511−KSJ
 Chapter 11
IPS Worldwide, LLC

_____Debtor*_____/

**ORDER VACATING ORDER CONDITIONALLY APPROVING DISCLOSURE STATEMENT,
SCHEDULING CONFIRMATION HEARING AND FIXING DEADLINES**

   THIS CASE came before the Court on its own Motion.  On November 04, 2019 , the Court entered an Order Conditionally Approving Disclosure Statement, Scheduling Confirmation Hearing and Fixing Deadlines (Doc. 569 ) (the "Order"). The Order was entered in error. Accordingly, it is

   **ORDERED** that the Order (Doc.569) is **VACATED**.

### 

The Clerk's Office is directed to serve a copy of this order on all interested parties

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.