# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION
www.flmb.uscourts.gov

**In re**  CASE NO. 6:19-bk-00511-KSJ

**IPS WORLDWIDE, LLC**  CHAPTER 11

             Debtor.

                         /  HEARING ON CONFIRMATION SCHEDULED FOR FEBRUARY 3, 2020 AT 2:00 P.M.

## BALLOT TABULATION

**Debtor:** IPS Worldwide, LLC

**Prepared by:** R. Scott Shuker, Esq., Attorney for Alex D. Moglia, Chapter 11 Trustee and Plan Proponent

**Filed with respect to:** Amended Plan of Liquidation (Doc No. 589)

| SUMMARY OF VOTE BY CLASS OF CLAIMS AND INTERESTS |||||||||
|---|---|---|---|---|---|---|---|---|
| | | I/U | Total Voting || Acceptances || Percentages || Requisite Vote |
| Class | Description or Name of Creditor | | No. | Amount | No. | Amount | No. | Amount | |
| 1 | Priority Wage, Vacation and Benefit Claims | U | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| 2 | Priority Tax Claims | U | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| 3 | General Unsecured Claims | I | 9 | $64,087,646.66 | 9 | $64,087,646.66 | 100% | 100% | Yes |
| 4 | Equity Interests | I | 0 | N/A | 0 | N/A | 0% | 0% | No |

The exact vote, by creditor, for the Unsecured Classes of Claims in Class 3 is attached to this Tabulation as **Exhibit A**.

**DATED** this 29th day of January 2020.

/s/ R. Scott Shuker
R. Scott Shuker
Florida Bar No. 984469
rshuker@shukerdorris.com
**SHUKER & DORRIS, P.A.**
121 S. Orange Ave., Ste. 1120
Orlando, Florida 32801
Tel: 407-337-2060
Fax: 407-337-2050
*Attorneys for Chapter 11 Trustee*

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION
# www.flmb.uscourts.gov

**In re**  CASE NO. 6:19-bk-00511-KSJ

**IPS WORLDWIDE, LLC**  CHAPTER 11

Debtor.
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the **BALLOT TABULATION**, together with any exhibits has been furnished electronically via the Court's CM/ECF system to those parties requesting such notice and/or U.S. first-class mail, postage prepaid, to: all parties who have requested notice in this case, including: Chapter 11 Trustee, Alex D. Moglia, Moglia Advisors, 1325 Remington Road, Suite H, Schaumburg, IL 60173; ExFreight Zeta, LLC, c/o Michael A. Kaufman, Esq., 1615 Forum Place, Suite 3A, West Palm Beach, FL 33401, michael@mkaufmanpa.com; Debtor, c/o Scott W. Spradley, Esq., Law Offices of Scott W. Spradley, P.A., 109 S. 5th Street, Flagler Beach, Florida 32136; Maria Yip, Examiner, c/o Tiffany Paynee Geyer, Esq., tpaynegeyer@bakerlaw.com, Baker Hostetler LLP, 200 S. Orange Avenue, Suite 2300, Orlando, Florida 32801; Counsel for Creditors Committee, Rafael X. Zahralddin-Aravena, Esq., Elliott Greenleaf, P.C., 1105 N Market Street, Suite 1700, Wilmington, DE 19801, rxza@elliotgreenleaf.com; Eric M. Sutty, Elliot Greenleaf, P.C., 1105 N. Market Street, Suite 1700, Wilmington, DE 19801, ems@elliotgreenleaf.com; Bradley M. Saxton, Esq. and Ryan E. Davis, Esq., Winderweedle, Haines, Ward & Woodman, PA, 329 Park Avenue North, 2nd Floor, Winter Park, FL 32789, bsaxton@whww.com; rdavis@whww.com; Audrey M. Aleskovsky and Charles R. Sterbach, Office of the United States Trustee, 400 W. Washington Street, Suite 1100, Orlando, Florida 32801, audrey.m.aleskovsky@usdoj.gov; Charles.r.sterbach@usdoj.gov;; and to the LBR 1007-2 parties-in-interest matrix, as shown on the matrix attached to the original response filed with the Court, on this 29th day of January 2020.

Dated this 29th day of January 2020.

/s/ R. Scott Shuker
R. Scott Shuker, Esquire

IPS WORLDWIDE, LLC
CASE NO. 6:19-bk-00511-KSJ

EXHIBIT A - BALLOT TABULATION

| CLASS | CREDITOR | VOTE | CLAIM AMOUNT | |
|---|---|---|---|---|
| 1 | Priority Wage, Vacation and Benefit Claims | N/A | $17,811.56 | Unimpaired |

| CLASS | CREDITOR | VOTE | CLAIM AMOUNT | |
|---|---|---|---|---|
| 2 | Priority Tax Claims | N/A | $1,388.00 | Unimpaired |

| CLASS | CREDITOR | ACCEPTS | CLAIM AMOUNT | REJECTS | CLAIM AMOUNT | COMMENTS |
|---|---|---|---|---|---|---|
| 3 | **GENERAL UNSECURED CLAIMS -** All Impaired | | | | | |
| 3 | Wheatland Tube LLC | X | $628,402.18 | | | |
| 3 | Integrated Supply Network | X | $548,228.00 | | | |
| 3 | Integrated Supply Network | X | $162,000.00 | | | |

EXHIBIT "A"

| CLASS | CREDITOR | ACCEPTS | CLAIM AMOUNT | REJECTS | CLAIM AMOUNT | COMMENTS |
|---|---|---|---|---|---|---|
| 3 | American Express Travel Related Svcs Co, Inc | X | $1,461.07 | | | |
| 3 | American Express Travel Related Svcs Co, Inc | X | $2,149.51 | | | |
| 3 | Laticrete International, Inc | X | $1,316,622.00 | | | |
| 3 | Stanley Black & Decker, Inc | X | $61,428,783.90 | | | |
| | TOTAL | 9 | $64,087,646.66 | 0 | $0.00 | |

```
Label Matrix for local noticing          Mark E Freedlander                        IPS Worldwide, LLC
113A-6                                   McGuireWoods LLP                          265 Clyde Morris Blvd, Ste 100
Case 6:19-bk-00511-KSJ                   Tower 260                                 Ormond Beach, FL 32174-8137
Middle District of Florida               260 Forbes Avenue
Orlando                                  Pittsburgh, PA 15222-1853
Wed Jan 29 09:20:14 EST 2020

Jonathan S Quinn                         Eric M Sutty                              Craig A. Wolfe
Neal, Gerber & Eisenberg, LLP            Elliott Greenleaf, P.C.                   Morgan, Lewis & Bockius LLP
Two North LaSalle Street, Suite 1700     1105 N. Market Street, Suite 1700         101 Park Avenue
Chicago, IL 60602-4000                   Wilmington, DE 19801-1228                 New York, NY 10178-0060


AREP Eight Tower Bridge LLC              Aclara Meters LLC                         Advanced Business Capital
c/o Zachary J. Bancroft, Esq.            c/o James A. Timko, Esq.                  d/b/a Triumph Business
Baker Donelson, et al.                   Shutts & Bowen LLP                        c/o Ullman & Ullman, P.A.
200 S. Orange Ave., Ste. 2900            300 S. Orange Ave., #1600                 7700 W. Camino Real, Ste 401
Orlando, FL 32801-3448                   Orlando, FL 32801-3382                    Boca Raton, FL 33433-5543


Alcoa Corporation                        Alex D. Moglia, Chapter 11 Trustee        Arcelor Mittal
201 Isabella St. Ste. 500                Moglia Advisors                           250 W US HIghway 12
Pittsburgh, PA 15212-5858                1325 Remington Road, Suite H              Burns Harbor, IN 46304-9727
                                         Schaumburg, IL 60173-4815


Arconic, Inc.                            Atkore International                      Atkore International, Inc.
Arconic Corporate Center                 16100 S Lathrop Avenue                    c/o Jordi Guso, Esq.
201 Isabella St.                         Harvey, IL 60426-6021                     Berger Singerman LLP
Pittsburgh, PA 15212-5858                                                          1450 Brickell Avenue, Suite 1900
Attn: Melanie Smith, Legal Dept.                                                   Miami, FL 33131-5319


Bio-Rad Laboratories                     Bossard, Inc.                             Bossard,Inc.
1000 Alfred Nobel Drive                  Stephanie C. Lieb, Esq.                   909 W. Pinnacle Peak Road
Hercules, CA 94547-1898                  101 East Kennedy Boulevard, Suite 2700    Phoenix, AZ 85027-1419
                                         Tampa, Florida 33602-5150


Colgate Palmolive Company                Conduent Business Services, LLC           Conduent Business Services, LLC
c/o Stephanie Lieb                       KELLEY KRONENBERG ATTORNEYS AT LAW        c/o KELLEY KRONENBERG ATTORNEYS AT LAW
101 E. Kenneday Boulevard                c/o Dennis LeVine, Esquire                1511 N. Westshore Blvd., Suite 400
Suite 2700                               1511 N. Westshore Blvd., Suite 400        Tampa, FL 33607-4596
Tampa, FL 33602-5150                     Tampa, FL 33607-4596


Conduent, Inc., fka Xerox Business Services,  Delgado & Romanik, PLLC              Elo Touch Solutions
fka Affiliated Computer Services, Inc.   c/o Jonathan M. Sykes, Esquire            670 N McCarthy Blvd
c/o Larry A. Levick, Singer & Levick PC  200 S Orange Avenue, Suite 800            Ste. 100
16200 Addison Road, Suite 140            Orlando, FL 32801-6404                    Milpitas, CA 95035-5119
Addison, TX 75001-5377


Exfreight Zetz, LLC                      Gibraltar Industries, Inc.                Gilbraltar Industries
c/o Michael A. Kaufman, Esq.             c/o Aaron A. Wernick, Esq.                3556 Lake Shore Road
1615 Forum Place, Suite 3A               Furr Cohen, PA                            Buffalo, NY 14219-1485
West Palm Beach, Florida 33401-2316      2255 Glades Road, Suite 301E
                                         Boca Raton, FL 33431-7383


GlobalTranz Enterprises, Inc.            Infineon                                  Integrated Supply Network
c/o Jordan D. Maglich, Esq.              30805 Santana Street                      2727 Interstate Drive
Quarles & Brady LLP                      Hayward, CA 94544-7030                    Lakeland, FL 33805-2304
101 East Kennedy Blvd., Suite 3400
Tampa, FL 33602-5195
```

| | | |
|---|---|---|
| JL French<br>3101 S. Taylor Drive<br>Sheboygan, WI 53081-9401 | KTM Motorcycles<br>30100 Technology Drive<br>Murrieta, CA 92563-2542 | KTM North America Inc<br>c/o Justin D Kreindel Esq<br>Wilson Elser Moskowitz Edelman & Dicker<br>111 N Orange Ave Ste 1200<br>Orlando FL 32801-2361 |
| Lawrence M. Kosto, Esq.<br>Kosto & Rotella, P.A.<br>PO Box 113<br>Orlando FL 32802-0113 | Life Technologies<br>5791 Van Allen Way<br>Carlsbad, CA 92008-7321 | Neogen Corporation<br>c/o Aaron A. Wernick, Esq.<br>Furr Cohen PA<br>2255 Glades Rd., Ste 301E<br>Boca Raton, FL 33431-7383 |
| NuVasive, Inc.<br>Bradley Arant Boult Cummings LLP<br>100 N. Tampa Street, Suite 2200<br>Tampa, FL 33602-5809 | NuVasive, Inc.<br>c/o Edwin G. Rice<br>Bradley Arant Boult Cummings LLP<br>100 N Tampa Street, Suite 2200<br>Tampa, FL 33602-5809 | Office of Unemployment Compensation Tax Serv<br>Department of Labor and Industry<br>651 Boas Street, Room 925<br>Harrisburg, PA 17121-0751 |
| R Scott Shuker<br>Latham Shuker Eden & Beaudine LLP<br>Post Office Box 3353<br>Orlando, FL 32802-3353 | Resource Logistics Group, Inc.<br>c/o Kenneth G.M. Mather, Esq.<br>Gunster, Yoakley & Stewart, P.A.<br>401 E. Jackson St, Ste 2500<br>Tampa, FL 33602-5226 | Rexnord<br>4701 W. Greenfield Avenue<br>Milwaukee, WI 53214-5300 |
| Rexnord Industries, LLC<br>c/o Jordan D. Maglich, Esq.<br>Quarles & Brady LLP<br>101 East Kennedy Blvd., Suite 3400<br>Tampa, FL 33602-5195 | Stanley<br>1000 Stanley Drive<br>Concord, NC 28027-7679 | Stanley Black & Decker, Inc.<br>c/o Colin S. Baker, Esq.<br>Greenberg Traurig, P.A.<br>450 South Orange Ave., Suite 650<br>Orlando, FL 32801-3311 |
| Stanley Black & Decker, Inc.<br>c/o Greenberg Traurig, P.A.<br>Danielle S. Kemp, Esq.<br>101 E. Kennedy Blvd., Suite 1900<br>Tampa, FL 33602-5148 | Stanley Black & Decker, Inc.<br>c/o Greenberg Traurig, P.A.<br>Mark D. Bloom, Esq.<br>333 SE 2nd Avenue<br>Miami, FL 33131-3238 | Stanley Black & Decker, Inc.<br>c/o I. William Spivey, II, Esq.<br>GREENBERG TRAURIG, P.A.<br>450 South Orange Ave., Suite 650<br>Orlando, FL 32801-3311 |
| Suez Water Technologies<br>c/o Glenn Reisman, Esq.<br>Reisman Law Firm LLC<br>12 Old Hollow Road<br>Trumbull, CT 06611-5523 | Suez Water Technologies and Solutions<br>c/o Glenn M. Reisman<br>12 Old Hollow Road, Ste. B<br>Trumbull, CT 06611-5523 | Suez WaterTech & Solutions<br>4636 Somerton Road<br>Feasterville Trevos, PA 19053-6742 |
| TE Connectivity<br>Attn: Samuel M. Koda, Jr., Esq.<br>2800 Fulling Mill Road<br>Middletown, PA 17057-3142 | TE Connectivity Corporation<br>c/o Samuel M. Koda, Jr., Esq.<br>2800 Fulling Mill Road<br>Middletown, PA 17057-3142 | TE Connectivity Corporation, et al.<br>c/o James A. Timko, Esq.<br>Shutts & Bowen LLP<br>300 S. Orange Ave., #1600<br>Orlando, FL 32801-3382 |
| Tranzact Technologies, Inc.<br>c/o Denise D. Dell-Powell, Esq.<br>Burr & Forman LLP<br>200 S. Orange Ave., Suite 800<br>Orlando, FL 32801-6404 | True Value Company, LLC<br>8600 W. Byn Mawr Ave.<br>Chicago IL 60631-3505 | Union Pacific Railroad Company<br>1400 Douglas St. STOP 1580<br>Omaha NE 68179-0002 |
| Watlow<br>12001 Lackland Road<br>Saint Louis, MO 63146-4039 | Wayne<br>3814 Jarrett Way<br>Austin, TX 78728-1298 | William G. Davies<br>c/o Jason W. Johnson<br>PO Box 2809<br>Orlando, FL 32802-2809 |

XPO Logistics, Inc.
c/o Deborah L. Fletcher, Partner
6000 Fairview Road, Suite 1200
Charlotte, North Carolina 28210-2252

XPO Logistics, Inc.
c/o Leanne McKnight Prendergast
12620 Beach Blvd. Suite 3 #126
Jacksonville, Florida 32246-7130

Xerium Technologies
1401 Capital Blvd
Youngsville, NC 27596

Xerium Technologies, Inc.
c/o Holmes P. Harden
Williams Mullen
PO Box 1000
Raleigh, NC  27602
hharden@williamsmullen.com  27602-1000

YRC ENTERPRISE SERVICES, INC.
c/o Gregory R. Farkas
200 Public Square #3000
Cleveland, OH 44114-2381

YRC Enterprise Services, Inc.
YRC, Inc. d/b/a YRC Freight
Brian McDowell c/o Holland & Knight LLP
200 S. Orange Avenue, Ste 2600
Orlando, Florida 32801-3461

YRC Enterprise Services, Inc.
YRC, Inc. d/b/a YRC Freight
Robert Davis c/o Holland & Knight LLP
200 S. Orange Avenue, Ste 2600
Orlando, Florida 32801-3461

YRC Freight
10990 Roe Avenue
Overland Park, KS 66211-1213

Zekelman Industries
c/o Frank Martin Wolff, Esq.
Frank Martin Wolff, P.A.
19 E. Central Blvd., Third Floor
Orlando, FL 32801-2468

Zekelman Industries, Inc.
Attn: Angela Miu
227 W. Monroe St. Ste. 2600
Chicago, IL 60606-5082

c/o Ullman & Ullman, P.A.
Michael W. Ullman
Jared A. Ullman
7700 W. Camino Real, Suite 401
Boca Raton, FL 33433-5543

Zachary J Bancroft +
Baker, Donelson, Bearman, Caldwell & Ber
Caldwell & Berkowitz, PC
P.O. Box 1549
Orlando, FL 32802-1549

Paul J Battista +
Genovese Joblove & Battista PA
100 Southeast 2nd Street
44th Floor
Miami, FL 33131-2100

Mark D Bloom +
Greenberg Traurig
333 Avenue of the Americas
Suuite 4400
Miami, FL 33131-2176

Ryan E Davis +
Winderweedle Haines Ward & Woodman P.A.
329 Park Avenue North, Second Floor
Winter Park, FL 32789-7421

Jason Ward Johnson +
Lowndes, Drosdick, Doster, Kantor & Reed
Post Office Box 2809
Orlando, FL 32802-2809

Lawrence M Kosto +
Kosto & Rotella, P.A.
619 East Washington Street
Orlando, FL 32801-2969

Brian A McDowell +
Holland & Knight LLP
Post Office Box 1526
Orlando, FL 32802-1526

David R McFarlin +
Fisher Rushmer, PA
390 N Orange Avenue, Suite 2200
Orlando, FL 32801-1642

Bradley M Saxton +
Winderweedle, Haines, Ward & Woodman, PA
329 Park Avenue North, Second Floor
Winter Park, FL 32789-7421

R Scott Shuker +
Shuker & Dorris, P.A.
121 South Orange Avenue
Orlando, FL 32801-3221

Frank M Wolff +
Latham, Luna, Eden & Beaudine, LLP
Post Office Box 3353
Orlando, FL 32802-3353

Jordi Guso +
Berger Singerman P.A.
1450 Brickell Avenue, 19th Floor
Miami, FL 33131-3444

Edwin G Rice +
Bradley Arant Boult Cummings LLP
100 North Tampa Street, Suite 2200
Tampa, FL 33602-5809

Mark A Salzberg +
Squire Patton Boggs (US) LLP
2550 M Street, NW
Washington, DC 20037-1350

James J. Webb +
Mitrani, Rynor, Adamsky & Toland, PA
1200 Weston Road, Penthouse
Weston, FL 33326-1987

Kenneth G M Mather +
Gunster, Yoakley & Stewart, P.A.
401 E. Jackson Street, Suite 2500
Tampa, FL 33602-5226

Dennis J LeVine +
Kelley Kronenberg, Attorneys at Law
1511 N. Westshore Blvd., Suite 400
Tampa, FL 33607-4596

Denise D Dell-Powell +
Dean Mead Egerton Bloodworth Capouano
420 S. Orange Avenue, Suite 700
Orlando, FL 32801-4911

Deborah L Fletcher +
Katten Muchin Rosenman, LLP
401 South Tryon Street
Suite 2600
Charlotte, NC 28202-1934

Alex D Moglia +
Moglia Advisors
1325 Remington Road, Suite H
Schaumburg, IL 60173-4815

Howard S Toland +
Mitrani, Rynor, Adamsky & Toland, PA
1200 Weston Road, Penthouse
Weston, FL 33326-1987

Glenn M Reisman +
Reisman Law Firm LLC
12 Old Hollow Road, Suite B
Trumbull, CT 06611-5523

Michael A. Kaufman +
Michael A. Kaufman PA
1615 Forum Place, Suite 3A
West Palm Beach, FL 33401-2316

Leanne McKnight Prendergast +
FisherBroyles, LLP
12620 Beach Boulevard, Suite 3 #126
Jacksonville, Fl 32246-7130

Traci H Rollins +
Squire Patton Boggs (US) LLP
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401-6144

Holmes P Harden +
Williams Muller
301 Fayetteville Street
Raleigh, NC 27601-1974

Esther A McKean +
Akerman Senterfitt
Post Office Box 231
Orlando, FL 32802-0231

Scott W Spradley +
Law Offices of Scott W Spradley PA
PO Box 1
109 South 5th Street
Flagler Beach, FL 32136-3604

Stephanie C Lieb +
Trenam Law
101 East Kennedy Boulevard, Suite 2700
Tampa, FL 33602-5150

Justin M Luna +
Latham, Luna, Eden & Beaudine, LLP
Post Office Box 3353
Orlando, FL 32802-3353

Robert E. Kaelin +
Murtha Cullina LLP
CityPlace I
185 Asylum Street
Hartford, CT 06103-3408

Mark E Steiner +
Liebler, Gonzalez & Portuondo, P.A.
44 W. Flagler Street, 25th Floor
Miami, FL 33130-1808

Danielle S Kemp +
Greenberg Traurig, P.A.
Bank of America Plaza
101 E. Kennedy Blvd., Suite 1900
Tampa, FL 33602-5148

Tiffany Payne Geyer +
Baker & Hostetler LLP
200 S Orange Avenue Suite 2300
Orlando, FL 32801-3432

Aaron A Wernick +
Furr & Cohen, P.A.
2255 Glades Road, Suite 301E
Boca Raton, FL 33431-7383

Rhys P Leonard +
Trenam Kemker
101 East Kennedy Boulevard
Suite 2700
Tampa, FL 33602-5170

Robert W Davis Jr+
Holland & Knight, LLP
200 S. Orange Avenue
Suite 2600
Orlando, FL 32801-3453

Charles R Sterbach +
Office of the United States Trustee
400 W. Washington St., Ste 1100
Orlando, FL 32801-2440

Rafael X. Zahralddin-Aravena +
Elliott Greenleaf
1105 N Market Street, Ste 1700
Wilmington, DE 19801-1228

James A Timko +
Shutts & Bowen, LLP
300 S Orange Avenue, Suite 1600
Orlando, FL 32801-3382

Andrew V Layden +
Baker & Hostetler LLP
Suntrust Center - Suite 2300
200 S. Orange Avenue
Orlando, FL 32801-3432

Jonathan Sykes +
Burr & Forman LLP
200 S. Orange Avenue,
Suite 800
Orlando, FL 32801-6404

Maria M Yip +
2 S. Biscayne Blvd, Suite 2690
Miami, FL 33131-1815

Courtney A McCormick +
McGuireWoods LLP
50 North Laura St, Suite 3300
Jacksonville, FL 32202-3661

Jared A Ullman +
Ullman & Ullman, P.A.
150 East Palmetto Park Road, Suite 700
Boca Raton, FL 33432-4829

Daniel A Velasquez +
Latham, Luna, Eden & Beaudine, LLP
Post Office Box 3353
111 N. Magnolia Avenue, Suite 1400
Orlando, FL 32801-2367

Audrey M Aleskovsky +
Office of the United States Trustee
George C. Young Federal Building
400 West Washington St, Suite 1100
Orlando, FL 32801-2210

Sean M McDonough +
Wilson Elser
111 North Orange Avenue, Suite 1200
Orlando, FL 32801-2361

Elliot M Smith +
Squire Patton Boggs (US) LLP
4900 Key Tower
127 Public Square
Cleveland, OH 44114-1217

| | | |
|---|---|---|
| Gregory R. Farkas +<br>Frantz Ward LLP<br>200 Public Square<br>Suite 3000<br>Cleveland, OH 44114-2381 | John F. Kostelnik +<br>Frantz Ward LLP<br>200 Public Square<br>Suite 3000<br>Cleveland, OH 44114-2381 | George W. Fitting +<br>McGuireWoods, LLP<br>Tower Two-Sixty<br>260 Forbes , Suite 1800<br>Pittsburgh, PA 15222-1892 |
| Jason R Alderson +<br>Morgan, Lewis & Bockius LLP<br>101 Park Avenue<br>New York, NY 10178-0060 | Justin D Kreindel +<br>Wilson Elser Moskowitz Edelman & Dicker<br>111 North Orange Avenue, Suite 1200<br>Orlando, FL 32801-2361 | Samuel M Koda Jr.+<br>TE Connectivity Corporation<br>2800 Fulling Mill Road<br>Middletown, PA 17057-3142 |
| Jordan D Maglich +<br>Quarles & Brady LLP<br>101 East Kennedy Boulevard, Suite 3400<br>, FL 33602-5195 | Taruna Garg +<br>Murtha Cullina LLP<br>177 Broad Street<br>Stamford, CT 06901-2048 | Larry A Levick +<br>Singer & Levick, P.C.<br>16200 Addison Road, Suite 140<br>Addison, TX 75001-5377 |
| Kevin G Schneider +<br>Neal, Gerber & Eisenberg, LLP<br>Two North LaSalle Street, Suite 1700<br>Chicago, IL 60602-4000 | Mark A Berkoff +<br>Neal, Gerber & Eisenberg LLP<br>Two North LaSalle Street, Suite 1700<br>Chicago, IL 60602-4000 | Note: Entries with a '+' at the end of the<br>name have an email address on file in CMECF |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Arcelor Mittal<br>250 W US Highway 12<br>Burns Harbor, IN 46304-9727 | (d)Bio-Rad Laboratories<br>1000 Alfred Nobel Drive<br>Hercules, CA 94547-1898 | (d)Elo Touch Solutions<br>670 N McCarthy Blvd.<br>Ste. 100<br>Milpitas, CA 95035-5119 |
| (d)Gilbraltar Industries<br>3556 Lake Shore Road<br>Buffalo, NY 14219-1485 | (d)Integrated Supply Network<br>2727 Interstate Drive<br>Lakeland, FL 33805-2304 | (d)KTM Motorcycles<br>30100 Technology Drive<br>Murrieta, CA 92563-2542 |
| (d)Stanley<br>1000 Stanley Drive<br>Concord, NC 28027-7679 | (d)Suez WaterTech & Solutions<br>4636 Somerton Road<br>Feasterville Trevos, PA 19053-6742 | (d)Wayne<br>3814 Jarrett Way<br>Austin, TX 78728-1298 |
| (d)Xerium Technologies<br>1401 Capital Blvd<br>Youngsville, NC 27596 | (d)YRC Freight<br>10990 Roe Avenue<br>Overland Park, KS 66211-1213 | (d)Alex D Moglia +<br>Moglia Advisors<br>1325 Remington Road, Suite H<br>Schaumburg, IL 60173-4815 |

End of Label Matrix
Mailable recipients   131
Bypassed recipients    12
Total                 143