**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| **In re:** | **CASE NO.: 6:19-bk-00511-KSJ** |
| **IPS WORLDWIDE, LLC,** | **CHAPTER 11** |
| Debtor. _____/ | **HEARING ON CONFIRMATION SCHEDULED FOR FEBRUARY 3, 2020 AT 2:00 P.M.** |

**MOTION FOR CRAMDOWN**
Class 4 - Equity Interests

**ALEX D. MOGLIA, CHAPTER 11 TRUSTEE** ("Trustee") of IPS Worldwide, LLC (the "Debtor"), moves this Court for confirmation of its Plan of Liquidation, pursuant to § 1129(b) of the Bankruptcy Code, notwithstanding the nonacceptance by Class 4-Equity Interests, as grounds therefor, states:

1. On January 25, 2019 (the "Petition Date"), IPS Worldwide, LLC (the "Debtor") filed its petition for relief under Chapter 11 of the Bankruptcy Code.

2. On April 5, 2019, the Court entered an order granting the motions of the U.S. Trustee (Doc. No. 227) and creditor, Stanley Black & Decker, Inc. (Doc. No. 290) for the appointment of a Chapter 11 trustee in the Debtor's bankruptcy case. That same day, Alex D. Moglia was appointed to serve as Chapter 11 Trustee for the Debtor (Doc. No. 291).

**JURISDICTION AND VENUE**

3. This Court has jurisdiction under 28 U.S.C. § 1334, 11 U.S.C. § 1122, and the Blanket Referral Order of the Chief Judge of the United States District Court for the Middle District of Florida.

4. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(L) and is a contested matter governed by Federal Rule of Bankruptcy Procedure 9014.

**FACTUAL AND PROCEDURAL BACKGROUND**

5. On December 16, 2019, Trustee filed the Amended Disclosure Statement (the "Disclosure Statement") (Doc No. 588), and the Amended Plan of Liquidation ("Plan") (Doc No. 589). On September 28, 2012, the Court entered an order conditionally approving Debtor's Disclosure Statement and setting a hearing on the Disclosure Statement and confirmation of the Plan for February 3, 2020 (Doc No. 590) ("Order").

6. As of the Ballot Deadline, Class 4-General Unsecured Claims had voted in favor of the Plan. Classes 1 and 2 had not voted but are unimpaired and, thus, are deemed to accept the Plan.

7. Class 4 consists of the Equity Interests in Debtor. The Equity Interests are being extinguished.

8. On February 3, 2020, this Court will hold a hearing to consider confirmation of the Plan ("Confirmation Hearing"), at which time it is expected that the Court will find that all requirements for confirmation have been met except the requirement that all Classes of Interests have accepted the Plan.

**CRAMDOWN**

9. When all requirements for confirmation of a liquidation plan are met except for §1129(a)(8), the Bankruptcy Court must confirm the plan despite the objection of the impaired class or classes so long as the plan does not discriminate unfairly and is fair and equitable with respect to the impaired classes. *See, In re Bonner Mall Partnership*, 2 F.3d 899 (9th Cir. 1993).

10. As set forth in the Confirmation Affidavit of Alex D. Moglia, Chapter 11 Trustee ("Confirmation Affidavit") and the Ballot Tabulation (both filed on January 29, 2020, Class 4 did

not vote.  Trustee asserts that the Plan treatment is fair and equitable as to all classes of claims and interests and does not discriminate unfairly as to such claims and interests.

11.    As to Class 4 under the Plan, Equity Interests are being extinguished; however, no holder of a junior interest shall retain any interest.  As such, treatment of the Class 4 Claims satisfies the requirements of 11 U.S.C. 1129(b)(2)(C)(ii).

**WHEREFORE**, Trustee respectfully requests this Court grant its motion for confirmation of its Plan of Liquidation, pursuant to Section 1129(b) of the Bankruptcy Code, notwithstanding the nonacceptance by the Holders of the Class 4 Claims, and for such other and further relief as is just and proper under the circumstances.

**RESPECTFULLY SUBMITTED** this 29th day of January 2020.

/s/ R. Scott Shuker
R. Scott Shuker, Esq.
Florida Bar No. 984469
rshuker@shukerdorris.com
121 S. Orange Avenue, Suite 1120
Orlando, Florida   32801
Tel: 407-337-2060
Fax: 407-337-2050
*Attorneys for Trustee*

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

**In re:**  CASE NO.: 6:19-bk-00511-KSJ

**IPS WORLDWIDE, LLC,**  CHAPTER 11

      **Debtor.**
_____/

**Certificate of Service**

    **I HEREBY CERTIFY** that a true copy of **MOTION FOR CRAMDOWN**, together with any exhibits, has been furnished electronically via the Court's CM/ECF system to those parties requesting such notice and/or U.S. first-class mail, postage prepaid, to: all parties who have requested notice in this case, including: Chapter 11 Trustee, Alex D. Moglia, Moglia Advisors, 1325 Remington Road, Suite H, Schaumburg, IL 60173; ExFreight Zeta, LLC, c/o Michael A. Kaufman, Esq., 1615 Forum Place, Suite 3A, West Palm Beach, FL 33401, michael@mkaufmanpa.com; Debtor, c/o Scott W. Spradley, Esq., Law Offices of Scott W. Spradley, P.A., 109 S. 5th Street, Flagler Beach, Florida 32136; Maria Yip, Examiner, c/o Tiffany Paynee Geyer, Esq., tpaynegeyer@bakerlaw.com, Baker Hostetler LLP, 200 S. Orange Avenue, Suite 2300, Orlando, Florida 32801; Counsel for Creditors Committee, Rafael X. Zahralddin-Aravena, Esq., Elliott Greenleaf, P.C., 1105 N Market Street, Suite 1700, Wilmington, DE 19801, rxza@elliotgreenleaf.com; Eric M. Sutty, Elliot Greenleaf, P.C., 1105 N. Market Street, Suite 1700, Wilmington, DE 19801, ems@elliotgreenleaf.com; Bradley M. Saxton, Esq. and Ryan E. Davis, Esq., Winderweedle, Haines, Ward & Woodman, PA, 329 Park Avenue North, 2nd Floor, Winter Park, FL 32789, bsaxton@whww.com; rdavis@whww.com; Audrey M. Aleskovsky and Charles R. Sterbach, Office of the United States Trustee, 400 W. Washington Street, Suite 1100, Orlando, Florida 32801, audrey.m.aleskovsky@usdoj.gov; Charles.r.sterbach@usdoj.gov;; and to the LBR 1007-2 parties-in-interest matrix, as shown on the matrix attached to the original response filed with the Court, on this 29th day of January 2020.

                                            /s/ R. Scott Shuker
                                            R. Scott Shuker, Esquire

```
Label Matrix for local noticing          Mark E Freedlander                        IPS Worldwide, LLC
113A-6                                   McGuireWoods LLP                          265 Clyde Morris Blvd, Ste 100
Case 6:19-bk-00511-KSJ                   Tower 260                                 Ormond Beach, FL 32174-8137
Middle District of Florida               260 Forbes Avenue
Orlando                                  Pittsburgh, PA 15222-1853
Wed Jan 29 09:20:14 EST 2020

Jonathan S Quinn                         Eric M Sutty                              Craig A. Wolfe
Neal, Gerber & Eisenberg, LLP            Elliott Greenleaf, P.C.                   Morgan, Lewis & Bockius LLP
Two North LaSalle Street, Suite 1700     1105 N. Market Street, Suite 1700         101 Park Avenue
Chicago, IL 60602-4000                   Wilmington, DE 19801-1228                 New York, NY 10178-0060


AREP Eight Tower Bridge LLC              Aclara Meters LLC                         Advanced Business Capital
c/o Zachary J. Bancroft, Esq.            c/o James A. Timko, Esq.                  d/b/a Triumph Business
Baker Donelson, et al.                   Shutts & Bowen LLP                        c/o Ullman & Ullman, P.A.
200 S. Orange Ave., Ste. 2900            300 S. Orange Ave., #1600                 7700 W. Camino Real, Ste 401
Orlando, FL 32801-3448                   Orlando, FL 32801-3382                    Boca Raton, FL 33433-5543


Alcoa Corporation                        Alex D. Moglia, Chapter 11 Trustee        Arcelor Mittal
201 Isabella St. Ste. 500                Moglia Advisors                           250 W US HIghway 12
Pittsburgh, PA 15212-5858                1325 Remington Road, Suite H              Burns Harbor, IN 46304-9727
                                         Schaumburg, IL 60173-4815


Arconic, Inc.                            Atkore International                      Atkore International, Inc.
Arconic Corporate Center                 16100 S Lathrop Avenue                    c/o Jordi Guso, Esq.
201 Isabella St.                         Harvey, IL 60426-6021                     Berger Singerman LLP
Pittsburgh, PA 15212-5858                                                          1450 Brickell Avenue, Suite 1900
Attn: Melanie Smith, Legal Dept.                                                   Miami, FL 33131-5319


Bio-Rad Laboratories                     Bossard, Inc.                             Bossard,Inc.
1000 Alfred Nobel Drive                  Stephanie C. Lieb, Esq.                   909 W. Pinnacle Peak Road
Hercules, CA 94547-1898                  101 East Kennedy Boulevard, Suite 2700    Phoenix, AZ 85027-1419
                                         Tampa, Florida 33602-5150


Colgate Palmolive Company                Conduent Business Services, LLC          Conduent Business Services, LLC
c/o Stephanie Lieb                       KELLEY KRONENBERG ATTORNEYS AT LAW        c/o KELLEY KRONENBERG ATTORNEYS AT LAW
101 E. Kenneday Boulevard                c/o Dennis LeVine, Esquire                1511 N. Westshore Blvd., Suite 400
Suite 2700                               1511 N. Westshore Blvd., Suite 400        Tampa, FL 33607-4596
Tampa, FL 33602-5150                     Tampa, FL 33607-4596


Conduent, Inc., fka Xerox Business Services,   Delgado & Romanik, PLLC            Elo Touch Solutions
fka Affiliated Computer Services, Inc.         c/o Jonathan M. Sykes, Esquire     670 N McCarthy Blvd
c/o Larry A. Levick, Singer & Levick PC        200 S Orange Avenue, Suite 800     Ste. 100
16200 Addison Road, Suite 140                  Orlando, FL 32801-6404             Milpitas, CA 95035-5119
Addison, TX 75001-5377


Exfreight Zetz, LLC                      Gibraltar Industries, Inc.                Gilbraltar Industries
c/o Michael A. Kaufman, Esq.             c/o Aaron A. Wernick, Esq.                3556 Lake Shore Road
1615 Forum Place, Suite 3A               Furr Cohen, PA                            Buffalo, NY 14219-1485
West Palm Beach, Florida 33401-2316      2255 Glades Road, Suite 301E
                                         Boca Raton, FL 33431-7383


GlobalTranz Enterprises, Inc.            Infineon                                  Integrated Supply Network
c/o Jordan D. Maglich, Esq.              30805 Santana Street                      2727 Interstate Drive
Quarles & Brady LLP                      Hayward, CA 94544-7030                    Lakeland, FL 33805-2304
101 East Kennedy Blvd., Suite 3400
Tampa, FL 33602-5195
```

JL French
3101 S. Taylor Drive
Sheboygan, WI 53081-9401

KTM Motorcycles
30100 Technology Drive
Murrieta, CA 92563-2542

KTM North America Inc
c/o Justin D Kreindel Esq
Wilson Elser Moskowitz Edelman & Dicker
111 N Orange Ave Ste 1200
Orlando FL 32801-2361

Lawrence M. Kosto, Esq.
Kosto & Rotella, P.A.
PO Box 113
Orlando FL 32802-0113

Life Technologies
5791 Van Allen Way
Carlsbad, CA 92008-7321

Neogen Corporation
c/o Aaron A. Wernick, Esq.
Furr Cohen PA
2255 Glades Rd., Ste 301E
Boca Raton, FL 33431-7383

NuVasive, Inc.
Bradley Arant Boult Cummings LLP
100 N. Tampa Street, Suite 2200
Tampa, FL 33602-5809

NuVasive, Inc.
c/o Edwin G. Rice
Bradley Arant Boult Cummings LLP
100 N Tampa Street, Suite 2200
Tampa, FL 33602-5809

Office of Unemployment Compensation Tax Serv
Department of Labor and Industry
651 Boas Street, Room 925
Harrisburg, PA 17121-0751

R Scott Shuker
Latham Shuker Eden & Beaudine LLP
Post Office Box 3353
Orlando, FL 32802-3353

Resource Logistics Group, Inc.
c/o Kenneth G.M. Mather, Esq.
Gunster, Yoakley & Stewart, P.A.
401 E. Jackson St, Ste 2500
Tampa, FL 33602-5226

Rexnord
4701 W. Greenfield Avenue
Milwaukee, WI 53214-5300

Rexnord Industries, LLC
c/o Jordan D. Maglich, Esq.
Quarles & Brady LLP
101 East Kennedy Blvd., Suite 3400
Tampa, FL 33602-5195

Stanley
1000 Stanley Drive
Concord, NC 28027-7679

Stanley Black & Decker, Inc.
c/o Colin S. Baker, Esq.
Greenberg Traurig, P.A.
450 South Orange Ave., Suite 650
Orlando, FL 32801-3311

Stanley Black & Decker, Inc.
c/o Greenberg Traurig, P.A.
Danielle S. Kemp, Esq.
101 E. Kennedy Blvd., Suite 1900
Tampa, FL 33602-5148

Stanley Black & Decker, Inc.
c/o Greenberg Traurig, P.A.
Mark D. Bloom, Esq.
333 SE 2nd Avenue
Miami, FL 33131-3238

Stanley Black & Decker, Inc.
c/o I. William Spivey, II, Esq.
GREENBERG TRAURIG, P.A.
450 South Orange Ave., Suite 650
Orlando, FL 32801-3311

Suez Water Technologies
c/o Glenn Reisman, Esq.
Reisman Law Firm LLC
12 Old Hollow Road
Trumbull, CT 06611-5523

Suez Water Technologies and Solutions
c/o Glenn M. Reisman
12 Old Hollow Road, Ste. B
Trumbull, CT 06611-5523

Suez WaterTech & Solutions
4636 Somerton Road
Feasterville Trevos, PA 19053-6742

TE Connectivity
Attn: Samuel M. Koda, Jr., Esq.
2800 Fulling Mill Road
Middletown, PA 17057-3142

TE Connectivity Corporation
c/o Samuel M. Koda, Jr., Esq.
2800 Fulling Mill Road
Middletown, PA 17057-3142

TE Connectivity Corporation, et al.
c/o James A. Timko, Esq.
Shutts & Bowen LLP
300 S. Orange Ave., #1600
Orlando, FL 32801-3382

Tranzact Technologies, Inc.
c/o Denise D. Dell-Powell, Esq.
Burr & Forman LLP
200 S. Orange Ave., Suite 800
Orlando, FL 32801-6404

True Value Company, LLC
8600 W. Byn Mawr Ave.
Chicago IL 60631-3505

Union Pacific Railroad Company
1400 Douglas St. STOP 1580
Omaha NE 68179-0002

Watlow
12001 Lackland Road
Saint Louis, MO 63146-4039

Wayne
3814 Jarrett Way
Austin, TX 78728-1298

William G. Davies
c/o Jason W. Johnson
PO Box 2809
Orlando, FL 32802-2809

```
XPO Logistics, Inc.                     XPO Logistics, Inc.                     Xerium Technologies
c/o Deborah L. Fletcher, Partner        c/o Leanne McKnight Prendergast          1401 Capital Blvd
6000 Fairview Road, Suite 1200          12620 Beach Blvd. Suite 3 #126           Youngsville, NC 27596
Charlotte, North Carolina 28210-2252    Jacksonville, Florida 32246-7130


Xerium Technologies, Inc.               YRC ENTERPRISE SERVICES, INC.            YRC Enterprise Services, Inc.
c/o Holmes P. Harden                    c/o Gregory R. Farkas                    YRC, Inc. d/b/a YRC Freight
Williams Mullen                         200 Public Square #3000                  Brian McDowell c/o Holland & Knight LLP
PO Box 1000                             Cleveland, OH 44114-2381                 200 S. Orange Avenue, Ste 2600
Raleigh, NC  27602                                                               Orlando, Florida 32801-3461
hharden@williamsmullen.com  27602-1000

YRC Enterprise Services, Inc.           YRC Freight                              Zekelman Industries
YRC, Inc. d/b/a YRC Freight             10990 Roe Avenue                         c/o Frank Martin Wolff, Esq.
Robert Davis c/o Holland & Knight LLP   Overland Park, KS 66211-1213             Frank Martin Wolff, P.A.
200 S. Orange Avenue, Ste 2600                                                   19 E. Central Blvd., Third Floor
Orlando, Florida 32801-3461                                                      Orlando, FL 32801-2468


Zekelman Industries, Inc.               c/o Ullman & Ullman, P.A.                Zachary J Bancroft +
Attn: Angela Miu                        Michael W. Ullman                        Baker, Donelson, Bearman, Caldwell & Ber
227 W. Monroe St. Ste. 2600             Jared A. Ullman                          Caldwell & Berkowitz, PC
Chicago, IL 60606-5082                  7700 W. Camino Real, Suite 401           P.O. Box 1549
                                        Boca Raton, FL 33433-5543                Orlando, FL 32802-1549


Paul J Battista +                       Mark D Bloom +                           Ryan E Davis +
Genovese Joblove & Battista PA          Greenberg Traurig                        Winderweedle Haines Ward & Woodman P.A.
100 Southeast 2nd Street                333 Avenue of the Americas               329 Park Avenue North, Second Floor
44th Floor                              Suuite 4400                              Winter Park, FL 32789-7421
Miami, FL 33131-2100                    Miami, FL 33131-2176


Jason Ward Johnson +                    Lawrence M Kosto +                       Brian A McDowell +
Lowndes, Drosdick, Doster, Kantor & Reed Kosto & Rotella, P.A.                   Holland & Knight LLP
Post Office Box 2809                    619 East Washington Street               Post Office Box 1526
Orlando, FL 32802-2809                  Orlando, FL 32801-2969                   Orlando, FL 32802-1526


David R McFarlin +                      Bradley M Saxton +                       R Scott Shuker +
Fisher Rushmer, PA                      Winderweedle, Haines, Ward & Woodman, PA Shuker & Dorris, P.A.
390 N Orange Avenue, Suite 2200         329 Park Avenue North, Second Floor      121 South Orange Avenue
Orlando, FL 32801-1642                  Winter Park, FL 32789-7421               Orlando, FL 32801-3221


Frank M Wolff +                         Jordi Guso +                             Edwin G Rice +
Latham, Luna, Eden & Beaudine, LLP      Berger Singerman P.A.                    Bradley Arant Boult Cummings LLP
Post Office Box 3353                    1450 Brickell Avenue, 19th Floor         100 North Tampa Street, Suite 2200
Orlando, FL 32802-3353                  Miami, FL 33131-3444                     Tampa, FL 33602-5809


Mark A Salzberg +                       James J. Webb +                          Kenneth G M Mather +
Squire Patton Boggs (US) LLP            Mitrani, Rynor, Adamsky & Toland, PA     Gunster, Yoakley & Stewart, P.A.
2550 M Street, NW                       1200 Weston Road, Penthouse              401 E. Jackson Street, Suite 2500
Washington, DC 20037-1350               Weston, FL 33326-1987                    Tampa, FL 33602-5226


Dennis J LeVine +                       Denise D Dell-Powell +                   Deborah L Fletcher +
Kelley Kronenberg, Attorneys at Law     Dean Mead Egerton Bloodworth Capouano    Katten Muchin Rosenman, LLP
1511 N. Westshore Blvd., Suite 400      420 S. Orange Avenue, Suite 700          401 South Tryon Street
Tampa, FL 33607-4596                    Orlando, FL 32801-4911                   Suite 2600
                                                                                 Charlotte, NC 28202-1934
```

| | | |
|---|---|---|
| Alex D Moglia +<br>Moglia Advisors<br>1325 Remington Road, Suite H<br>Schaumburg, IL 60173-4815 | Howard S Toland +<br>Mitrani, Rynor, Adamsky & Toland, PA<br>1200 Weston Road, Penthouse<br>Weston, FL 33326-1987 | Glenn M Reisman +<br>Reisman Law Firm LLC<br>12 Old Hollow Road, Suite B<br>Trumbull, CT 06611-5523 |
| Michael A. Kaufman +<br>Michael A. Kaufman PA<br>1615 Forum Place, Suite 3A<br>West Palm Beach, FL 33401-2316 | Leanne McKnight Prendergast +<br>FisherBroyles, LLP<br>12620 Beach Boulevard, Suite 3 #126<br>Jacksonville, Fl 32246-7130 | Traci H Rollins +<br>Squire Patton Boggs (US) LLP<br>1900 Phillips Point West<br>777 South Flagler Drive<br>West Palm Beach, FL 33401-6144 |
| Holmes P Harden +<br>Williams Muller<br>301 Fayetteville Street<br>Raleigh, NC 27601-1974 | Esther A McKean +<br>Akerman Senterfitt<br>Post Office Box 231<br>Orlando, FL 32802-0231 | Scott W Spradley +<br>Law Offices of Scott W Spradley PA<br>PO Box 1<br>109 South 5th Street<br>Flagler Beach, FL 32136-3604 |
| Stephanie C Lieb +<br>Trenam Law<br>101 East Kennedy Boulevard, Suite 2700<br>Tampa, FL 33602-5150 | Justin M Luna +<br>Latham, Luna, Eden & Beaudine, LLP<br>Post Office Box 3353<br>Orlando, FL 32802-3353 | Robert E. Kaelin +<br>Murtha Cullina LLP<br>CityPlace I<br>185 Asylum Street<br>Hartford, CT 06103-3408 |
| Mark E Steiner +<br>Liebler, Gonzalez & Portuondo, P.A.<br>44 W. Flagler Street, 25th Floor<br>Miami, FL 33130-1808 | Danielle S Kemp +<br>Greenberg Traurig, P.A.<br>Bank of America Plaza<br>101 E. Kennedy Blvd., Suite 1900<br>Tampa, FL 33602-5148 | Tiffany Payne Geyer +<br>Baker & Hostetler LLP<br>200 S Orange Avenue Suite 2300<br>Orlando, FL 32801-3432 |
| Aaron A Wernick +<br>Furr & Cohen, P.A.<br>2255 Glades Road, Suite 301E<br>Boca Raton, FL 33431-7383 | Rhys P Leonard +<br>Trenam Kemker<br>101 East Kennedy Boulevard<br>Suite 2700<br>Tampa, FL 33602-5170 | Robert W Davis Jr+<br>Holland & Knight, LLP<br>200 S. Orange Avenue<br>Suite 2600<br>Orlando, FL 32801-3453 |
| Charles R Sterbach +<br>Office of the United States Trustee<br>400 W. Washington St., Ste 1100<br>Orlando, FL 32801-2440 | Rafael X. Zahralddin-Aravena +<br>Elliott Greenleaf<br>1105 N Market Street, Ste 1700<br>Wilmington, DE 19801-1228 | James A Timko +<br>Shutts & Bowen, LLP<br>300 S Orange Avenue, Suite 1600<br>Orlando, FL 32801-3382 |
| Andrew V Layden +<br>Baker & Hostetler LLP<br>Suntrust Center - Suite 2300<br>200 S. Orange Avenue<br>Orlando, FL 32801-3432 | Jonathan Sykes +<br>Burr & Forman LLP<br>200 S. Orange Avenue,<br>Suite 800<br>Orlando, FL 32801-6404 | Maria M Yip +<br>2 S. Biscayne Blvd, Suite 2690<br>Miami, FL 33131-1815 |
| Courtney A McCormick +<br>McGuireWoods LLP<br>50 North Laura St, Suite 3300<br>Jacksonville, FL 32202-3661 | Jared A Ullman +<br>Ullman & Ullman, P.A.<br>150 East Palmetto Park Road, Suite 700<br>Boca Raton, FL 33432-4829 | Daniel A Velasquez +<br>Latham, Luna, Eden & Beaudine, LLP<br>Post Office Box 3353<br>111 N. Magnolia Avenue, Suite 1400<br>Orlando, FL 32801-2367 |
| Audrey M Aleskovsky +<br>Office of the United States Trustee<br>George C. Young Federal Building<br>400 West Washington St, Suite 1100<br>Orlando, FL 32801-2210 | Sean M McDonough +<br>Wilson Elser<br>111 North Orange Avenue, Suite 1200<br>Orlando, FL 32801-2361 | Elliot M Smith +<br>Squire Patton Boggs (US) LLP<br>4900 Key Tower<br>127 Public Square<br>Cleveland, OH 44114-1217 |

Gregory R. Farkas +
Frantz Ward LLP
200 Public Square
Suite 3000
Cleveland, OH 44114-2381

John F. Kostelnik +
Frantz Ward LLP
200 Public Square
Suite 3000
Cleveland, OH 44114-2381

George W. Fitting +
McGuireWoods, LLP
Tower Two-Sixty
260 Forbes , Suite 1800
Pittsburgh, PA 15222-1892

Jason R Alderson +
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178-0060

Justin D Kreindel +
Wilson Elser Moskowitz Edelman & Dicker
111 North Orange Avenue, Suite 1200
Orlando, FL 32801-2361

Samuel M Koda Jr.+
TE Connectivity Corporation
2800 Fulling Mill Road
Middletown, PA 17057-3142

Jordan D Maglich +
Quarles & Brady LLP
101 East Kennedy Boulevard, Suite 3400
, FL 33602-5195

Taruna Garg +
Murtha Cullina LLP
177 Broad Street
Stamford, CT 06901-2048

Larry A Levick +
Singer & Levick, P.C.
16200 Addison Road, Suite 140
Addison, TX 75001-5377

Kevin G Schneider +
Neal, Gerber & Eisenberg, LLP
Two North LaSalle Street, Suite 1700
Chicago, IL 60602-4000

Mark A Berkoff +
Neal, Gerber & Eisenberg LLP
Two North LaSalle Street, Suite 1700
Chicago, IL 60602-4000

Note: Entries with a '+' at the end of the
name have an email address on file in CMECF


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(d)Arcelor Mittal
250 W US Highway 12
Burns Harbor, IN 46304-9727

(d)Bio-Rad Laboratories
1000 Alfred Nobel Drive
Hercules, CA 94547-1898

(d)Elo Touch Solutions
670 N McCarthy Blvd.
Ste. 100
Milpitas, CA 95035-5119

(d)Gilbraltar Industries
3556 Lake Shore Road
Buffalo, NY 14219-1485

(d)Integrated Supply Network
2727 Interstate Drive
Lakeland, FL 33805-2304

(d)KTM Motorcycles
30100 Technology Drive
Murrieta, CA 92563-2542

(d)Stanley
1000 Stanley Drive
Concord, NC 28027-7679

(d)Suez WaterTech & Solutions
4636 Somerton Road
Feasterville Trevos, PA 19053-6742

(d)Wayne
3814 Jarrett Way
Austin, TX 78728-1298

(d)Xerium Technologies
1401 Capital Blvd
Youngsville, NC 27596

(d)YRC Freight
10990 Roe Avenue
Overland Park, KS 66211-1213

(d)Alex D Moglia +
Moglia Advisors
1325 Remington Road, Suite H
Schaumburg, IL 60173-4815


End of Label Matrix
Mailable recipients    131
Bypassed recipients     12
Total                  143