**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | CASE NO.: 6:19-bk-00511-KSJ |
| **IPS WORLDWIDE, LLC,** | **CHAPTER 11** |
| Debtor. _____/ | **HEARING ON CONFIRMATION SCHEDULED FOR FEBRUARY 3, 2020 AT 2:00 P.M.** |

**AMENDED MOTION FOR CRAMDOWN**
Class 4 - Equity Interests
[Correcting Doc No. 626, paragraph 6 to state Class 3- General Unsecured Claims]

**ALEX D. MOGLIA, CHAPTER 11 TRUSTEE** ("Trustee") of IPS Worldwide, LLC (the "Debtor"), moves this Court for confirmation of its Plan of Liquidation, pursuant to § 1129(b) of the Bankruptcy Code, notwithstanding the nonacceptance by Class 4-Equity Interests, as grounds therefor, states:

1. On January 25, 2019 (the "Petition Date"), IPS Worldwide, LLC (the "Debtor") filed its petition for relief under Chapter 11 of the Bankruptcy Code.

2. On April 5, 2019, the Court entered an order granting the motions of the U.S. Trustee (Doc. No. 227) and creditor, Stanley Black & Decker, Inc. (Doc. No. 290) for the appointment of a Chapter 11 trustee in the Debtor's bankruptcy case. That same day, Alex D. Moglia was appointed to serve as Chapter 11 Trustee for the Debtor (Doc. No. 291).

**JURISDICTION AND VENUE**

3. This Court has jurisdiction under 28 U.S.C. § 1334, 11 U.S.C. § 1122, and the Blanket Referral Order of the Chief Judge of the United States District Court for the Middle District of Florida.

4. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(L) and is a contested matter governed by Federal Rule of Bankruptcy Procedure 9014.

**FACTUAL AND PROCEDURAL BACKGROUND**

5. On December 16, 2019, Trustee filed the Amended Disclosure Statement (the "Disclosure Statement") (Doc No. 588), and the Amended Plan of Liquidation ("Plan") (Doc No. 589). On September 28, 2012, the Court entered an order conditionally approving Debtor's Disclosure Statement and setting a hearing on the Disclosure Statement and confirmation of the Plan for February 3, 2020 (Doc No. 590) ("Order").

6. As of the Ballot Deadline, Class 3-General Unsecured Claims had voted in favor of the Plan. Classes 1 and 2 had not voted but are unimpaired and, thus, are deemed to accept the Plan.

7. Class 4 consists of the Equity Interests in Debtor. The Equity Interests are being extinguished.

8. On February 3, 2020, this Court will hold a hearing to consider confirmation of the Plan ("Confirmation Hearing"), at which time it is expected that the Court will find that all requirements for confirmation have been met except the requirement that all Classes of Interests have accepted the Plan.

**CRAMDOWN**

9. When all requirements for confirmation of a liquidation plan are met except for §1129(a)(8), the Bankruptcy Court must confirm the plan despite the objection of the impaired class or classes so long as the plan does not discriminate unfairly and is fair and equitable with respect to the impaired classes. *See, In re Bonner Mall Partnership*, 2 F.3d 899 (9th Cir. 1993).

10. As set forth in the Confirmation Affidavit of Alex D. Moglia, Chapter 11 Trustee ("Confirmation Affidavit") and the Ballot Tabulation (both filed on January 29, 2020, Class 4 did

not vote.  Trustee asserts that the Plan treatment is fair and equitable as to all classes of claims and interests and does not discriminate unfairly as to such claims and interests.

11. As to Class 4 under the Plan, Equity Interests are being extinguished; however, no holder of a junior interest shall retain any interest.  As such, treatment of the Class 4 Claims satisfies the requirements of 11 U.S.C. 1129(b)(2)(C)(ii).

**WHEREFORE**, Trustee respectfully requests this Court grant its motion for confirmation of its Plan of Liquidation, pursuant to Section 1129(b) of the Bankruptcy Code, notwithstanding the nonacceptance by the Holders of the Class 4 Claims, and for such other and further relief as is just and proper under the circumstances.

**RESPECTFULLY SUBMITTED** this 30th day of January 2020.

/s/ R. Scott Shuker
R. Scott Shuker, Esq.
Florida Bar No. 984469
rshuker@shukerdorris.com
121 S. Orange Avenue, Suite 1120
Orlando, Florida   32801
Tel: 407-337-2060
Fax: 407-337-2050
*Attorneys for Trustee*

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

In re:                                                                            CASE NO.: 6:19-bk-00511-KSJ

IPS WORLDWIDE, LLC,                                          CHAPTER 11

      Debtor.
_____/

**Certificate of Service**

    **I HEREBY CERTIFY** that a true copy of **AMENDED MOTION FOR CRAMDOWN**, together with any exhibits, has been furnished electronically via the Court's CM/ECF system to those parties requesting such notice and/or U.S. first-class mail, postage prepaid, to: all parties who have requested notice in this case, including: Chapter 11 Trustee, Alex D. Moglia, Moglia Advisors, 1325 Remington Road, Suite H, Schaumburg, IL 60173; ExFreight Zeta, LLC, c/o Michael A. Kaufman, Esq., 1615 Forum Place, Suite 3A, West Palm Beach, FL 33401, michael@mkaufmanpa.com; Debtor, c/o Scott W. Spradley, Esq., Law Offices of Scott W. Spradley, P.A., 109 S. 5th Street, Flagler Beach, Florida 32136; Maria Yip, Examiner, c/o Tiffany Paynee Geyer, Esq., tpaynegeyer@bakerlaw.com, Baker Hostetler LLP, 200 S. Orange Avenue, Suite 2300, Orlando, Florida 32801; Counsel for Creditors Committee, Rafael X. Zahralddin-Aravena, Esq., Elliott Greenleaf, P.C., 1105 N Market Street, Suite 1700, Wilmington, DE 19801, rxza@elliotgreenleaf.com; Eric M. Sutty, Elliot Greenleaf, P.C., 1105 N. Market Street, Suite 1700, Wilmington, DE 19801, ems@elliotgreenleaf.com; Bradley M. Saxton, Esq. and Ryan E. Davis, Esq., Winderweedle, Haines, Ward & Woodman, PA, 329 Park Avenue North, 2nd Floor, Winter Park, FL 32789, bsaxton@whww.com; rdavis@whww.com; Audrey M. Aleskovsky and Charles R. Sterbach, Office of the United States Trustee, 400 W. Washington Street, Suite 1100, Orlando, Florida 32801, audrey.m.aleskovsky@usdoj.gov; Charles.r.sterbach@usdoj.gov;; and to the LBR 1007-2 parties-in-interest matrix, as shown on the matrix attached to the original response filed with the Court, on this 30th day of January 2020.

                                                                            /s/ R. Scott Shuker
                                                                            R. Scott Shuker, Esquire

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:19-bk-00511-KSJ<br>Middle District of Florida<br>Orlando<br>Thu Jan 30 11:38:09 EST 2020 | Mark E Freedlander<br>McGuireWoods LLP<br>Tower 260<br>260 Forbes Avenue<br>Pittsburgh, PA 15222-1853 | IPS Worldwide, LLC<br>265 Clyde Morris Blvd, Ste 100<br>Ormond Beach, FL 32174-8137 |
| Jonathan S Quinn<br>Neal, Gerber & Eisenberg, LLP<br>Two North LaSalle Street, Suite 1700<br>Chicago, IL 60602-4000 | Eric M Sutty<br>Elliott Greenleaf, P.C.<br>1105 N. Market Street, Suite 1700<br>Wilmington, DE 19801-1228 | Craig A. Wolfe<br>Morgan, Lewis & Bockius LLP<br>101 Park Avenue<br>New York, NY 10178-0060 |
| AREP Eight Tower Bridge LLC<br>c/o Zachary J. Bancroft, Esq.<br>Baker Donelson, et al.<br>200 S. Orange Ave., Ste. 2900<br>Orlando, FL 32801-3448 | Aclara Meters LLC<br>c/o James A. Timko, Esq.<br>Shutts & Bowen LLP<br>300 S. Orange Ave., #1600<br>Orlando, FL 32801-3382 | Advanced Business Capital<br>d/b/a Triumph Business<br>c/o Ullman & Ullman, P.A.<br>7700 W. Camino Real, Ste 401<br>Boca Raton, FL 33433-5543 |
| Alcoa Corporation<br>201 Isabella St. Ste. 500<br>Pittsburgh, PA 15212-5858 | Alex D. Moglia, Chapter 11 Trustee<br>Moglia Advisors<br>1325 Remington Road, Suite H<br>Schaumburg, IL 60173-4815 | Arcelor Mittal<br>250 W US HIghway 12<br>Burns Harbor, IN 46304-9727 |
| Arconic, Inc.<br>Arconic Corporate Center<br>201 Isabella St.<br>Pittsburgh, PA 15212-5858<br>Attn: Melanie Smith, Legal Dept. | Atkore International<br>16100 S Lathrop Avenue<br>Harvey, IL 60426-6021 | Atkore International, Inc.<br>c/o Jordi Guso, Esq.<br>Berger Singerman LLP<br>1450 Brickell Avenue, Suite 1900<br>Miami, FL 33131-5319 |
| Bio-Rad Laboratories<br>1000 Alfred Nobel Drive<br>Hercules, CA 94547-1898 | Bossard, Inc.<br>Stephanie C. Lieb, Esq.<br>101 East Kennedy Boulevard, Suite 2700<br>Tampa, Florida 33602-5150 | Bossard,Inc.<br>909 W. Pinnacle Peak Road<br>Phoenix, AZ 85027-1419 |
| Colgate Palmolive Company<br>c/o Stephanie Lieb<br>101 E. Kenneday Boulevard<br>Suite 2700<br>Tampa, FL 33602-5150 | Conduent Business Services, LLC<br>KELLEY KRONENBERG ATTORNEYS AT LAW<br>c/o Dennis LeVine, Esquire<br>1511 N. Westshore Blvd., Suite 400<br>Tampa, FL 33607-4596 | Conduent Business Services, LLC<br>c/o KELLEY KRONENBERG ATTORNEYS AT LAW<br>1511 N. Westshore Blvd., Suite 400<br>Tampa, FL 33607-4596 |
| Conduent, Inc., fka Xerox Business Services,<br>fka Affiliated Computer Services, Inc.<br>c/o Larry A. Levick, Singer & Levick PC<br>16200 Addison Road, Suite 140<br>Addison, TX 75001-5377 | Delgado & Romanik, PLLC<br>c/o Jonathan M. Sykes, Esquire<br>200 S Orange Avenue, Suite 800<br>Orlando, FL 32801-6404 | Elo Touch Solutions<br>670 N McCarthy Blvd<br>Ste. 100<br>Milpitas, CA 95035-5119 |
| Exfreight Zetz, LLC<br>c/o Michael A. Kaufman, Esq.<br>1615 Forum Place, Suite 3A<br>West Palm Beach, Florida 33401-2316 | Gibraltar Industries, Inc.<br>c/o Aaron A. Wernick, Esq.<br>Furr Cohen, PA<br>2255 Glades Road, Suite 301E<br>Boca Raton, FL 33431-7383 | Gilbraltar Industries<br>3556 Lake Shore Road<br>Buffalo, NY 14219-1485 |
| GlobalTranz Enterprises, Inc.<br>c/o Jordan D. Maglich, Esq.<br>Quarles & Brady LLP<br>101 East Kennedy Blvd., Suite 3400<br>Tampa, FL 33602-5195 | Infineon<br>30805 Santana Street<br>Hayward, CA 94544-7030 | Integrated Supply Network<br>2727 Interstate Drive<br>Lakeland, FL 33805-2304 |

| | | |
|---|---|---|
| JL French<br>3101 S. Taylor Drive<br>Sheboygan, WI 53081-9401 | KTM Motorcycles<br>30100 Technology Drive<br>Murrieta, CA 92563-2542 | KTM North America Inc<br>c/o Justin D Kreindel Esq<br>Wilson Elser Moskowitz Edelman & Dicker<br>111 N Orange Ave Ste 1200<br>Orlando FL 32801-2361 |
| Lawrence M. Kosto, Esq.<br>Kosto & Rotella, P.A.<br>PO Box 113<br>Orlando FL 32802-0113 | Life Technologies<br>5791 Van Allen Way<br>Carlsbad, CA 92008-7321 | Neogen Corporation<br>c/o Aaron A. Wernick, Esq.<br>Furr Cohen PA<br>2255 Glades Rd., Ste 301E<br>Boca Raton, FL 33431-7383 |
| NuVasive, Inc.<br>Bradley Arant Boult Cummings LLP<br>100 N. Tampa Street, Suite 2200<br>Tampa, FL 33602-5809 | NuVasive, Inc.<br>c/o Edwin G. Rice<br>Bradley Arant Boult Cummings LLP<br>100 N Tampa Street, Suite 2200<br>Tampa, FL 33602-5809 | Office of Unemployment Compensation Tax Serv<br>Department of Labor and Industry<br>651 Boas Street, Room 925<br>Harrisburg, PA 17121-0751 |
| R Scott Shuker<br>Latham Shuker Eden & Beaudine LLP<br>Post Office Box 3353<br>Orlando, FL 32802-3353 | Resource Logistics Group, Inc.<br>c/o Kenneth G.M. Mather, Esq.<br>Gunster, Yoakley & Stewart, P.A.<br>401 E. Jackson St, Ste 2500<br>Tampa, FL 33602-5226 | Rexnord<br>4701 W. Greenfield Avenue<br>Milwaukee, WI 53214-5300 |
| Rexnord Industries, LLC<br>c/o Jordan D. Maglich, Esq.<br>Quarles & Brady LLP<br>101 East Kennedy Blvd., Suite 3400<br>Tampa, FL 33602-5195 | Stanley<br>1000 Stanley Drive<br>Concord, NC 28027-7679 | Stanley Black & Decker, Inc.<br>c/o Colin S. Baker, Esq.<br>Greenberg Traurig, P.A.<br>450 South Orange Ave., Suite 650<br>Orlando, FL 32801-3311 |
| Stanley Black & Decker, Inc.<br>c/o Greenberg Traurig, P.A.<br>Danielle S. Kemp, Esq.<br>101 E. Kennedy Blvd., Suite 1900<br>Tampa, FL 33602-5148 | Stanley Black & Decker, Inc.<br>c/o Greenberg Traurig, P.A.<br>Mark D. Bloom, Esq.<br>333 SE 2nd Avenue<br>Miami, FL 33131-3238 | Stanley Black & Decker, Inc.<br>c/o I. William Spivey, II, Esq.<br>GREENBERG TRAURIG, P.A.<br>450 South Orange Ave., Suite 650<br>Orlando, FL 32801-3311 |
| Suez Water Technologies<br>c/o Glenn Reisman, Esq.<br>Reisman Law Firm LLC<br>12 Old Hollow Road<br>Trumbull, CT 06611-5523 | Suez Water Technologies and Solutions<br>c/o Glenn M. Reisman<br>12 Old Hollow Road, Ste. B<br>Trumbull, CT 06611-5523 | Suez WaterTech & Solutions<br>4636 Somerton Road<br>Feasterville Trevos, PA 19053-6742 |
| TE Connectivity<br>Attn: Samuel M. Koda, Jr., Esq.<br>2800 Fulling Mill Road<br>Middletown, PA 17057-3142 | TE Connectivity Corporation<br>c/o Samuel M. Koda, Jr., Esq.<br>2800 Fulling Mill Road<br>Middletown, PA 17057-3142 | TE Connectivity Corporation, et al.<br>c/o James A. Timko, Esq.<br>Shutts & Bowen LLP<br>300 S. Orange Ave., #1600<br>Orlando, FL 32801-3382 |
| Tranzact Technologies, Inc.<br>c/o Denise D. Dell-Powell, Esq.<br>Burr & Forman LLP<br>200 S. Orange Ave., Suite 800<br>Orlando, FL 32801-6404 | True Value Company, LLC<br>8600 W. Byn Mawr Ave.<br>Chicago IL 60631-3505 | Union Pacific Railroad Company<br>1400 Douglas St. STOP 1580<br>Omaha NE 68179-0002 |
| Watlow<br>12001 Lackland Road<br>Saint Louis, MO 63146-4039 | Wayne<br>3814 Jarrett Way<br>Austin, TX 78728-1298 | William G. Davies<br>c/o Jason W. Johnson<br>PO Box 2809<br>Orlando, FL 32802-2809 |

```
XPO Logistics, Inc.                    XPO Logistics, Inc.                    Xerium Technologies
c/o Deborah L. Fletcher, Partner       c/o Leanne McKnight Prendergast         1401 Capital Blvd
6000 Fairview Road, Suite 1200         12620 Beach Blvd. Suite 3 #126          Youngsville, NC 27596
Charlotte, North Carolina 28210-2252   Jacksonville, Florida 32246-7130


Xerium Technologies, Inc.              YRC ENTERPRISE SERVICES, INC.           YRC Enterprise Services, Inc.
c/o Holmes P. Harden                   c/o Gregory R. Farkas                   YRC, Inc. d/b/a YRC Freight
Williams Mullen                        200 Public Square #3000                 Brian McDowell c/o Holland & Knight LLP
PO Box 1000                            Cleveland, OH 44114-2381                200 S. Orange Avenue, Ste 2600
Raleigh, NC  27602                                                             Orlando, Florida 32801-3461
hharden@williamsmullen.com  27602-1000

YRC Enterprise Services, Inc.          YRC Freight                             Zekelman Industries
YRC, Inc. d/b/a YRC Freight            10990 Roe Avenue                        c/o Frank Martin Wolff, Esq.
Robert Davis c/o Holland & Knight LLP  Overland Park, KS 66211-1213            Frank Martin Wolff, P.A.
200 S. Orange Avenue, Ste 2600                                                 19 E. Central Blvd., Third Floor
Orlando, Florida 32801-3461                                                    Orlando, FL 32801-2468


Zekelman Industries, Inc.              c/o Ullman & Ullman, P.A.               Zachary J Bancroft +
Attn: Angela Miu                       Michael W. Ullman                       Baker, Donelson, Bearman, Caldwell & Ber
227 W. Monroe St. Ste. 2600            Jared A. Ullman                         Caldwell & Berkowitz, PC
Chicago, IL 60606-5082                 7700 W. Camino Real, Suite 401          P.O. Box 1549
                                       Boca Raton, FL 33433-5543               Orlando, FL 32802-1549


Paul J Battista +                      Mark D Bloom +                          Ryan E Davis +
Genovese Joblove & Battista PA         Greenberg Traurig                       Winderweedle Haines Ward & Woodman P.A.
100 Southeast 2nd Street               333 Avenue of the Americas              329 Park Avenue North, Second Floor
44th Floor                             Suuite 4400                             Winter Park, FL 32789-7421
Miami, FL 33131-2100                   Miami, FL 33131-2176


Jason Ward Johnson +                   Lawrence M Kosto +                      Brian A McDowell +
Lowndes, Drosdick, Doster, Kantor & Reed   Kosto & Rotella, P.A.               Holland & Knight LLP
Post Office Box 2809                   619 East Washington Street              Post Office Box 1526
Orlando, FL 32802-2809                 Orlando, FL 32801-2969                  Orlando, FL 32802-1526


David R McFarlin +                     Bradley M Saxton +                      R Scott Shuker +
Fisher Rushmer, PA                     Winderweedle, Haines, Ward & Woodman, PA   Shuker & Dorris, P.A.
390 N Orange Avenue, Suite 2200        329 Park Avenue North, Second Floor     121 South Orange Avenue
Orlando, FL 32801-1642                 Winter Park, FL 32789-7421              Orlando, FL 32801-3221


Frank M Wolff +                        Jordi Guso +                            Edwin G Rice +
Latham, Luna, Eden & Beaudine, LLP     Berger Singerman P.A.                   Bradley Arant Boult Cummings LLP
Post Office Box 3353                   1450 Brickell Avenue, 19th Floor        100 North Tampa Street, Suite 2200
Orlando, FL 32802-3353                 Miami, FL 33131-3444                    Tampa, FL 33602-5809


Mark A Salzberg +                      James J. Webb +                         Kenneth G M Mather +
Squire Patton Boggs (US) LLP           Mitrani, Rynor, Adamsky & Toland, PA    Gunster, Yoakley & Stewart, P.A.
2550 M Street, NW                      1200 Weston Road, Penthouse             401 E. Jackson Street, Suite 2500
Washington, DC 20037-1350              Weston, FL 33326-1987                   Tampa, FL 33602-5226


Dennis J LeVine +                      Denise D Dell-Powell +                  Deborah L Fletcher +
Kelley Kronenberg, Attorneys at Law    Dean Mead Egerton Bloodworth Capouano   Katten Muchin Rosenman, LLP
1511 N. Westshore Blvd., Suite 400     420 S. Orange Avenue, Suite 700         401 South Tryon Street
Tampa, FL 33607-4596                   Orlando, FL 32801-4911                  Suite 2600
                                                                               Charlotte, NC 28202-1934
```

| | | |
|---|---|---|
| Alex D Moglia +<br>Moglia Advisors<br>1325 Remington Road, Suite H<br>Schaumburg, IL 60173-4815 | Howard S Toland +<br>Mitrani, Rynor, Adamsky & Toland, PA<br>1200 Weston Road, Penthouse<br>Weston, FL 33326-1987 | Glenn M Reisman +<br>Reisman Law Firm LLC<br>12 Old Hollow Road, Suite B<br>Trumbull, CT 06611-5523 |
| Michael A. Kaufman +<br>Michael A. Kaufman PA<br>1615 Forum Place, Suite 3A<br>West Palm Beach, FL 33401-2316 | Leanne McKnight Prendergast +<br>FisherBroyles, LLP<br>12620 Beach Boulevard, Suite 3 #126<br>Jacksonville, Fl 32246-7130 | Traci H Rollins +<br>Squire Patton Boggs (US) LLP<br>1900 Phillips Point West<br>777 South Flagler Drive<br>West Palm Beach, FL 33401-6144 |
| Holmes P Harden +<br>Williams Muller<br>301 Fayetteville Street<br>Raleigh, NC 27601-1974 | Esther A McKean +<br>Akerman Senterfitt<br>Post Office Box 231<br>Orlando, FL 32802-0231 | Scott W Spradley +<br>Law Offices of Scott W Spradley PA<br>PO Box 1<br>109 South 5th Street<br>Flagler Beach, FL 32136-3604 |
| Stephanie C Lieb +<br>Trenam Law<br>101 East Kennedy Boulevard, Suite 2700<br>Tampa, FL 33602-5150 | Justin M Luna +<br>Latham, Luna, Eden & Beaudine, LLP<br>Post Office Box 3353<br>Orlando, FL 32802-3353 | Robert E. Kaelin +<br>Murtha Cullina LLP<br>CityPlace I<br>185 Asylum Street<br>Hartford, CT 06103-3408 |
| Mark E Steiner +<br>Liebler, Gonzalez & Portuondo, P.A.<br>44 W. Flagler Street, 25th Floor<br>Miami, FL 33130-1808 | Danielle S Kemp +<br>Greenberg Traurig, P.A.<br>Bank of America Plaza<br>101 E. Kennedy Blvd., Suite 1900<br>Tampa, FL 33602-5148 | Tiffany Payne Geyer +<br>Baker & Hostetler LLP<br>200 S Orange Avenue Suite 2300<br>Orlando, FL 32801-3432 |
| Aaron A Wernick +<br>Furr & Cohen, P.A.<br>2255 Glades Road, Suite 301E<br>Boca Raton, FL 33431-7383 | Rhys P Leonard +<br>Trenam Kemker<br>101 East Kennedy Boulevard<br>Suite 2700<br>Tampa, FL 33602-5170 | Robert W Davis Jr+<br>Holland & Knight, LLP<br>200 S. Orange Avenue<br>Suite 2600<br>Orlando, FL 32801-3453 |
| Charles R Sterbach +<br>Office of the United States Trustee<br>400 W. Washington St., Ste 1100<br>Orlando, FL 32801-2440 | Rafael X. Zahralddin-Aravena +<br>Elliott Greenleaf<br>1105 N Market Street, Ste 1700<br>Wilmington, DE 19801-1228 | James A Timko +<br>Shutts & Bowen, LLP<br>300 S Orange Avenue, Suite 1600<br>Orlando, FL 32801-3382 |
| Andrew V Layden +<br>Baker & Hostetler LLP<br>Suntrust Center - Suite 2300<br>200 S. Orange Avenue<br>Orlando, FL 32801-3432 | Jonathan Sykes +<br>Burr & Forman LLP<br>200 S. Orange Avenue,<br>Suite 800<br>Orlando, FL 32801-6404 | Maria M Yip +<br>2 S. Biscayne Blvd, Suite 2690<br>Miami, FL 33131-1815 |
| Courtney A McCormick +<br>McGuireWoods LLP<br>50 North Laura St, Suite 3300<br>Jacksonville, FL 32202-3661 | Jared A Ullman +<br>Ullman & Ullman, P.A.<br>150 East Palmetto Park Road, Suite 700<br>Boca Raton, FL 33432-4829 | Daniel A Velasquez +<br>Latham, Luna, Eden & Beaudine, LLP<br>Post Office Box 3353<br>111 N. Magnolia Avenue, Suite 1400<br>Orlando, FL 32801-2367 |
| Audrey M Aleskovsky +<br>Office of the United States Trustee<br>George C. Young Federal Building<br>400 West Washington St, Suite 1100<br>Orlando, FL 32801-2210 | Sean M McDonough +<br>Wilson Elser<br>111 North Orange Avenue, Suite 1200<br>Orlando, FL 32801-2361 | Elliot M Smith +<br>Squire Patton Boggs (US) LLP<br>4900 Key Tower<br>127 Public Square<br>Cleveland, OH 44114-1217 |

Gregory R. Farkas +
Frantz Ward LLP
200 Public Square
Suite 3000
Cleveland, OH 44114-2381

John F. Kostelnik +
Frantz Ward LLP
200 Public Square
Suite 3000
Cleveland, OH 44114-2381

George W. Fitting +
McGuireWoods, LLP
Tower Two-Sixty
260 Forbes , Suite 1800
Pittsburgh, PA 15222-1892

Jason R Alderson +
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178-0060

Justin D Kreindel +
Wilson Elser Moskowitz Edelman & Dicker
111 North Orange Avenue, Suite 1200
Orlando, FL 32801-2361

Samuel M Koda Jr.+
TE Connectivity Corporation
2800 Fulling Mill Road
Middletown, PA 17057-3142

Jordan D Maglich +
Quarles & Brady LLP
101 East Kennedy Boulevard, Suite 3400
, FL 33602-5195

Taruna Garg +
Murtha Cullina LLP
177 Broad Street
Stamford, CT 06901-2048

Larry A Levick +
Singer & Levick, P.C.
16200 Addison Road, Suite 140
Addison, TX 75001-5377

Kevin G Schneider +
Neal, Gerber & Eisenberg, LLP
Two North LaSalle Street, Suite 1700
Chicago, IL 60602-4000

Mark A Berkoff +
Neal, Gerber & Eisenberg LLP
Two North LaSalle Street, Suite 1700
Chicago, IL 60602-4000

Note: Entries with a '+' at the end of the
name have an email address on file in CMECF


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(d)Arcelor Mittal
250 W US Highway 12
Burns Harbor, IN 46304-9727

(d)Bio-Rad Laboratories
1000 Alfred Nobel Drive
Hercules, CA 94547-1898

(d)Elo Touch Solutions
670 N McCarthy Blvd.
Ste. 100
Milpitas, CA 95035-5119

(d)Gilbraltar Industries
3556 Lake Shore Road
Buffalo, NY 14219-1485

(d)Integrated Supply Network
2727 Interstate Drive
Lakeland, FL 33805-2304

(d)KTM Motorcycles
30100 Technology Drive
Murrieta, CA 92563-2542

(d)Stanley
1000 Stanley Drive
Concord, NC 28027-7679

(d)Suez WaterTech & Solutions
4636 Somerton Road
Feasterville Trevos, PA 19053-6742

(d)Wayne
3814 Jarrett Way
Austin, TX 78728-1298

(d)Xerium Technologies
1401 Capital Blvd
Youngsville, NC 27596

(d)YRC Freight
10990 Roe Avenue
Overland Park, KS 66211-1213

(d)Alex D Moglia +
Moglia Advisors
1325 Remington Road, Suite H
Schaumburg, IL 60173-4815


End of Label Matrix
Mailable recipients    131
Bypassed recipients     12
Total                  143