# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO   DIVISION

IN RE:                           }       **CASE NUMBER: 6:19-bk-00511-KSJ**
                                     }
                                     }
                                     }       **JUDGE  Karen S. Jennemann**
                                     }
**DEBTOR: IPS Worldwide, LLC**           }       **CHAPTER 11**

---

### DEBTOR'S  POST-CONFIRMATION
### QUARTERLY OPERATING REPORT
### FOR THE PERIOD

FROM      <u>January 1, 2021</u>    TO    <u>March 31, 2021</u>

Comes now Alex D. Moglia, the liquidating trustee ("the Trustee") for the above-named debtor and files his Post-Confirmation

Quarterly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

Dated:     *April 19, 2021*                        _____
                                                  R. Scott Shuker
                                                  Attorney for Debtor

| Trustee's Address | Attorney's Address |
|---|---|
| and Phone Number: | and Phone Number: |
| Alex D. Moglia | R.S. Shuker, Esq |
| 1325 Remington Rd.  Ste. H | 121 S Orange Ave, Ste 1120 |
| Schaumburg, IL  60173 | Orlando, FL  32802-3353 |
| | Bar No. 984469 |
| Tel. 847-884-8282 | Tel:  407-337-2060 |

**Note:** The original Post Confirmation Quarterly Operating Report is to be filed with the Court and a copy simultaneously provided to the
         United States Trustee.  Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Post Confirmation Quarterly Operating Report, refer to the following resources on the United States
Trustee website:    http:// www.usdoj.gov/ust/r21/index.htm.
1) Instructions for Preparing Trustee's Chapter 11 Post confirmation Quarterly Operating Report
2) Initial Filing Requirements
3) Frequently Asked Questions (FAQs)

MONTHLY OPERATING REPORT -
POST CONFIRMATION

ATTACHMENT NO. 1

| QUESTIONNAIRE | YES* | NO |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business, or outside the Plan of Reorganization during this reporting period? | | X |
| 2. Are any post-confirmation sales or payroll taxes past due? | | X |
| 3. Are any amounts owed to post-confirmation creditors/vendors over 90 days delinquent? | | X |
| 4. Is the Debtor current on all post-confirmation plan payments?  The first **claim payments** were made on June 23, 2020 and the 2nd claim payments were be made in April 12, 2021 (See the Claims pd June, 2020 and the Claims pd April 2021 files). | X | |
| | | |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.

| INSURANCE INFORMATION | YES | NO* |
|---|---|---|
| 1. Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in  **None necessary as the company is no longer operating and assets have been liquidated and/or abandoned.** | N/A | |
| 2. Are all premium payments current? | N/A | |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

| CONFIRMATION OF INSURANCE | | | | |
|---|---|---|---|---|
| TYPE of POLICY     and     CARRIER | | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:**

The Trustee has closed the operations in Brazil, settled with Bill Davies and CNA, and received settlement payments from Huntley, O'Rourke and ExFreight Zeta.  The Trustee and Scott Shuker, with his law firm, have obtained a judgment against Michael McNett and is seeking sanctions against Jacques McNett for failing to produce documents.  Ultimately, the Trustee anticipates getting a judgment against Jacques McNett; however, it is uncertain whether either Jacques or Michael McNett have any collectible assets.  The Trustee and Paul Battista, with his law firm, have completed their research and submitted a demand letter to the law firm of Cobb Cole requesting a settlement.  Mediation was completed on November 19, 2020 to attempt to settle with Cobb Cole and avoid litigation.  No settlement was reached.  A complaint has been filed and submitted to the courts.  Paul Battista and his firm also continue their work to determine whether or not there are grounds on which to seek recovery against other parties that did business with the debtor such as, but not limited to, Bank of America, Regions Bank, Douglas Martin and Garrett Klayer.  The Trustee, with his team, made an initial series of payments to approved claimants in June, 2020 in excess of $3.5 million and have made a 2nd series of payments in excess of $1/7M on April 13, 2021.

Estimated Date of Filing the Application for Final Decree:          Still to be determined.

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

This 19th day of April 2021.

_____
Trustee's Signature

**IPS - INITIAL CLAIMS PAID June, 2020**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | Bank Bal as of 6/09/20: | | | $6,941,822.09 | |
| | | | Less: | | | -$2,500,000.00 | |
| | | | | | | $4,441,822.09 | |
| | | | Less | | | | |
| | | | | | | $4,441,822.09 | <== Available for 1st distrbtn |

| claim # | Claim type | Claim_name | % | 1st Distribution | Ck # /date pd | Reserve Amt | Reserve Disallowed |
|---|---|---|---|---|---|---|---|
| | Administrative Claims | Management SPRL LLC - pd 9/6/2019 - wire out (Doc 477 & 479 - Allowance and payment | | N/A - Admin Claim | Wire 9/9/19 | | |
| 1-3 | Super Priority Claims - 6/2/20 per Scott Shuker hold off paying | Internal Revenue Service - filed 12/12/19 | | | ON HOLD | $1,388.00 | |
| 2 | W/drawn - Doc #424 | Thomas J. Novia - Employee | 0.00000000% | | N/A | | |
| 3 | General Unsecured | American Express Travel Related Services Company, | 0.00183485% | $81.51 | Ck#118 6/23/20 | | |
| 4 | General Unsecured | American Express Travel Related Services Company, | 0.00269941% | $119.91 | Ck#119 6/23/20 | | |
| 5 | General Unsecured - Objected to Doc #672/ Doc #694 sustained & disallowed | Lorges Holding Corp Employee IT Consultant, PA | 0.00000000% | | N/A | | |
| 6 | General Unsecured | Tammy Pease - Employee | 0.00304298% | $135.17 | Ck#120 6/23/20 | | |
| 7 | General Unsecured | CEVA LOGISTICS | 0.00222294% | $98.75 | Ck#121 6/23/20 | | |
| 8 | General Unsecured | Subcom | 0.09383345% | $4,167.92 | Ck#122 6/23/20 | | |
| 9 | General Unsecured | KTM North America, Inc. | 0.91098632% | $40,464.40 | Ck#123 6/23/20 | | |
| 10 | General Unsecured | Wells Fargo Vendor | 0.01101425% | $489.24 | Ck#124 6/23/20 | | |
| 11U | General Unsecured | AREP Eight Tower Bridge LLC | 0.06363115% | $2,826.38 | Ck#125 6/23/20 | | |
| 11S | Secured Claims - 6/18/20 this is a security dep they already have the funds and will remove claim | AREP Eight Tower Bridge LLC | 0.00000000% | | N/A | | |
| 12 | General Unsecured | Dawn Harbuck - Employee | 0.00318787% | $141.60 | Ck#126 6/23/20 | | |
| 13 | General Unsecured | MAPSYS, Inc. | 0.00760873% | $337.97 | Ck#127 6/23/20 | | |
| 14 | General Unsecured - Objected to Doc #673 - 6/18/20 obejection amended #712 Obj withdrawn | Bossard,Inc. | 0.83488478% | $37,084.10 | Ck#128 6/23/20 | | |

| | | | | | |
|---|---|---|---|---|---|
| 15 | General Unsecured | Colgate-Palmolive Company | 0.82931745% | $36,836.80 | Ck#129 6/23/20 9/8/20 stopped pymt reissued Ck #171 | |
| 16 | General Unsecured | FPL,4200 W. Flagler St., Miami, FL 33134 | 0.00145858% | $64.79 | Ck#130 6/23/20 |
| 17 | General Unsecured - 6/18/20 Doc #709 claim objected 6/19/20 - Doc #713 claim objection corrected | Schneider National, Inc. | 0.21652890% | Reserve disallowed | $9,617.83 |
| 18 | General Unsecured | Schneider Logistics | 0.00000000% | N/A | |
| 19P | Super Priority Claims - Objected to Doc #674 | Steven T. Huntley | 0.01613736% | Reserve disallowed 7/22/20 | $716.79 |
| 19U | Super Priority Claims - Objected to Doc #674 | Steven T. Huntley | 0.42977733% | Reserve disallowed 7/22/20 | $19,089.94 |
| 20 | General Unsecured - Objected to Doc 675 | Resource Logistics Group, Inc. | 0.16900160% | Reserve disallowed 7/22/20 | $7,506.75 |
| 21-2 | General Unsecured | Integrated Supply Network | 0.68847861% | $30,580.99 | Ck#131 6/23/20 |
| 22 | General Unsecured | Integrated Supply Network | 0.06279127% | $2,789.08 | Ck#132 6/23/20 |
| 23 | General Unsecured - Objected to Doc #676/ Doc #693 sustained & disallowed | Nemak USA, Inc. | 0.00000000% | N/A | |
| 24 | General Unsecured - 6/18/20 OK filed amendment and removed secured status | A Cubed Corp, dba Comcast Metal Products Co. | 0.02443182% | $1,085.22 | Ck#133 6/23/20 |
| 25/52 | General Unsecured | Suez Water Technologies | 1.70759918% | $75,848.52 | Ck 152  7/13/20 |
| 25/52 | General Unsecured | Suez Water Technologies | 1.75815546% | Reserve disallowed 7/13/20 | $78,094.14 |
| 26 | General Unsecured | Xerium Technologies - auto filer filed 7/9/19 | 0.33181021% | $14,738.42 | Ck#134 6/23/20 |
| 27P | Super Priority Claims - Objected to Doc 677/ #690 | Fristam Pumps USA | 0.00000000% | N/A | |
| 27U | General Unsecured - Objected to Doc #677/Doc #690 | Fristam Pumps USA | 0.00000000% | N/A | |
| 28-2 | General Unsecured | Arconic Inc. | 4.04926568% | $179,861.17 | Ck#135 6/23/20 |
| 29 | General Unsecured | ArcelorMittal USA LLC | 0.09711423% | $4,313.64 | Ck#136 6/23/20 |
| 30 | General Unsecured | Atkore International Inc. | 1.60729123% | $71,393.02 | Ck#137 6/23/20 |
| 31-2 | General Unsecured | Aclara Meters LLC | 0.21959713% | $9,754.11 | Ck#138 6/23/20 |
| 32-2 | General Unsecured | TE Connectivity Corporation, et al. | 0.09470183% | $4,206.49 | Ck#139 6/23/20 |
| 33-2 | General Unsecured | NuVasive, Inc. | 0.09607893% | $4,267.65 | Ck#140 6/23/20 |
| 34 | General Unsecured | Latricrete International, Inc. | 0.68674517% | $30,504.00 | Ck #158  6/26/20 |
| 34 | General Unsecured | Latricrete International, Inc. | 0.18837380% | $8,367.23 | Ck#156 6/23/20 |
| 35-2 | General Unsecured | YRC INC., d/b/a YRC FREIGHT | 5.82284693% | $258,640.50 | Ck#141 6/23/20 |

| # | Class | Creditor | % | Amount | Check / Note | | Reserve |
|---|---|---|---|---|---|---|---|
| | | YRC INC., d/b/a YRC FREIGHT | 0.01348430% | | Reserve | | $598.95 |
| 36 | General Unsecured | YRC INC., d/b/a YRC FREIGHT | 0.10352945% | $4,598.59 | Ck#142 6/23/20 | | |
| 37 | General Unsecured | USF Holland, LLC | 0.00044321% | $19.69 | Ck#143 6/23/20 | | |
| 38 | General Unsecured | USF Reddaway, LLC | 0.03188332% | $1,416.20 | Ck#144 6/23/20 | | |
| 39 | General Unsecured | New Penn Motor Express, LLC | 0.01497490% | $665.16 | Ck#145 6/23/20 | | |
| 40-2 | General Unsecured | Wheatland Tube, LLC | 0.78916337% | $35,053.23 | Ck#146 6/23/20 | | |
| 41-2 | General Unsecured | Rexnord Corporation | 0.06777009% | $3,010.23 | Ck#147 6/23/20 | | |
| 42 | Secured Claims | Neogen Corporation | 0.08348159% | $3,708.10 | Ck#148 6/23/20 | | |
| 42 | | Neogen Corporation | 0.32764721% | | Reserve disallowed 7/14/20 | | $14,553.51 |
| 43 | General Unsecured | Conduent Business Services, LLC - filed 7/12/19 | 0.17267372% | $7,669.86 | Ck#149 6/23/20 | | |
| 44 | W/drawn - Doc #485 | Gibraltar Industries, Inc. | 0.00000000% | | N/A | | |
| 45-2 | **General Unsecured - Claim revised 1/5/2021** | Stanley Black and Decker, Inc. | 64.58556940% | $2,868,776.05 | Ck#150 6/23/20 | | |
| 45-2 | General Unsecured | Stanley Black and Decker, Inc. | 12.55825328% | | Reserve disallowed | | $557,815.26 |
| 46 | General Unsecured | Alcoa Corporation | 0.01265902% | $562.29 | Ck#150 6/23/20 | | |
| 47 | General Unsecured | Pitney Bowes Global Financial Services L | 0.06938303% | $3,081.87 | Ck#152 6/23/20 | | |
| 48 | General Unsecured - Objected to Doc #678/ Doc #691 sustained & disallowed | Xerium Technologies - auto filer filed 8/26/19 | 0.00000000% | | N/A | | |
| 49 | | Dell Marketing, L.P. | 0.00214305% | $95.19 | Ck#153 6/23/20 | | |
| 50 | General Unsecured | Watlow Electric Manufacturing Company | 0.13124658% | $5,829.74 | Ck#154 6/23/20 | | |
| 51 | General Unsecured | ATT Hong Kong | 0.00324505% | $144.14 | Ck#155 6/23/20 | | |
| | | | 100.0000000% | $3,753,828.92 | | $0.00 | $687,993.17 |
| | | | | | | $3,753,828.92 | $4,441,822.09 |
| | | | | **Trustwks** | | | |
| | | | crossck | $3,753,828.92 | | $568,032.04 | |
| | | | | $0.00 | | -$568,032.04 | |

## IPS - 2nd CLAIMS DISTRIBUTION PAID April, 2021

| | | | | | |
|---|---|---|---|---|---|
| | | Bank Bal as of 4/06/21: | $ | 4,223,258.87 | |
| | | Less: | $ | (2,500,000.00) | |
| | | | | $1,723,258.87 | |
| | | Less | | | <== Available for 2nd distrbtn |
| | | | | $1,723,258.87 | |

| claim # | Claim type | Claim_name | % | 2nd Distribution | Ck # /date pd |
|---|---|---|---|---|---|
| | Administrative Claim | Management SPRL LLC - pd 9/6/2019 - wire out (Doc 477 & 479 - Allowance and payment | | N/A - Admin Claim | Wire 9/9/19 |
| 1-4 | **Super Priority Claims - 6/2/20 per Scott Shuker hold off paying** | Internal Revenue Service - filed 12/12/19 | | $0.00 | N/A |
| 2 | W/drawn - **Doc #424** | Thomas J. Novia - Employee | 0.00000000% | $0.00 | N/A |
| 3 | General Unsecured | American Express Travel Related Services Company, | 0.00213888% | $35.65 | 10200 4/12/21 |
| 4 | General Unsecured | American Express Travel Related Services Company, | 0.00314670% | $52.45 | 10201 4/12/21 |
| 5 | General Unsecured - **Objected to Doc #672/ Doc #694 sustained & disallowed** | Lorges Holding Corp - Employee IT Consultant, PA | 0.00000000% | $0.00 | N/A |
| 6 | General Unsecured | Tammy Pease - Employee | 0.00354719% | $59.12 | 10202 4/12/21 |
| 7 | General Unsecured | CEVA LOGISTICS | 0.00259127% | $43.19 | 10203 4/12/21 |
| 8 | General Unsecured | Subcom | 0.10938144% | $1,823.00 | 10204 4/12/21 |
| 9 | General Unsecured | KTM North America, Inc. | 1.06193467% | $17,698.69 | 10205 4/12/21 |
| 10 | General Unsecured | Wells Fargo Vendor | 0.01283929% | $213.98 | 10206 4/12/21 |
| 11U | General Unsecured | AREP Eight Tower Bridge LLC | 0.07417469% | $1,236.23 | 10207 4/12/21 |
| 11S | Secured Claims - **6/18/20 this is a security dep they already have the funds removing claim** | AREP Eight Tower Bridge LLC | 0.00000000% | $0.00 | N/A |

| | | | | | |
|---|---|---|---|---|---|
| 12 | General Unsecured | Dawn Harbuck - Employee | 0.00371610% | $61.93 | 10208 4/12/21 |
| 13 | General Unsecured | MAPSYS, Inc. | 0.00886948% | $147.82 | 10209 4/12/21 |
| 14 | General Unsecured - Objected to Doc #673 - 6/18/20 objebction amended #712 Obj withdrawn | Bossard,Inc. | 0.97322329% | $16,220.19 | 10210 4/12/21 |
| 15 | General Unsecured | Colgate-Palmolive Company | 0.96673345% | $16,112.04 | 10211 4/12/21 |
| 16 | General Unsecured | FPL,4200 W. Flagler St., Miami, FL 33134 | 0.00170026% | $28.33 | 10212 4/12/21 |
| 17 | 6/18/20 Doc #709 claim objected 6/19/20 - Doc #713 claim objection corrected& disallowed 12/21/20 | Schneider National, Inc. | 0.00000000% | $0.00 | N/A |
| 18 | General Unsecured | Schneider Logistics | 0.00000000% | $0.00 | N/A |
| 19P | Super Priority Claims - Objected to Doc #674 | Steven T. Huntley | 0.00000000% | $0.00 | N/A |
| 19U | Super Priority Claims - Objected to Doc #674 | Steven T. Huntley | 0.00000000% | $0.00 | N/A |
| 20 | General Unsecured - Objected to Doc 675 | Resource Logistics Group, Inc. | 0.00000000% | $0.00 | N/A |
| 21-2 | General Unsecured | Integrated Supply Network | 0.80255794% | $13,375.81 | 10213 4/12/21 |
| 22 | General Unsecured | Integrated Supply Network | 0.07319564% | $1,219.91 | 10214 4/12/21 |
| 23 | General Unsecured - Objected to Doc #676/ Doc #693 sustained & disallowed | Nemak USA, Inc. | 0.00000000% | $0.00 | N/A |
| 24 | General Unsecured - 6/18/20 OK filed amendment a removed secured status | A Cubed Corp, dba Comcast Metal Products Co. | 0.02848011% | $474.66 | 10215 4/12/21 |
| 25/52 | General Unsecured | Suez Water Technologies | 1.99054447% | $33,175.35 | 10216 4/12/21 |
| 26 | General Unsecured | Xerium Technologies - auto filer filed 7/9/19 | 0.38679041% | $6,446.43 | 10217 4/12/21 |

| Claim | Class | Creditor | Percentage | Amount | Check / Date |
|---|---|---|---|---|---|
| 27P | Super Priority Claims - Objected to Doc 677/ #690 | Fristam Pumps USA | 0.00000000% | $0.00 | N/A |
| 27U | General Unsecured - Objected to Doc #677/Doc #690 sustained & disallowed | Fristam Pumps USA | 0.00000000% | $0.00 | N/A |
| 28-2 | General Unsecured | Arconic Inc. | 4.72021975% | $78,669.41 | 10218 4/12/21 |
| 29 | General Unsecured | ArcelorMittal USA LLC | 0.11320583% | $1,886.74 | 10219 4/12/21 |
| 30 | General Unsecured | Atkore International Inc. | 1.87361571% | $31,226.56 | 10220 4/12/21 |
| 31-2 | General Unsecured | Aclara Meters LLC | 0.25598388% | $4,266.35 | 10221 4/12/21 |
| 32-2 | General Unsecured | TE Connectivity Corporation, et al. | 0.11039370% | $1,839.87 | 10222 4/12/21 |
| 33-2 | General Unsecured | NuVasive, Inc. | 0.11199898% | $1,866.63 | 10223 4/12/21 |
| 34 | General Unsecured | Latricrete International, Inc. | 0.80053727% | $13,342.13 | 10224 4/12/21 |
| 34 | General Unsecured | Latricrete International, Inc. | 0.21958691% | $3,659.74 | 10240 4/12/21 |
| 35-2 | General Unsecured | YRC INC., d/b/a YRC FREIGHT | 6.78767936% | $113,126.65 | 10225 4/12/21 |
| 35-2 | General Unsecured | YRC INC., d/b/a YRC FREIGHT | 0.00000000% | $0.00 | N/A |
| 36 | General Unsecured | YRC INC., d/b/a YRC FREIGHT | 0.12068404% | $2,011.38 | 10226 4/12/21 |
| 37 | General Unsecured | USF Holland, LLC | 0.00051664% | $8.61 | 10227 4/12/21 |
| 38 | General Unsecured | USF Reddaway, LLC | 0.03716631% | $619.43 | 10228 4/12/21 |
| 39 | General Unsecured | New Penn Motor Express, LLC | 0.01745621% | $290.93 | 10229 4/12/21 |
| 40-2 | General Unsecured | Wheatland Tube, LLC | 0.91992594% | $15,331.92 | 10230 4/12/21 |

| Claim | Class | Creditor | Percentage | Amount | Check/Date |
|---|---|---|---|---|---|
| 41-2 | General Unsecured | Rexnord Corporation | 0.07899943% | $1,316.64 | 10231 4/12/21 |
| 42 | Secured Claims | Neogen Corporation | 0.09585039% | $1,541.71 | 10232 4/12/21 |
| 43 | General Unsecured | Conduent Business Services, LLC - filed 7/12/19 | 0.20128536% | $3,354.72 | 10233 4/12/21 |
| 44 | W/drawn - Doc #485 | Gibraltar Industries, Inc. | 0.00000000% | $0.00 | N/A |
| 45-2 | General Unsecured | Stanley Black and Decker, Inc. | 76.77441744% | $1,336,226.16 | 10234 4/12/21 # |
| 46 | General Unsecured | Alcoa Corporation | 0.01475659% | $245.94 | 10235 4/12/21 |
| 47 | General Unsecured | Pitney Bowes Global Financial Services L | 0.08087964% | $1,347.98 | 10236 4/12/21 |
| 48 | General Unsecured - **Objected to Doc #678/ Doc #691 sustained & disallowed** | Xerium Technologies - auto filer filed 8/26/19 | 0.00000000% | $0.00 | N/A |
| 49 | | Dell Marketing, L.P. | 0.00249815% | $41.64 | 10237 4/12/21 |
| 50 | General Unsecured | Watlow Electric Manufacturing Company | 0.15299384% | $2,549.87 | 10238 4/12/21 |
| 51 | General Unsecured | ATT Hong Kong | 0.00378334% | $63.08 | 10239 4/12/21 |
| | | | 100.0000000% | $1,723,258.87 $0.00 | |

**MONTHLY OPERATING REPORT -
POST CONFIRMATION**

**ATTACHMENT NO. 2**

# CHAPTER 11 POST-CONFIRMATION
## SCHEDULE OF RECEIPTS AND DISBURSEMENTS

| | |
|---|---|
| **Case Name:** | **IPS Worldwide, LLC** |
| **Case Number:** | **6:19-bk-00511-KSJ** |
| **Date of Plan Confirmation: February 3, 2020** | |

All items must be answered.  Any which do not apply should be answered "none" or "N/A".

**On Feb. 3, 2020 IPS Worldwide LLC Chapter 11 bankruptcy was amended to a Liquidating Trust.**

| | | Quarterly | Post Confirmation Total |
|---|---|---|---|
| 1. | **CASH (Beginning of Period)** | $ 3,773,178.04 | $ 8,350,989.44 |
| 2. | **INCOME or RECEIPTS during the Period** | $770,556.59 | $2,301,163.77 |

3. **DISBURSEMENTS**

| | | Quarterly | Post Confirmation Total |
|---|---|---|---|
| a. | **Operating Expenses (Fees/Taxes):** | | |
| (i) | U.S. Trustee Quarterly Fees | $ 1,625.00 | $ 61,585.00 |
| (ii) | Federal Taxes | - | - |
| (iii) | State Taxes | - | - |
| (iv) | Other Taxes | - | - |
| b. | **All Other Operating Expenses:** | $317,465.76 | $2,642,599.42 |
| c. | **Plan Payments:** | | |
| (i) | Administrative Claims | $ - | $ - |
| (ii) | Class One - General Unsecured | - | 3,723,324.92 |
| (iii) | Class Two | - | - |
| (iv) | Class Three | - | - |
| (v) | Class Four | - | - |
| | (Attach additional pages as needed) | | |
| | **Total Disbursements (Operating & Plan)** | $ 319,090.76 | $ 6,427,509.34 |
| 1. | **CASH (End of Period)** | $ 4,224,643.87 | $ 4,224,643.87 |
| | | - | - |

#### CHAPTER 11 POST-CONFIRMATION
#### BANK ACCOUNT RECONCILIATIONS
**Prepare Reconciliation for each Month of the Quarter**

| Bank Account Information<br><br>For the month of January, 2021 | Account #8 | Account #8.5 | Account #9 | Account #10 |
|---|---|---|---|---|
| Name of Bank: | Mechanics Bank | Metropolitan Bank | Wells Fargo Bank | Regions Bank |
| Account Number: | 866 | 467 | 3168 | 1563 |
| Purpose of Account (Operating/Payroll/Tax) | Optg | Optg | Optg | Optg |
| Type of Account (e.g. checking) | Ckg | Ckg | Ckg | Ckg |
|  | Ck #139 cashed 1/19/21 and clrd bal to 0.00 |  | Acct closed 12/2020 & bal transfer to Metro | Acct closed 1/2021 & bal transfer to Metro |
| 1. **Ending Balance per Bank Statement** | $0.00 | $3,638,881.38 | $0.00 | $0.00 |
| 2. **ADD**: Deposits not credited | $0.00 | $0.00 | $0.00 | $0.00 |
| 3. **SUBTRACT**: Outstanding Checks | $0.00 | $0.00 | $0.00 | $0.00 |
| 4. Other Reconciling Items | $0.00 | $0.00 | $0.00 | $0.00 |
| 5. **Month End Balance** (Must Agree with Books) | $0.00 | $3,638,881.38 | $0.00 | $0.00 |

**Note:  Attach copy of each bank statement and bank reconciliation.**

| Investment Account Information<br><br>Bank / Account Name  / Number |  |  |  |  |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

**Note:  Attach copy of each investment account statement.**

**MONTHLY OPERATING REPORT -
POST CONFIRMATION**

**ATTACHMENT NO. 3**

### CHAPTER 11 POST-CONFIRMATION
### BANK ACCOUNT RECONCILIATIONS
**Prepare Reconciliation for each Month of the Quarter**

| Bank Account Information<br><br>For the month of February, 2021 | Account #8 | Account #8.5 | Account #9 | Account #10 |
|---|---|---|---|---|
| Name of Bank: | Mechanics Bank | Metro. Bank | Wells Fargo Bank | Regions Bank |
| Account Number: | 866 | 467 | 3168 | 1563 |
| Purpose of Account (Operating/Payroll/Tax) | Optg | Optg | Optg | Optg |
| Type of Account (e.g. checking) | Ckg | Ckg | Ckg | Ckg |
| | Ck #139 cashed 1/19/21 and clrd bal to 0.00 | | Acct closed 12/2020 & bal transfer to Metro | Acct closed 1/2021 & bal transfer to Metro |
| 1.  **Ending Balance per Bank Statement** | $0.00 | $3,637,652.38 | $0.00 | $0.00 |
| 2.  **ADD**:  Deposits not credited | $0.00 | $0.00 | $0.00 | $0.00 |
| 3.  **SUBTRACT**:  Outstanding Checks | $0.00 | $0.00 | $0.00 | $0.00 |
| 4.  Other Reconciling Items | $0.00 | $0.00 | $0.00 | $0.00 |
| 5.  **Month End Balance** (Must Agree with Books) | $0.00 | $3,637,652.38 | $0.00 | $0.00 |
| | | | | |

**Note:  Attach copy of each bank statement and bank reconciliation.**

| Investment Account Information<br><br>Bank / Account Name  / Number | | | | |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Note:  Attach copy of each investment account statement.**

**MONTHLY OPERATING REPORT -**
**POST CONFIRMATION**

**ATTACHMENT NO. 3**

## CHAPTER 11 POST-CONFIRMATION
## BANK ACCOUNT RECONCILIATIONS
### Prepare Reconciliation for each Month of the Quarter

| Bank Account Information<br><br>For the month of March, 2021 | Account #8 | Account #8.5 | Account #9 | Account #10 |
|---|---|---|---|---|
| Name of Bank: | Mechanics Bank | Metro. Bank | Wells Fargo Bank | Regions Bank |
| Account Number: | 866 | 467 | 3168 | 1563 |
| Purpose of Account (Operating/Payroll/Tax) | Optg | Optg | Optg | Optg |
| Type of Account (e.g. checking) | Ckg | Ckg | Ckg | Ckg |
|  | Ck #139 cashed 1/19/21 and clrd bal to 0.00 |  | Acct closed 12/2020 & bal transfer to Metro | Acct closed 1/2021 & bal transfer to Metro |
| 1.  **Ending Balance per Bank Statement** | $0.00 | $4,224,643.87 | $0.00 | $0.00 |
| 2.  **ADD**: Deposits not credited | $0.00 | $0.00 | $0.00 | $0.00 |
| 3.  **SUBTRACT**: Outstanding Checks | $0.00 | $0.00 | $0.00 | $0.00 |
| 4.  Other Reconciling Items | $0.00 | $0.00 | $0.00 | $0.00 |
| 5.  **Month End Balance** (Must Agree with Books) | $0.00 | $4,224,643.87 | $0.00 | $0.00 |
|  |  |  |  |  |

**Note:  Attach copy of each bank statement and bank reconciliation.**

| Investment Account Information<br><br>Bank / Account Name  / Number | | | | |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

**Note:  Attach copy of each investment account statement.**

# Ledger Report

Page: 1

**Case Number:** 6:19-00511-KSJ
**Case Name:** IPS Worldwide, LLC

**Taxpayer ID #:** ████ 0765
**Period:** 02/01/21 - 02/28/21

**Trustee:** Alex D Moglia - Chapter 11 (330222)
**Bank Name:** Metropolitan Commercial Bank
**Account:** ████ 9467 - Checking Account
**Blanket Bond:** $0.00  (per case limit)
**Separate Bond:** N/A

| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | Ledger Code | Receipts $ | Disbursements $ | Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 02/01/21 | 10193 | E-Hounds, Inc. | Invoice #88349 IPS Computer Imaging and archived email access services 1/1/21 - 1/31/21 plus $234.00 data load per Teresa Garcia | 7003-300 | | 1,229.00 | 3,637,652.38 |

**ACCOUNT TOTALS**

| | | |
|---|---|---|
| 3,994,292.59 | 1,229.00 | $3,637,652.38 |

**TOTAL - ACCOUNT** ████ 9467

| | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 3,638,881.38 | | | |
| 0 | Deposits | 0.00 | 1 | Checks | 1,229.00 |
| 0 | Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| | | | 0 | Transfers Out | 0.00 |
| | Subtotal | $3,638,881.38 | | | |
| 0 | Adjustments In | 0.00 | | Total | $1,229.00 |
| 0 | Transfers In | 0.00 | | | |
| | Total | $3,638,881.38 | | | |

{} Asset reference(s)                    !-Not printed or not transmitted

**Ledger Report**

**Case Number:**  6:19-00511-KSJ
**Case Name:**  IPS Worldwide, LLC

**Taxpayer ID #:**  ███0765
**Period:**  02/01/21 - 02/28/21

**Trustee:**  Alex D Moglia - Chapter 11 (330222)
**Bank Name:**  Mechanics Bank
**Account:**  ███3866 - Checking Account
**Blanket Bond:**  $0.00  (per case limit)
**Separate Bond:**  N/A

| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | Ledger Code | Receipts $ | Disbursements $ | Checking Account Balance |
|---|---|---|---|---|---|---|---|

| | Receipts over Case Life | Disbursements over Case Life | Account Balances | Reserve Balances | Account Bal. Less Reserves |
|---|---|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | | | |
| Checking #███9467 | 1,188,102.59 | 356,640.21 | 3,637,652.38 | 0.00 | 3,637,652.38 |
| Checking #███3866 | 7,504,769.01 | 7,504,769.01 | 0.00 | 0.00 | 0.00 |
| | $8,692,871.72 | $5,055,219.34 | $3,637,652.38 | $0.00 | $3,637,652.38 |

**TOTAL - CASE**

| | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 3,638,881.38 | | | |
| 0 | Deposits | 0.00 | 1 | Checks | 1,229.00 |
| 0 | Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| | Subtotal | $3,638,881.38 | 0 | Transfers Out | 0.00 |
| 0 | Adjustments In | 0.00 | | Total | $1,229.00 |
| 0 | Transfers In | 0.00 | | | |
| | Total | $3,638,881.38 | | Net Total Balance | $3,637,652.38 |

{} Asset reference(s)





**Metropolitan Commercial Bank**
99 Park Avenue
New York NY 10016
http://www.metropolitanbankny.com

Period Covered:
January 01, 2021 - January 31, 2021
Page 1 of 5

Alex D. Moglia
1325 Remington Rd Suite H
Schaumburg IL 60173

| | |
|---|---|
| Case Number | 6:19-00511-KSJ |
| Case Name | IPS Worldwide, LLC |
| | DEBTOR |
| Trustee Number | 330225 |
| Trustee Name | Alex D. Moglia |
| | TRUSTEE |

📞 **Questions:**
800.634.7734
banking.services@stretto.com
www.stretto.com

## Consolidated Balance Summary

| Account | Number | Ending Balance Prior Period | Ending Balance This Period |
|---|---|---|---|
| Checking Account | | | |
|   TRUSTEE CHECKING | ▮9467 | $3,691,428.77 | $3,638,881.38 |
|    **Total** | | **$3,691,428.77** | **$3,638,881.38** |

## TRUSTEE CHECKING
**Account Number:** ▮9467

| Enclosures | 8 | | |
|---|---|---|---|
| | | **Beginning Balance** | **$3,691,428.77** |
| | | +Total Additions | $102,305.86 |
| | | -Total Subtractions | $154,853.25 |
| | | **Ending Balance** | **$3,638,881.38** |

\* Indicates a Skip in Check Number(s)
"E" Indicate an Electronic Check

## Checks

| Check # | Date | Amount |
|---|---|---|
| 10185 | 01-14 | $1,229.00 |
| 10186 | 01-19 | $5,000.00 |
| 10187 | 01-12 | $55,102.85 |
| 10188 | 01-13 | $60,002.49 |
| 10189 | 01-11 | $11,675.78 |
| 10190 | 01-11 | $11,880.00 |
| 10191 | 01-26 | $1,625.00 |
| 10192 | 01-28 | $51.88 |

## Debits

| Date | Description | Subtractions |
|---|---|---|
| 01-08 | WIRE TO Felsberg Advogados | $8,286.25 |

## Credits

| Date | Description | Additions |
|---|---|---|
| 01-08 | DEP 100001 | $81,749.27 |
| 01-11 | DEP 100002 | $20,556.59 |



**Metropolitan Commercial Bank**
99 Park Avenue
New York NY 10016
http://www.metropolitanbankny.com

## Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 01-08 | $3,764,891.79 | 01-11 | $3,761,892.60 | 01-12 | $3,706,789.75 |
| 01-13 | $3,646,787.26 | 01-14 | $3,645,558.26 | 01-19 | $3,640,558.26 |
| 01-26 | $3,638,933.26 | 01-28 | $3,638,881.38 | | |



Period Covered:
January 01, 2021 - January 31, 2021
Page 3 of 5



01/14/2021    10185    $1,229.00



01/19/2021    10186    $5,000.00



01/12/2021    10187    $55,102.85



01/13/2021    10188    $60,002.49





Case 6:19-bk-00511-KSJ    Doc 808    Filed 04/19/21    Page 19 of 42

**Metropolitan Commercial Bank**
99 Park Avenue
New York NY 10016
http://www.metropolitanbankny.com

Period Covered:
January 01, 2021 - January 31, 2021
Page 4 of 5





01/11/2021      10189      $11,675.78      01/11/2021      10189      $11,675.78





01/11/2021      10190      $11,880.00      01/11/2021      10190      $11,880.00





01/26/2021      10191      $1,625.00      01/26/2021      10191      $1,625.00





01/28/2021      10192      $51.88      01/28/2021      10192      $51.88



**Metropolitan Commercial Bank**
99 Park Avenue
New York NY 10016
http://www.metropolitanbankny.com

**In case of errors or questions about your account telephone Stretto at: 800.634.7734 or email us at: banking.services@stretto.com**

As soon as you recognize an error, or if you need more information about a transaction listed on the statement or receipt:

Please Provide:

- Name and account number.
- A detailed explanation of why you believe there is an error or why you need more information.
- The dollar amount of the suspected error.
- We must hear from you no later than 60 days after we sent you the FIRST statement on which the error appeared.

We will investigate your disputed transactions and correct any error promptly. If not resolved within 10 business days, Metropolitan Commercial Bank will credit your account for the amount in error, and notify you within 2 business days, so that you may use the funds during the time it takes us to complete our investigation.

# Ledger Report

Page: 1

**Case Number:** 6:19-00511-KSJ
**Case Name:** IPS Worldwide, LLC

**Taxpayer ID #:** ▮▮▮0765
**Period:** 01/01/21 - 01/31/21

**Trustee:** Alex D Moglia - Chapter 11 (330222)
**Bank Name:** Metropolitan Commercial Bank
**Account:** ▮▮▮9467 - Checking Account
**Blanket Bond:** $0.00  (per case limit)
**Separate Bond:** N/A

| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | Ledger Code | Receipts $ | Disbursements $ | Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 01/05/21 | 10185 | E-Hounds, Inc. | Invoice #87326 IPS Computer Imaging and archived email access services 12/1/20 - 12/31/20 plus $234.00 data load per Teresa Garcia | 7003-300 | | 1,229.00 | 3,690,199.77 |
| 01/07/21 | {66} | IPS Worldwide LLC | Balance of funds in Regions Bank Ckg Acct endg #1563 | 4099-000 | 81,749.27 | | 3,771,949.04 |
| 01/07/21 | 10186 | INTERNATIONAL SURETIES, LTD. | Liquidating Trustee $5M bond - annual 2021 | 6007-015 | | 5,000.00 | 3,766,949.04 |
| 01/08/21 | {31} | Wells Fargo | Wells Fargo acct endg #3168 - account closed balance pd by check | 4099-000 | 20,556.59 | | 3,787,505.63 |
| 01/08/21 | 10187 | Shuker & Dorris P.A. | Doc #779 Professional Fees & Exps. - Scott Shuker legal counsel Oct. - Nov., 2020 | | | 55,102.85 | 3,732,402.78 |
| | | | Doc #779 Professional Fees - Scott Shuker legal counsel Oct. - Nov., 2020   55,050.00 | 6007-001 | | | 3,732,402.78 |
| | | | Doc #779 Professional Exps. - Scott Shuker legal counsel Oct. - Nov., 2020   52.85 | 6007-002 | | | 3,732,402.78 |
| 01/08/21 | 10188 | Genovese Joblove & Battista, P.A. | Doc #779 Professional Fees & Exps. - Paul Battista legal counsel Oct - Nov., 2020 | | | 60,002.49 | 3,672,400.29 |
| | | | Doc #779 Professional Fees - P Battista legal counsel Oct-Nov 2020   59,808.50 | 6007-001 | | | 3,672,400.29 |
| | | | Doc #779 Professional Exps. - P Battista legal counsel Oct-Nov 2020   193.99 | 6007-002 | | | 3,672,400.29 |
| 01/08/21 | 10189 | Moglia Advisors | Doc #779 Professional Fees & Exps. - Moglia Advisors professional counsel Oct. - Nov., 2020 | | | 11,675.78 | 3,660,724.51 |
| | | | Doc #779 Professional   11,066.00 | 6007-013 | | | 3,660,724.51 |

**Subtotals :**      **$102,305.86**      **$133,010.12**

{} Asset reference(s)          !-Not printed or not transmitted

# Ledger Report

**Case Number:** 6:19-00511-KSJ
**Case Name:** IPS Worldwide, LLC

**Taxpayer ID #:** ████0765
**Period:** 01/01/21 - 01/31/21

**Trustee:** Alex D Moglia - Chapter 11 (330222)
**Bank Name:** Metropolitan Commercial Bank
**Account:** ████9467 - Checking Account
**Blanket Bond:** $0.00   (per case limit)
**Separate Bond:** N/A

| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | Ledger Code | Receipts $ | Disbursements $ | Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Fees- Moglia Advisors professional counsel Oct. - Nov., 2020 | | | | |
| | | | Doc #779 Professional       609.78 Exps- Moglia Advisors professional counsel Oct. - Nov., 2020 | 6007-014 | | | 3,660,724.51 |
| 01/08/21 | 10190 | Alex D Moglia | Doc #779 Professional Fees, no Exps. - Trustee Oct - Nov., 2020 | 6002-001 | | 11,880.00 | 3,648,844.51 |
| 01/08/21 | | Felsberg Advogados | Doc #779 Professional Fees & Exps. - Felsberg legal counsel Oct - Nov., 2020 | | | 8,286.25 | 3,640,558.26 |
| | | | Doc #779 Professional       6,128.18 Fees - Felsberg legal counsel Oct - Nov., 2020 | 6007-001 | | | 3,640,558.26 |
| | | | Doc #779 Professional       2,158.07 Exps. - Felsberg legal counsel Oct - Nov., 2020 | 6007-002 | | | 3,640,558.26 |
| 01/18/21 | 10191 | US Trustee Payment Center | Acct #306-19-00511  Q4, 2020 Ofc of the U.S. Trustee DOJ - Chap 11 Quarterly Fees | 7002-000 | | 1,625.00 | 3,638,933.26 |
| 01/20/21 | 10192 | FedEx | FedEx bill Invce #7-243-99270 Acct #1566-3211-2 | 7003-300 | | 51.88 | 3,638,881.38 |

|  |  |  |
|---|---|---|
| **Subtotals :** | **$0.00** | **$21,843.13** |

{} Asset reference(s)

# Ledger Report

**Case Number:** 6:19-00511-KSJ
**Case Name:** IPS Worldwide, LLC

**Taxpayer ID #:** ███0765
**Period:** 01/01/21 - 01/31/21

**Trustee:** Alex D Moglia - Chapter 11 (330222)
**Bank Name:** Metropolitan Commercial Bank
**Account:** ███9467 - Checking Account
**Blanket Bond:** $0.00 (per case limit)
**Separate Bond:** N/A

| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | Ledger Code | Receipts $ | Disbursements $ | Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 3,994,292.59 | 154,853.25 | $3,638,881.38 |

**TOTAL - ACCOUNT** ███9467

| | | | | | | |
|---|---|---|---|---|---|---|
| | Balance Forward | 3,691,428.77 | | | | |
| 2 | Deposits | 102,305.86 | 8 | Checks | 146,567.00 | |
| 0 | Interest Postings | 0.00 | 1 | Adjustments Out | 8,286.25 | |
| | Subtotal | $3,793,734.63 | 0 | Transfers Out | 0.00 | |
| 0 | Adjustments In | 0.00 | | **Total** | $154,853.25 | |
| 0 | Transfers In | 0.00 | | | | |
| | **Total** | $3,793,734.63 | | | | |

{} Asset reference(s)

## Ledger Report

| | |
|---|---|
| **Case Number:** | 6:19-00511-KSJ |
| **Case Name:** | IPS Worldwide, LLC |
| **Taxpayer ID #:** | ███0765 |
| **Period:** | 01/01/21 - 01/31/21 |

| | |
|---|---|
| **Trustee:** | Alex D Moglia - Chapter 11 (330222) |
| **Bank Name:** | Mechanics Bank |
| **Account:** | ███ 3866 - Checking Account |
| **Blanket Bond:** | $0.00   (per case limit) |
| **Separate Bond:** | N/A |

| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | Ledger Code | Receipts $ | Disbursements $ | Checking Account Balance |
|---|---|---|---|---|---|---|---|

| | Receipts over Case Life | Disbursements over Case Life | Account Balances | Reserve Balances | Account Bal. Less Reserves |
|---|---|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | | | |
| Checking #███9467 | 1,188,102.59 | 355,411.21 | 3,638,881.38 | 0.00 | 3,638,881.38 |
| Checking #███3866 | 7,504,769.01 | 7,504,769.01 | 0.00 | 0.00 | 0.00 |
| | $8,692,871.72 | $5,053,990.34 | $3,638,881.38 | $0.00 | $3,638,881.38 |

**TOTAL - CASE**

| | | | | | | |
|---|---|---|---|---|---|---|
| | Balance Forward | 3,691,428.77 | | | | |
| 2 | Deposits | 102,305.86 | 8 | Checks | 146,567.00 |
| 0 | Interest Postings | 0.00 | 1 | Adjustments Out | 8,286.25 |
| | | | 0 | Transfers Out | 0.00 |
| | Subtotal | $3,793,734.63 | | | |
| 0 | Adjustments In | 0.00 | | Total | $154,853.25 |
| 0 | Transfers In | 0.00 | | | |
| | Total | $3,793,734.63 | | Net Total Balance | $3,638,881.38 |

{} Asset reference(s)

# Mechanics Bank®

P.O. Box 6010
Santa Maria, CA  93456-6010
*Return Service Requested*

Mechanics Bank
Member FDIC

EQUAL HOUSING LENDER    NMLS #442116

Period Covered:
January 01, 2021 - January 31, 2021
Page 1 of 3

Alex D. Moglia
1325 Remington Rd Suite H
Schaumburg IL 60173

| | |
|---|---|
| Case Number | 6:19-00511-KSJ |
| Case Name | IPS WORLDWIDE. LLC |
| Trustee Number | 0000330225 |
| Trustee Name | Alex D. Moglia |

📞 **Questions**
(800) 634-7734
banking.services@stretto.com
**www.stretto.com**

## CONSOLIDATED BALANCE SUMMARY

| Account | Number | Ending Balance Prior Period | Ending Balance This Period |
|---|---|---|---|
| Checking Account | | | |
| TRUSTEE CHECKING | ▮3866 | $4,206.49 | $0.00 |
| **Total** | | **$4,206.49** | **$0.00** |

IN CASE OF ERRORS OR QUESTIONS

REGARDING YOUR STATEMENTS

Telephone us at (800) 465-2415

# Mechanics Bank®

P.O. Box 6010
Santa Maria, CA  93456-6010
*Return Service Requested*

Mechanics Bank
Member FDIC

EQUAL HOUSING
LENDER

NMLS #442116

Period Covered:
January 01, 2021 - January 31, 2021
Page 2 of 3

Alex D. Moglia
1325 Remington Rd Suite H
Schaumburg IL 60173

| | |
|---|---|
| Case Number | 6:19-00511-KSJ |
| Case Name | IPS WORLDWIDE. LLC |
| Trustee Number | 0000330225 |
| Trustee Name | Alex D. Moglia |

📞 **Questions**
(800) 634-7734
banking.services@stretto.com
**www.stretto.com**

## TRUSTEE CHECKING

**Account Number:** ████ 3866

| | | | |
|---|---|---|---|
| Enclosures | 1 | **Beginning Balance** | **$4,206.49** |
| Avg Collected Balance | $2,442.00 | + Total Additions | $0.00 |
| | | - Total Subtractions | $4,206.49 |
| | | **Ending Balance** | **$0.00** |

## Checks

\* Indicates a Skip in Check Number(s)
"E" Indicates an Electronic Check

| Check # | Date | Amount |
|---|---|---|
| 139 | 01-19 | 4,206.49 |

## Daily Balances

| Date | Amount | Date | Amount |
|---|---|---|---|
| 12-31 | 4,206.49 | 01-19 | 0.00 |

# Mechanics Bank®

P.O. Box 6010
Santa Maria, CA 93456-6010
*Return Service Requested*

Mechanics Bank
Member FDIC

NMLS #442116

Account Number ████ 3866
Period Covered:
January 01, 2021 - January 31, 2021
Page 3 of 3



01/19/21            #139            $4,206.49



**Metropolitan Commercial Bank**
99 Park Avenue
New York NY 10016
http://www.metropolitanbankny.com

Member
**FDIC**

Period Covered:
March 01, 2021 - March 31, 2021
Page 1 of 4

Alex D. Moglia
1325 Remington Rd Suite H
Schaumburg IL 60173

| | |
|---|---|
| Case Number | 6:19-00511-KSJ |
| Case Name | IPS Worldwide, LLC |
| | DEBTOR |
| Trustee Number | 330225 |
| Trustee Name | Alex D. Moglia |
| | TRUSTEE |

📞 **Questions:**
800.634.7734
banking.services@stretto.com
www.stretto.com

## Consolidated Balance Summary

| Account | Number | Ending Balance Prior Period | Ending Balance This Period |
|---|---|---|---|
| Checking Account | | | |
| TRUSTEE CHECKING | 9467 | $3,637,652.38 | $4,224,643.87 |
| **Total** | | **$3,637,652.38** | **$4,224,643.87** |

## TRUSTEE CHECKING                                   Account Number: 9467

| | | |
|---|---|---|
| Enclosures | 5 | **Beginning Balance** | **$3,637,652.38** |
| | | +Total Additions | $750,000.00 |
| | | -Total Subtractions | $163,008.51 |
| | | **Ending Balance** | **$4,224,643.87** |

\* Indicates a Skip in Check Number(s)
"E" Indicate an Electronic Check

## Checks

| Check # | Date | Amount |
|---|---|---|
| 10194 | 03-09 | $1,424.00 |
| 10195 | 03-04 | $11,700.00 |
| 10196 | 03-04 | $10,251.76 |
| 10197 | 03-10 | $85,004.67 |
| 10198 | 03-09 | $54,628.08 |

## Credits

| Date | Description | Additions |
|---|---|---|
| 03-16 | DEP 100003 | $750,000.00 |

## Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 03-04 | $3,615,700.62 | 03-09 | $3,559,648.54 | 03-10 | $3,474,643.87 |
| 03-16 | $4,224,643.87 | | | | |



**Metropolitan Commercial Bank**
99 Park Avenue
New York NY 10016
http://www.metropolitanbankny.com

Member **FDIC**



| 03/09/2021 | 10194 | $1,424.00 |

| 03/04/2021 | 10195 | $11,700.00 |



| 03/04/2021 | 10196 | $10,251.76 |



| 03/10/2021 | 10197 | $85,004.67 |



Metropolitan Commercial Bank
99 Park Avenue
New York NY 10016
http://www.metropolitanbankny.com

Period Covered:
March 01, 2021 - March 31, 2021
Page 3 of 4





| 03/09/2021 | 10198 | $54,628.08 | | 03/09/2021 | 10198 | $54,628.08 |



**Metropolitan Commercial Bank**
99 Park Avenue
New York NY 10016
http://www.metropolitanbankny.com

Period Covered:
March 01, 2021 - March 31, 2021
Page 4 of 4

**In case of errors or questions about your account telephone Stretto at: 800.634.7734 or email us at: banking.services@stretto.com**
As soon as you recognize an error, or if you need more information about a transaction listed on the statement or receipt:

Please Provide:

- Name and account number.
- A detailed explanation of why you believe there is an error or why you need more information.
- The dollar amount of the suspected error.
- We must hear from you no later than 60 days after we sent you the FIRST statement on which the error appeared.

We will investigate your disputed transactions and correct any error promptly. If not resolved within 10 business days, Metropolitan Commercial Bank will credit your account for the amount in error, and notify you within 2 business days, so that you may use the funds during the time it takes us to complete our investigation.

# Ledger Report

**Case Number:** 6:19-00511-KSJ
**Case Name:** IPS Worldwide, LLC

**Taxpayer ID #:** ▇▇0765
**Period:** 03/01/21 - 03/31/21

**Trustee:** Alex D Moglia - Chapter 11 (330222)
**Bank Name:** Metropolitan Commercial Bank
**Account:** ▇▇9467 - Checking Account
**Blanket Bond:** $0.00   (per case limit)
**Separate Bond:** N/A

| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | | Ledger Code | Receipts $ | Disbursements $ | Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| 03/01/21 | 10194 | E-Hounds, Inc. | Invoice #88734 IPS Computer Imaging and archived email access services 2/1/21 - 2/28/21 plus $429.00 data load per Teresa Garcia | | 7003-300 | | 1,424.00 | 3,636,228.38 |
| 03/03/21 | 10195 | Alex D Moglia | Doc #793 Professional Fees, no Exps. - Trustee Dec., 2020 - Jan., 2021 | | 6002-001 | | 11,700.00 | 3,624,528.38 |
| 03/03/21 | 10196 | Moglia Advisors | Doc #793 Professional Fees & Exps. - Moglia Advisors professional counsel Dec., 2020 - Jan., 2021 | | | | 10,251.76 | 3,614,276.62 |
| | | | Doc #793 Professional Fees - Moglia Advisors professional counsel Dec., 2020 - Jan., 2021 | 9,489.00 | 6007-013 | | | 3,614,276.62 |
| | | | Doc #793 Professional Exps. - Moglia Advisors professional counsel Dec., 2020 - Jan., 2021 | 762.76 | 6007-014 | | | 3,614,276.62 |
| 03/03/21 | 10197 | Genovese Joblove & Battista, P.A. | Doc #793 Professional Fees & Exps. - Paul Battista legal counsel Dec - Jan., 2021 | | | | 85,004.67 | 3,529,271.95 |
| | | | Doc #793 Professional Fees - Paul Battista legal counsel Dec - Jan., 2021 | 84,615.75 | 6007-001 | | | 3,529,271.95 |
| | | | Doc #793 Professional Exps. - Paul Battista legal counsel Dec - Jan., 2021 | 388.92 | 6007-002 | | | 3,529,271.95 |
| 03/03/21 | 10198 | Shuker & Dorris P.A. | Doc #793 Professional Fees & Exps. - Scott Shuker legal counsel Dec., 2020. - Jan., 2021 | | | | 54,628.08 | 3,474,643.87 |
| | | | Doc #779 Professional Fees - Scott Shuker legal counsel Dec., 2020 - | 54,485.50 | 6007-001 | | | 3,474,643.87 |
| | | | | **Subtotals :** | | **$0.00** | **$163,008.51** | |

{} Asset reference(s)          !-Not printed or not transmitted

# Ledger Report

Page: 2

**Case Number:** 6:19-00511-KSJ
**Case Name:** IPS Worldwide, LLC

**Taxpayer ID #:** ████0765
**Period:** 03/01/21 - 03/31/21

**Trustee:** Alex D Moglia - Chapter 11 (330222)
**Bank Name:** Metropolitan Commercial Bank
**Account:** ████9467 - Checking Account
**Blanket Bond:** $0.00  (per case limit)
**Separate Bond:** N/A

| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | | Ledger Code | Receipts $ | Disbursements $ | Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| | | | Jan., 2021 | | | | | |
| | | | Doc #779 Professional Exps. - Scott Shuker legal counsel Dec., 2020. - Jan., 2021 | 142.58 | 6007-002 | | | 3,474,643.87 |
| 03/15/21 | {67} | CNA | Settlement funds associated William Davies | | 4009-000 | 750,000.00 | | 4,224,643.87 |

**ACCOUNT TOTALS**

| | | | | | | 4,744,292.59 | 163,008.51 | $4,224,643.87 |

**TOTAL - ACCOUNT** ████9467

| | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 3,637,652.38 | 5 | Checks | 163,008.51 |
| 1 | Deposits | 750,000.00 | 0 | Adjustments Out | 0.00 |
| 0 | Interest Postings | 0.00 | 0 | Transfers Out | 0.00 |
| | Subtotal | $4,387,652.38 | | Total | $163,008.51 |
| 0 | Adjustments In | 0.00 | | | |
| 0 | Transfers In | 0.00 | | | |
| | Total | $4,387,652.38 | | | |

{} Asset reference(s)

# Ledger Report

**Case Number:** 6:19-00511-KSJ
**Case Name:** IPS Worldwide, LLC

**Taxpayer ID #:** ▇0765
**Period:** 03/01/21 - 03/31/21

**Trustee:** Alex D Moglia - Chapter 11 (330222)
**Bank Name:** Mechanics Bank
**Account:** ▇3866 - Checking Account
**Blanket Bond:** $0.00   (per case limit)
**Separate Bond:** N/A

| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | Ledger Code | Receipts $ | Disbursements $ | Checking Account Balance |
|---|---|---|---|---|---|---|---|

| | Receipts over Case Life | Disbursements over Case Life | Account Balances | Reserve Balances | Account Bal. Less Reserves |
|---|---|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | | | |
| Checking #▇9467 | 1,938,102.59 | 519,648.72 | 4,224,643.87 | 0.00 | 4,224,643.87 |
| Checking #▇3866 | 7,504,769.01 | 7,504,769.01 | 0.00 | 0.00 | 0.00 |
| | $9,442,871.72 | $5,218,227.85 | $4,224,643.87 | $0.00 | $4,224,643.87 |

**TOTAL - CASE**

| | | | | | |
|---|---|---|---|---|---|
| | **Balance Forward** | 3,637,652.38 | | | |
| 1 | **Deposits** | 750,000.00 | 5 | **Checks** | 163,008.51 |
| 0 | **Interest Postings** | 0.00 | 0 | **Adjustments Out** | 0.00 |
| | **Subtotal** | $4,387,652.38 | 0 | **Transfers Out** | 0.00 |
| 0 | **Adjustments In** | 0.00 | | **Total** | $163,008.51 |
| 0 | **Transfers In** | 0.00 | | | |
| | **Total** | $4,387,652.38 | | **Net Total Balance** | $4,224,643.87 |

{} Asset reference(s)



**Metropolitan Commercial Bank**
99 Park Avenue
New York NY 10016
http://www.metropolitanbankny.com

Period Covered:
February 01, 2021 - February 28, 2021
Page 1 of 3

Alex D. Moglia
1325 Remington Rd Suite H
Schaumburg IL 60173

| | |
|---|---|
| Case Number | 6:19-00511-KSJ |
| Case Name | IPS Worldwide, LLC |
| | DEBTOR |
| Trustee Number | 330225 |
| Trustee Name | Alex D. Moglia |
| | TRUSTEE |

📞 **Questions:**
800.634.7734
banking.services@stretto.com
www.stretto.com

## Consolidated Balance Summary

| Account | Number | Ending Balance Prior Period | Ending Balance This Period |
|---|---|---|---|
| Checking Account | | | |
| TRUSTEE CHECKING | 9467 | $3,638,881.38 | $3,637,652.38 |
| **Total** | | **$3,638,881.38** | **$3,637,652.38** |

## TRUSTEE CHECKING                                   Account Number: 9467

| Enclosures | 1 | Beginning Balance | $3,638,881.38 |
|---|---|---|---|
| | | +Total Additions | $0.00 |
| | | -Total Subtractions | $1,229.00 |
| | | **Ending Balance** | **$3,637,652.38** |

\* Indicates a Skip in Check Number(s)
"E" Indicate an Electronic Check

## Checks

| Check # | Date | Amount |
|---|---|---|
| 10193 | 02-09 | $1,229.00 |

## Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 02-09 | $3,637,652.38 | | | | |

**Metropolitan Commercial Bank**
99 Park Avenue
New York NY 10016
http://www.metropolitanbankny.com





| | | |
|---|---|---|
| 02/09/2021 | 10193 | $1,229.00 |



**Metropolitan Commercial Bank**
99 Park Avenue
New York NY 10016
http://www.metropolitanbankny.com

**In case of errors or questions about your account telephone Stretto at: 800.634.7734 or email us at: banking.services@stretto.com**

As soon as you recognize an error, or if you need more information about a transaction listed on the statement or receipt:

Please Provide:

- Name and account number.
- A detailed explanation of why you believe there is an error or why you need more information.
- The dollar amount of the suspected error.
- We must hear from you no later than 60 days after we sent you the FIRST statement on which the error appeared.

We will investigate your disputed transactions and correct any error promptly. If not resolved within 10 business days, Metropolitan Commercial Bank will credit your account for the amount in error, and notify you within 2 business days, so that you may use the funds during the time it takes us to complete our investigation.

**REGIONS**

Regions Bank
Ormond By The Sea
1400 Ocean Shore Blvd
Ormond Beach, FL 32176

IPS WORLDWIDE LLC
265 CLYDE MORRIS BLVD
ORMOND BEACH FL 32174-8136

| ACCOUNT # | ⬛ 1563 |
|---|---|
| | 092 |
| Cycle | 26 |
| Enclosures | 1 |
| Page | 1 of 3 |

## ADVANTAGE BUSINESS CHECKING
### January 1, 2021 through January 29, 2021

### SUMMARY

| | | | |
|---|---|---|---|
| **Beginning Balance** | **$81,749.27** | Minimum Daily Balance | $0 |
| Deposits & Credits | $0.00 + | Average Monthly Statement Balance | $19,732 |
| Withdrawals | $0.00 – | | |
| Fees | $0.00 – | | |
| Automatic Transfers | $0.00 + | | |
| Checks | $81,749.27 – | | |
| **Ending Balance** | **$0.00** | | |

### CHECKS

| Date | Check No. | Amount |
|---|---|---|
| 01/08 | 1522 | 81,749.27 |

### DAILY BALANCE SUMMARY

| Date | Balance |
|---|---|
| 01/08 | 0.00 |

**You may request account disclosures containing
terms, fees, and rate information (if applicable)
for your account by contacting any Regions office.**

**For all your banking needs, please call 1-800-REGIONS (734-4667)
or visit us on the Internet at www.regions.com. (TTY/TDD 1-800-374-5791)**



**Thank You For Banking With Regions!**
2021 Regions Bank Member FDIC. All loans subject to credit approval.

**REGIONS**

Regions Bank
Ormond By The Sea
1400 Ocean Shore Blvd
Ormond Beach, FL 32176

IPS WORLDWIDE LLC
265 CLYDE MORRIS BLVD
ORMOND BEACH FL 32174-8136

**ACCOUNT #** ████ 1563

092
Cycle                26
Enclosures            1
Page              2 of 3



**Check# 1522        01/08/2021        $81749.27**

## Easy Steps to Balance Your Account

4a  List any checks, payments, transfers or other withdrawals from your account that are not on this statement.

| | | Checking Account |
|---|---|---|
| 1. | Write here the amount shown on statement for **ENDING BALANCE** | $ |
| 2. | Enter any deposits which have not been credited on this statement. | $ + |
| 3. | Total lines 1 & 2 | $ = |
| 4. | Enter total from 4a (column on right side of page) | $ - |
| 5. | Subtract line 4 from line 3. This should be your checkbook balance. | $ = |

| Check No. | Amount | |
|---|---|---|
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| Total Enter in Line 4 at Left | | |

The law requires you to use "reasonable care and promptness" in examining your bank statement and any checks sent with it and to report to the Bank an unauthorized signature (i.e., a forgery), any alteration of a check, or any unauthorized endorsement. You must report any forged signatures, alterations or forged endorsements to the Bank within the time periods specified under the Deposit Agreement. If you do not do this, the Bank will not be liable to you for the losses or claims arising from the forged signatures, forged endorsements or alterations. Please see the Deposit Agreement for  further explanation of your responsibilities with regard to your statement and checks.  A copy of our current Deposit Agreement may be requested at any of our branch locations.

Summary of Our Error Resolution Procedures
In Case of Errors or Questions About Your Electronic Transfers
Telephone us toll-free at 1-800-734-4667
or write us at
Regions Electronic Funds Transfer Services
Post Office Box 413
Birmingham, Alabama  35201

Please contact Regions as soon as you can, if you think your statement is wrong or if you need more information about a transfer listed on your statement. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.
    (1) Tell us your name and account number.
    (2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is  an error or why you need more information.
    (3) Tell us the dollar amount of the suspected error.
If you tell us verbally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will determine whether an error occurred within ten (10) business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or question (ninety (90) days for POS transactions or for transfers initiated outside of the United States). If we decide to do this, we will credit your account within ten (10) business days for the amount you think is in error. If, after the investigation, we determine that no bank error occurred, we will debit your account to the extent previously credited. If we ask you to put your complaint in writing and we do not receive it within ten (10) business days, we may not credit your account.

New Accounts- If an alleged error occurred within thirty (30) days after your first deposit to your account was made, we may have up to ninety (90) days to investigate your complaint, provided we credit your account within twenty (20) business days for the amount you think is in error.

If we decide there was no error, we will send you a written explanation within three (3) business days after we finish our investigation. You may ask for copies of the documents that we used in our investigation.

FOR QUESTIONS CONCERNING THIS STATEMENT OR FOR VERIFICATION OF A PREAUTHORIZED DEPOSIT, PLEASE CALL 1-800-REGIONS (734-4667) OR VISIT YOUR NEAREST REGIONS LOCATION.

| | | | | |
|---|---|---|---|---|
| ADJ - Adjustment | RI - Return Item | CR - Credit | SC - Service Charge | OD - Overdrawn |
| EB - Electronic Banking | NSF - Nonsufficient Funds | APY - Annual Percentage Yield | FWT - Federal Withholding Tax | *Break in Number Sequence |