# UNITED STATES BANKRUPTCY COURT

MIDDLE  DISTRICT OF  FLORIDA

ORLANDO DIVISION

In re:  IPS Worldwide, LLC § Case No.   19-00511
§
_____ §
Debtor(s) § ☐ Jointly Administered

# Post-confirmation Report

Chapter 11

Quarter Ending Date: 03/31/2022 Petition Date: 01/25/2019

Plan Confirmed Date: 02/10/2020 Plan Effective Date: 03/20/2020

This Post-confirmation Report relates to:  ◯ Reorganized Debtor

◉ Other Authorized Party or Entity:  IPS Worldwide, LLC Liquidating Trust

Name of Authorized Party or Entity

/s/ R. Scott Shuker R. Scott Shuker
Signature of Responsible Party Printed Name of Responsible Party

04/19/2022
Date

121 S. Orange Ave., Ste. 1120, Orlando, FL 32801
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name IPS Worldwide, LLC                                    Case No.  19-00511

## Part 1: Summary of Post-confirmation Transfers

| | Current  Quarter | Total Since Effective  Date |
|---|---|---|
| a. Total cash disbursements | $74,625 | $9,218,446 |
| b. Non-cash securities transferred | $0 | $0 |
| c. Other non-cash property transferred | $0 | $0 |
| d. Total transferred (a+b+c) | $74,625 | $9,218,446 |

## Part 2: Preconfirmation Professional Fees and Expenses

| a. | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|
| | Professional fees & expenses (bankruptcy) incurred by or on behalf of the debtor | *Aggregate Total* | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |

Debtor's Name IPS Worldwide, LLC                                    Case No.  19-00511

| | | | | | | |
|---|---|---|---|---|---|---|
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |
| xxxvii | | | | | | |
| xxxvii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |

Debtor's Name IPS Worldwide, LLC                                    Case No.  19-00511

| | | | | | | |
|---|---|---|---|---|---|---|
| lxxii | | | | | | |
| lxxiii | | | | | | |
| lxxiv | | | | | | |
| lxxv | | | | | | |
| lxxvi | | | | | | |
| lxxvii | | | | | | |
| lxxviii | | | | | | |
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxiii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |

| | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Professional fees & expenses (nonbankruptcy) incurred by or on behalf of the debtor     *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| | i | | | | | |
| | ii | | | | | |
| | iii | | | | | |
| | iv | | | | | |
| | v | | | | | |
| | vi | | | | | |

Case No.  19-00511

| | | | | | | |
|---|---|---|---|---|---|---|
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |
| xxxvii | | | | | | |
| xxxvii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |

Debtor's Name IPS Worldwide, LLC    Case No.  19-00511

| | | | | | | |
|---|---|---|---|---|---|---|
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |
| lxxii | | | | | | |
| lxxiii | | | | | | |
| lxxiv | | | | | | |
| lxxv | | | | | | |
| lxxvi | | | | | | |
| lxxvii | | | | | | |
| lxxviii | | | | | | |
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxiii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |

Debtor's Name IPS Worldwide, LLC                                       Case No.  19-00511

| | | | | | | |
|---|---|---|---|---|---|---|
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | $0 | $0 | $0 | $0 |

**Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan**

| | Total Anticipated Payments Under Plan | Paid Current Quarter | Paid Cumulative | Allowed Claims | % Paid of Allowed Claims |
|---|---|---|---|---|---|
| a. Administrative claims | $88,418 | $0 | $88,418 | $88,418 | 100% |
| b. Secured claims | $0 | $0 | $0 | $0 | 0% |
| c. Priority claims | $0 | $0 | $0 | $0 | 0% |
| d. General unsecured claims | $0 | $0 | $5,477,088 | $6,831,084 | 80% |
| e. Equity interests | $0 | $0 | $0 | | |

**Part 4: Questionnaire**

a. Is this a final report?                                                      Yes ◯    No ⦿

    If yes, give date Final Decree was entered: _____

    If no, give date when the application for Final Decree is anticipated: _____

b. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?    Yes ⦿    No ◯

Debtor's Name IPS Worldwide, LLC                                                    Case No.  19-00511

## Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information and provision of this information is mandatory.  The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6) and to otherwise evaluate whether a reorganized chapter 11 debtor is performing as anticipated under a confirmed plan. Disclosure of this information may be to a bankruptcy trustee when the information is needed to perform the trustee's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law.  Other disclosures may be made for routine purposes.  For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records."  *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006).  A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/ rules_regulations/index.htm.  Failure to provide this information could result in the dismissal or conversion of your bankruptcy case, or other action by the United States Trustee.  11 U.S.C. § 1112(b)(4)(F).

**<u>I declare under penalty of perjury that the foregoing Post-confirmation Report and its attachments, if any, are true and correct and that I have been authorized to sign this report.</u>**


/s/ Alex D. Moglia                                         Alex D. Moglia
Signature of Responsible Party                             Printed Name of Responsible Party

LiqudatingTrustee                                          04/14/2022
Title                                                      Date

Debtor's Name IPS Worldwide, LLC                    Case No.  19-00511



Page 1



Other Page 1



Page 2 Minus Tables



Bankruptcy Table 1-50

Debtor's Name IPS Worldwide, LLC

Case No.  19-00511



Bankruptcy Table 51-100

Non-Bankruptcy Table 1-50

Non-Bankruptcy Table 51-100

Part 3, Part 4, Last Page

**Metropolitan Commercial Bank**
99 Park Avenue
New York NY 10016
http://www.metropolitanbankny.com

**Metropolitan Commercial Bank.**
The Entrepreneurial Bank

Member **FDIC**

Period Covered:
January 01, 2022 - January 31, 2022
Page 1 of 3

Alex D. Moglia
1325 Remington Rd Suite H
Schaumburg IL 60173

| | |
|---|---|
| Case Number | 6:19-00511-KSJ |
| Case Name | IPS Worldwide, LLC |
| | DEBTOR |
| Trustee Number | 330225 |
| Trustee Name | Alex D. Moglia |
| | TRUSTEE |

☎ **Questions:**
800.634.7734
banking.services@stretto.com
www.stretto.com

## Consolidated Balance Summary

| Account | Number | Ending Balance Prior Period | Ending Balance This Period |
|---|---|---|---|
| Checking Account | | | |
| TRUSTEE CHECKING | 9467 | $2,318,033.50 | $2,214,537.62 |
| **Total** | | **$2,318,033.50** | **$2,214,537.62** |

## TRUSTEE CHECKING

**Account Number:** 9467

| | | | |
|---|---|---|---|
| Enclosures | 4 | Beginning Balance | **$2,318,033.50** |
| | | +Total Additions | $0.00 |
| | | -Total Subtractions | $103,495.88 |
| | | **Ending Balance** | **$2,214,537.62** |

\* Indicates a Skip in Check Number(s)
"E" Indicate an Electronic Check

## Checks

| Check # | Date | Amount |
|---|---|---|
| 10279 | 01-06 | $70,885.06 |
| 10282* | 01-04 | $30,147.17 |
| 10283 | 01-11 | $1,463.00 |
| 10284 | 01-21 | $1,000.65 |

## Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 01-04 | $2,287,886.33 | 01-06 | $2,217,001.27 | 01-11 | $2,215,538.27 |
| 01-21 | $2,214,537.62 | | | | |

**Metropolitan Commercial Bank**
99 Park Avenue
New York NY 10016
http://www.metropolitanbankny.com

Member
FDIC

Period Covered:
January 01, 2022 - January 31, 2022
Page 2 of 3



| Date | Check # | Amount |
|---|---|---|
| 01/06/2022 | 10279 | $70,885.06 |
| 01/04/2022 | 10282 | $30,147.17 |
| 01/11/2022 | 10283 | $1,463.00 |
| 01/21/2022 | 10284 | $1,000.65 |



**Metropolitan Commercial Bank**
99 Park Avenue
New York NY 10016
http://www.metropolitanbankny.com

Member
**FDIC**

**In case of errors or questions about your account telephone Stretto at: 800.634.7734 or email us at:** banking.services@stretto.com

As soon as you recognize an error, or if you need more information about a transaction listed on the statement or receipt:

Please Provide:

- Name and account number.
- A detailed explanation of why you believe there is an error or why you need more information.
- The dollar amount of the suspected error.
- We must hear from you no later than 60 days after we sent you the FIRST statement on which the error appeared.

We will investigate your disputed transactions and correct any error promptly. If not resolved within 10 business days, Metropolitan Commercial Bank will credit your account for the amount in error, and notify you within 2 business days, so that you may use the funds during the time it takes us to complete our investigation.

**Metropolitan Commercial Bank**
99 Park Avenue
New York NY 10016
http://www.metropolitanbankny.com

**Metropolitan Commercial Bank.**
The Entrepreneurial Bank

**Member FDIC**

Period Covered:
February 01, 2022 - February 28, 2022
Page 1 of 3

Alex D. Moglia
1325 Remington Rd Suite H
Schaumburg IL 60173

| | |
|---|---|
| Case Number | 6:19-00511-KSJ |
| Case Name | IPS Worldwide, LLC |
| | DEBTOR |
| Trustee Number | 330225 |
| Trustee Name | Alex D. Moglia |
| | TRUSTEE |

☎ **Questions:**
800.634.7734
banking.services@stretto.com
www.stretto.com

## Consolidated Balance Summary

| Account | Number | Ending Balance Prior Period | Ending Balance This Period |
|---|---|---|---|
| Checking Account | | | |
| TRUSTEE CHECKING | ▮9467 | $2,214,537.62 | $2,213,542.62 |
| **Total** | | **$2,214,537.62** | **$2,213,542.62** |

## TRUSTEE CHECKING                                    Account Number: ▮9467

| | | | |
|---|---|---|---|
| Enclosures | 2 | Beginning Balance | $2,214,537.62 |
| | | +Total Additions | $5,000.00 |
| | | -Total Subtractions | $5,995.00 |
| | | **Ending Balance** | **$2,213,542.62** |

\* Indicates a Skip in Check Number(s)
"E" Indicate an Electronic Check

## Checks

| Check # | Date | Amount |
|---|---|---|
| 10285 | 02-08 | $5,000.00 |
| 10286 | 02-08 | $995.00 |

## Credits

| Date | Description | Additions |
|---|---|---|
| 02-15 | WIRE FROM THE FREIGHT RATE COMPAN | $5,000.00 |

## Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 02-08 | $2,208,542.62 | 02-15 | $2,213,542.62 | | |



**Metropolitan Commercial Bank**
99 Park Avenue
New York NY 10016
http://www.metropolitanbankny.com



Period Covered:
February 01, 2022 - February 28, 2022
Page 2 of 3





| 02/08/2022 | 10285 | $5,000.00 |
|---|---|---|





| 02/08/2022 | 10286 | $995.00 |
|---|---|---|



**Metropolitan Commercial Bank**
99 Park Avenue
New York NY 10016
http://www.metropolitanbankny.com

Period Covered:
February 01, 2022 - February 28, 2022
Page 3 of 3

**In case of errors or questions about your account telephone Stretto at: 800.634.7734 or email us at: banking.services@stretto.com**

As soon as you recognize an error, or if you need more information about a transaction listed on the statement or receipt:

Please Provide:

- Name and account number.
- A detailed explanation of why you believe there is an error or why you need more information.
- The dollar amount of the suspected error.
- We must hear from you no later than 60 days after we sent you the FIRST statement on which the error appeared.

We will investigate your disputed transactions and correct any error promptly. If not resolved within 10 business days, Metropolitan Commercial Bank will credit your account for the amount in error, and notify you within 2 business days, so that you may use the funds during the time it takes us to complete our investigation.

**Metropolitan Commercial Bank**

**Metropolitan Commercial Bank**
99 Park Avenue
New York NY 10016
http://www.metropolitanbankny.com

**Member FDIC**

Period Covered:
March 01, 2022 - March 31, 2022
Page 1 of 5

Alex D. Moglia
1325 Remington Rd Suite H
Schaumburg IL 60173

| | |
|---|---|
| Case Number | 6:19-00511-KSJ |
| Case Name | IPS Worldwide, LLC |
| | DEBTOR |
| Trustee Number | 330225 |
| Trustee Name | Alex D. Moglia |
| | TRUSTEE |

☎ **Questions:**
800.634.7734
banking.services@stretto.com
www.stretto.com

## Consolidated Balance Summary

| Account | Number | Ending Balance Prior Period | Ending Balance This Period |
|---|---|---|---|
| Checking Account | | | |
| TRUSTEE CHECKING | ████9467 | $2,213,542.62 | $2,152,286.51 |
| **Total** | | **$2,213,542.62** | **$2,152,286.51** |

## TRUSTEE CHECKING

Account Number: ████9467

| | | | |
|---|---|---|---|
| Enclosures | 7 | Beginning Balance | $2,213,542.62 |
| | | +Total Additions | $5,000.00 |
| | | -Total Subtractions | $66,256.11 |
| | | **Ending Balance** | **$2,152,286.51** |

\* Indicates a Skip in Check Number(s)
"E" Indicate an Electronic Check

## Checks

| Check # | Date | Amount |
|---|---|---|
| 10287 | 03-11 | $1,268.00 |
| 10288 | 03-30 | $4,744.65 |
| 10289 | 03-28 | $27,690.39 |
| 10290 | 03-21 | $5,677.98 |
| 10291 | 03-21 | $2,875.00 |
| 10292 | 03-31 | $10,000.00 |
| 10293 | 03-31 | $12,984.00 |

## Debits

| Date | Description | Subtractions |
|---|---|---|
| 03-31 | WIRE TO Felsberg Advogados | $1,016.09 |

## Credits

| Date | Description | Additions |
|---|---|---|
| 03-14 | WIRE FROM THE FREIGHT RATE COMPAN | $5,000.00 |



**Metropolitan Commercial Bank**
99 Park Avenue
New York NY 10016
http://www.metropolitanbankny.com



Period Covered:
March 01, 2022 - March 31, 2022
Page 2 of 5

**Daily Balances**

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 03-11 | $2,212,274.62 | 03-14 | $2,217,274.62 | 03-21 | $2,208,721.64 |
| 03-28 | $2,181,031.25 | 03-30 | $2,176,286.60 | 03-31 | $2,152,286.51 |

**Metropolitan Commercial Bank**
99 Park Avenue
New York NY 10016
http://www.metropolitanbankny.com



Period Covered:
March 01, 2022 - March 31, 2022
Page 3 of 5



| | | |
|---|---|---|
| 03/11/2022 | 10287 | $1,268.00 |
| 03/30/2022 | 10288 | $4,744.65 |
| 03/28/2022 | 10289 | $27,690.39 |
| 03/21/2022 | 10290 | $5,677.98 |

**Metropolitan Commercial Bank**
99 Park Avenue
New York NY 10016
http://www.metropolitanbankny.com



Period Covered:
March 01, 2022 - March 31, 2022
Page 4 of 5



| 03/21/2022 | 10291 | $2,875.00 |
| 03/21/2022 | 10291 | $2,875.00 |
| 03/31/2022 | 10292 | $10,000.00 |
| 03/31/2022 | 10292 | $10,000.00 |
| 03/31/2022 | 10293 | $12,984.00 |
| 03/31/2022 | 10293 | $12,984.00 |



**Metropolitan Commercial Bank**
99 Park Avenue
New York NY 10016
http://www.metropolitanbankny.com

Member
**FDIC**

Period Covered:
March 01, 2022 **-** March 31, 2022
Page 5 of 5

**In case of errors or questions about your account telephone Stretto at: 800.634.7734 or email us at:** banking.services@stretto.com

As soon as you recognize an error, or if you need more information about a transaction listed on the statement or receipt:

Please Provide:

- Name and account number.
- A detailed explanation of why you believe there is an error or why you need more information.
- The dollar amount of the suspected error.
- We must hear from you no later than 60 days after we sent you the FIRST statement on which the error appeared.

We will investigate your disputed transactions and correct any error promptly. If not resolved within 10 business days, Metropolitan Commercial Bank will credit your account for the amount in error, and notify you within 2 business days, so that you may use the funds during the time it takes us to complete our investigation.